Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br>Plaintiff,<br>v.<br>Mi Barur, Inc.,<br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**NOTICE OF FILING PROOFS OF SERVICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff New Hampshire Insurance Company hereby files its proofs of service in this action, attached as Exhibits "A" and "B" hereto.

DATED: March 25, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# EXHIBIT "A"

COPY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

NEW HAMPSHIRE INSURANCE COMPANY

vs

MI BARUR, INC.

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0443 BEN POR

TO: (Name and Address of Defendant)

MI BARUR, INC.
2525 Shelter Island Drive, #B
San Diego, CA 92106

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rebecca M. Weinreich/Stephen V. Kovarik
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
(213) 250-1800

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/10/08
DATE

By C. PUEHMANN, Deputy Clerk

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| REBECCA R. WEINREICH, ESQ., Bar #155684<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>221 NORTH FIGUEROA STREET<br>SUITE 1200<br>LOS ANGELES, CA 90012<br>*Telephone No:* 213-250-1800 *FAX No:* 213-250-7900 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Southern District Of California | | | | |
| *Plaintiff:* NEW HAMPSHIRE INSURANCE COMPANY<br>*Defendant:* MI BARUR, INC. | | | | |
| **PROOF OF SERVICE SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 0443 BEN POR |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF PARTY WITH FINANCIAL INTEREST.

3. a. *Party served:* MI BARUR, INC.
   b. *Person served:* MICHAEL HALLMARK, AGENT FOR SERVICE OF PROCESS

4. *Address where the party was served:* 880 HARBOR ISLAND DRIVE
   SAN DIEGO, CA 92106

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 17, 2008 (2) at: 1:11PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* MI BARUR, INC.
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***
   a. MATTHEW GERLICH

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $25.13
   e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 1223
   *(iii) County:* San Diego

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

Date:Tue, Mar. 18, 2008

(MATTHEW GERLICH)

# EXHIBIT "B"

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

NEW HAMPSHIRE INSURANCE COMPANY

vs

MI BARUR, INC.

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0443 BEN POR

TO: (Name and Address of Defendant)

MI BARUR, INC.
c/o YACHT REGISTRY, LTD.
3511 Silverside Road, Suite 105
Wilmington, DE 19810
(302) 477-9800

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rebecca M. Weinreich / Stephen V. Kovarik
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 2100
Los Angeles, CA 90012
(213) 250-1800

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. 3/10/08

CLERK DATE

By , Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me Civil Cover Sheet; and Notice of Interested Parties | DATE 3/20/08 at 2:30 PM |
|---|---|
| NAME OF SERVER Richard Torpey | TITLE Process Server |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

[ ] Return unexecuted:

[X] Other (specify): Service on Mi Barur, Inc., was effectuated by serving Barb Simmons, Managing Agent duly authorized to accept. Service was made at Yacht Registry, Ltd., 3511 Silverside Rd., # 105, Wilmington, DE 19810.

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: March 24, 2008
Date

Signature of Server Delaware Attorney Services
2000 Pennsylvania Ave. # 207

Address of Server Wilmington, DE 19806

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure