WEISS & JONES, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Defendant
Mi Barur, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant. | Case No. 08 CV 0443 BEN POR<br><br>NOTICE OF AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Local Civil Rules 7.2, 12.1 |

**COME NOW** Plaintiff NEW HAMPSHIRE INSURANCE COMPANY ("PLAINTIFF") and Defendant MI BARUR, INC. ("DEFENDANT"), and jointly move this Honorable Court for an Order extending the time for DEFENDANT to answer or otherwise respond to the Complaint in this action, until and including May 19, 2008.

**I.**

**BACKGROUND**

On March 10, 2008 PLAINTIFF filed its Complaint for Declaratory Relief and Reimbursement. In its Complaint PLAINTIFF seeks certain declaratory and other relief, including a determination of this Honorable Court that it is not obligated to indemnify PLAINTIFF in connection with the loss of its 92-foot motoryacht.

DEFENDANT's President, Mr. Mike Hallmark, was served with process in San Diego on March 17, 2008. Shortly thereafter he contacted DEFENDANT's principal

shareholder. Mr. Jose Arsenio Farell Campo ("Mr. Farell") to inform him of this fact. Declaration of Philip E. Weiss in Support of Joint Motion for Extension of Time to Respond to Complaint at para. 2. Mr. Farell is a citizen of the Republic of Mexico, residing in Mexico City. Weiss Decl. at para. 2. Although he is a partner in a Mexico City law firm, he is not familiar with the laws of the United States and is not entirely fluent in English.. Weiss Decl. at para. 2.

Before retaining local San Diego counsel, Mr. Farell consulted with other attorneys, located both in Mexico City and in New York City. Weiss Decl. at para. 3. However, none of these attorneys is admitted to practice in California State or Federal Courts. Weiss Decl. at para. 3. It was not until March 27, 2008 that Mr. Farell was able to travel from Mexico City to San Diego to meet with, present many documents to, and retain local counsel, Weiss & Jones, L.L.P. Weiss Decl. at para. 3.

DEFENDANT's counsel believes that it is necessary, prudent and proper for him to investigate, identify and consult with experts, and to carefully research and evaluate coverage issues before responding to the Complaint, particularly in view of the very serious allegations of misconduct appearing in the Complaint, and the fact that approximately $2 million is in controversy. Weiss Decl. at para. 3.

PLAINTIFF does not object to, and joins with DEFENDANT in requesting that an Order issue permitting the DEFENDANT up to and including May 19, 2008 to answer or otherwise respond to the Complaint in this action.

## II.

## LEGAL ARGUMENT

Local Civil Rule 12.1 provides that "[e]xtensions of time for answering, or moving to dismiss a complaint shall only be secured by obtaining the approval of a judicial officer, who shall base the decision on a showing of good cause."

Civil Rule 7.2 provides in relevant part that "[e]xcept as otherwise provided, stipulations shall be recognized as binding on the court only when approved by the judge," [and any] stipulation for which court approval is sought must be filed as a 'joint motion.'

Parties are not required to obtain a hearing date for the motion, and are not required to file a separate points and authorities or declaration unless required by the nature of the motion or requested by the assigned judicial officer."

Here, PLAINTIFF and DEFENDANT are in accord that just cause exists under the circumstances for this Honorable Court to grant an extension of time to DEFENDANT, until May 19, 2008, to file its answer or other responsive pleading. In the light of the filing of this Joint Motion, the requested extension is within this Honorable Court's discretion pursuant to Local Civil Rule 12.1.

## III

## CONCLUSION

For all of the above reasons, PLAINTIFF and DEFENDANT jointly urge that the Court grant an extension of time, until and including May 19, 2008, for DEFENDANT to file its answer or other responsive pleading in this action.

Dated: April 2 2008 Respectfully submitted,

WEISS & JONES, L.L.P.

By: s/Philip E. Weiss
Attorneys for Defendant Mi Barur
E-mail: shiplaw@earthlink.net

LEWIS, BRISBOIS BISGAARD & SMITH

By: [signature]
Rebecca R. Weinreich
Attorneys for New Hampshire Ins. Co.

WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Defendant
Mi Barur, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant. | Case No. 08 CV 0443 BEN POR<br>IN ADMIRALTY<br>DECLARATION OF SERVICE |

**DECLARATION OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On April 2, 2008, I served the following document(s) described as:

- NOTICE OF AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
- DECLARATION OF PHILIP E. WEISS IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

///

///

on the interested parties in Case No. 08 CV 0443 BEN (POR) by placing [_] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Rebecca R. Weinreich, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

[_] **(BY PERSONAL SERVICE)**: Personal service accomplished by [_] attorney service or [_] ____________________________, employed by Weiss & Jones.

[_] **(BY FACSIMILE AS INDICATED ABOVE)**: I caused the foregoing document(s) to be sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

[X] **(BY U.S. MAIL AS INDICATED ABOVE):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ] **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X]** **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: April 2, 2008 ______________________________

Tamara Geehan

c:\arrest-sdcal-clientsub\proofservice