WEISS & JONES, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Defendant
Mi Barur, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

NEW HAMPSHIRE INSURANCE COMPANY,

Plaintiff,

v.

MI BARUR, INC.,

Defendant.

Case No. 08 CV 0443 BEN POR

DECLARATION OF PHILIP E. WEISS IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Local Civil Rules 7.2, 12.1

I, Philip E. Weiss declare under penalty of perjury under the laws of the United States and the State of California as follows.

1. I am counsel of record in this action for Defendant Mi Barur, Inc. I am licensed to practice in all State and Federal Courts located in the State of California, including this Honorable Court. I respectfully submit this Declaration in support of the parties' Joint Motion for Extension of Time to Respond to Complaint. The below matters are within my personal knowledge and are true and correct, except as to matters stated on information and belief, and, as to such matters, I believe them to be true and correct.

2. I am informed and believe that DEFENDANT's President, Mr. Mike Hallmark, was served with process in San Diego with the Complaint on March 17, 2008 and that shortly thereafter he contacted DEFENDANT's principal shareholder, Mr. Jose Arsenio Farell Campo ("Mr. Farell"), to inform him of this fact. I am further informed and believe that Mr.

Farell is a citizen of the Republic of Mexico, and that he is a resident of Mexico City. Although I am informed and believe he is a partner in a prominent Mexico City law firm, he is clearly not familiar with the laws of the United States and he is not entirely fluent in English.

3. I am further informed and believe that before he retained the services of my law firm, Mr. Farell consulted with other attorneys, both in Mexico City and in New York City. However, none of these attorneys is admitted to practice in California State or Federal Courts. It was not until March 27, 2008 that Mr. Farell was able to travel from Mexico City to San Diego to meet with, present many documents to, and retain me and my firm to assist Mi Barur, Inc. in this action. I believe that it is necessary, prudent and proper for me to investigate, identify and consult with experts, and to carefully research and evaluate coverage issues *before* responding to the Complaint in this action, particularly in view of the very serious allegations of misconduct appearing in the Complaint, and the fact that approximately $2 million is in controversy.

4. I therefore respectfully urge this Honorable Court to permit Defendant Mi Barur, Inc. until and including May 19, 2008 to answer or otherwise respond to Plaintiff's Complaint in this action, as requested in the parties' Joint Motion for Extension of Time to Respond to Complaint.

Executed this __ day of April, 2008 at San Diego, California

s/Philip E. Weiss

Attorneys for Defendant
Mi Barur, Inc.
E-mail: shiplaw@earthlink.net