FILED
08 APR 10 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, Plaintiff, v. MI BARUR, INC., Defendant. | Case No. 08 CV 0443 BEN POR<br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME<br>[Doc. No. 5] |

On April 2, 2008, the parties filed a Joint Motion for an Extension of Time to File Answer. For good cause shown, the Court hereby extends the time for Defendant MI BARUR, INC. to answer or otherwise respond to the Complaint in this action until May 19, 2008.

**IT IS SO ORDERED.**

Dated: April 8, 2008

Hon. Roger T. Benitez
UNITED STATES DISTRICT COURT JUDGE