Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Plaintiff New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br>Plaintiff,<br>v.<br>Mi Barur, Inc.,<br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

**TO: THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that an appearance is hereby entered in the above-entitled action on behalf of plaintiff New Hampshire Insurance Company as follows:

Rebecca R. Weinreich, SB# 155684
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621
E-Mail: weinreich@lbbslaw.com

DATED: May 12, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________
Rebecca R. Weinreich
Attorneys for plaintiff New Hampshire Insurance Company



LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# PROOF OF ELECTRONIC SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On May 12, 2008, I served the following document described as NOTICE OF ATTORNEY APPEARANCE on the interested parties in this action through the use of the Website maintained by the United States District Court, Southern District of California, the Case Management/Electronic Case Filing System (CM/ECF). I provided the document listed above to the Website pursuant to the Court's General Order No. 550.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2008, at Los Angeles, California.

Annette E. Jacques