WEISS & JONES, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Defendant
Mi Barur, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant. | Case No. 08 CV 0443 BEN POR<br><br>DECLARATION OF PHILIP E. WEISS IN SUPPORT OF JOINT MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Local Civil Rules 7.2, 12.1 |

I, Philip E. Weiss declare under penalty of perjury under the laws of the United States and the State of California as follows.

1. I am counsel of record in this action for Defendant Mi Barur, Inc. I am licensed to practice in all State and Federal Courts located in the State of California, including this Honorable Court. I respectfully submit this Declaration in support of the parties' Joint Motion for Further Extension of Time to Respond to Complaint. The below matters are within my personal knowledge and are true and correct, except as to matters stated on information and belief, and, as to such matters, I believe them to be true and correct.

2. Based on DEFENDANT's need to investigate and evaluate PLAINTIFF's allegations, an extension to respond to the Complaint (up to and including May 19,

///

2008),was requested by Joint Motion, and was granted by this Court's Order of April 8, 2008.

3. Immediately after receiving PLAINTIFF's letter denying this claim (dated the same day Defendant filed herein, March 10, 2008), DEFENDANT began working diligently to investigate and evaluate this loss and the allegations being made by PLAINTIFF. Since the date of this Court's Order granting the first request for an extension, these efforts have included the retention of maritime coverage counsel and fire and arson investigators/experts, a multi-day on-site inspection and investigation (with counsel) in La Paz Mexico, the review of boxes of materials from the files of DEFENDANT's insurance and yacht brokers, and the preparation of detailed reports by said experts. Finally, coverage counsel for DEFENDANT have also prepared and will be submitting a highly detailed and fully documented letter seeking reconsideration of PLAINTIFF's denial of this claim by the end of next week, which DEFENDANT hopes will obviate the need for this law suit.

4. DEFENDANT wants to ensure that PLAINTIFF has been given every reasonable opportunity to evaluate this claim and the arguments and evidence supporting coverage before being forced to respond to PLAINTIFF's Complaint. DEFENDANT believes that if PLAINTIFF is given time to objectively consider and respond to DEFENDANT's position and evidence, there is a very good chance that this claim will be paid, and this matter can be resolved without the need for drawn out litigation and trial. However, notwithstanding DEFENDANT's best efforts, it is my understanding PLAINTIFF will simply not have time to consider DEFENDANT's extensive demand letter and evidence, and to complete such an evaluation (and perhaps further discussions with DEFENDANT) prior to the current deadline to respond of May 19, 2008.

5. For the foregoing reasons I believe that the interests of judicial economy will be best served by and that good cause supports permitting DEFENDANT additional time within which to answer or otherwise respond to the Complaint; namely until June 20, 2008,

///

///

and I therefore respectfully urge that this Honorable Court grant the parties' Joint Motion for Further Extension of Time to Respond to Complaint.

Executed this __ day of May, 2008 at San Diego, California

s/Philip E. Weiss
Attorneys for Defendant
Mi Barur, Inc.
E-mail: shiplaw@earthlink.net