FILED

08 MAY 19 PM 4:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant. | Case No. 08 CV 0443 BEN POR<br><br>ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

**CONSIDERING** the Joint Motion of Plaintiff NEW HAMPSHIRE INSURANCE COMPANY and Defendant MI BARUR, INC. for an Order extending until June 20, 2008 the time for Defendant MI BARUR, INC. to answer or otherwise respond to the Complaint in this action, and good cause therefor appearing,

**IT IS HEREBY ORDERED** that Defendant MI BARUR, INC. shall be permitted until June 20, 2008 to file its answer or other responsive pleading in this action.

**IT IS SO ORDERED**.

Dated: 5/16/08

Roger T. Benitez
United States District Judge