BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for MI BARUR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant | Case No. 08 CV 0443 BEN POR<br><br>**DECLARATION OF MICHAEL HALLMARK** |

1. I, Michael Hallmark, declare:

2. I have personal knowledge of the facts stated in this Declaration. I am an adult over the age of 18 years of age and if called as a witness, can and will competently testify under oath as to the facts contained herein.

3. I am a professional yacht broker and have been in the yacht brokerage business in San Diego and Southern California for approximately 14 years, and have been in the boating industry since 1977. In these capacities I have developed an extensive knowledge and expertise in valuing yachts, especially as to their market value at any given time or place. I have also developed significant personal

///

knowledge regarding the manners in which different yacht owners hold title to their boats, select the vessel's flag of registry, and other vessel management issues.

4. In my capacities as a yacht broker and a yacht manager I have worked with Mr. Arsenio Farell helping him to buy, sell, upgrade and manage various yachts for over twenty years, and I have come to know him well on a professional and personal basis.

5. Mr. Farell had, at the time of the loss of his 92' Hatteras MI BARUR, owned numerous high-end boats and yachts. In the larger yacht category, Mr. Farell owned a 42-foot Grand Banks, a 55-foot yacht (the make of which I do not recall) and a 74-foot DeFever before he purchased the 92' Hatteras. Mr. Farell purchased the DeFever and the 92-foot Hatteras for cash (including a trade). As far as I know, Mr. Farell has never financed the purchase of a yacht and has never made an insurance claim on any boat he has owned.

6. Prior to the time that Mr. Farell purchased the 92' Hatteras MI BARUR, I advised Mr. Farell that an opportunity existed to get an exceptional deal on this high-end motor yacht.

7. As part of the purchase of the MI BARUR, Mr. Farell traded his 74' DeFever yacht. Although many factors go into what a vessel will ultimately sell for, prior to the transfer in question, the seller of the 92-foot Hatteras and prospective owner of the DeFever, Mr. George Calcote, arranged for a survey by Mr. Marvin Henderson, who placed the fair market value of the Defever at that time at $1,400,000. Although when Mr. Calcote resold the Defever, I recall he reduced the asking price from $1.4 million to $1.1 million, and then to $950,000, and ultimately sold the boat for $620,000, there is nothing to suggest to me that the fair market value of this vessel was ever less than $1,000,000.

8. Following the purchase of the MI BARUR, Mr. Farell invested a substantial sum of money in additional upgrades and equipment for his new yacht. As the person in charge of supervising and advancing the funds to do the initial work, my office

maintained receipts and documents evidencing the nature and extent of such work. My brief review of these documents indicates that on this initial upgrade alone, Mr. Farrell spent well in excess of $300,000 in the fall of 2003 alone. Moreover, it is my understanding based on discussions with Mr. Farrell that, in addition to the above work (for which I have receipts) Mr. Farrell also spent many thousands of dollars more in further vessel improvements.

9. After conferring with counsel experienced in yacht purchase transactions, Mr. Farell chose to hold title to the vessel in a single vessel holding corporation, a practice that is very common for both recreational and commercial vessels. Also, based on my experience and my own personal involvement in many sales and discussions with experienced lawyers involved in such transactions, it is my understanding that a non-U.S. citizen holding of 100% of the stock in such a U.S. single vessel corporation is completely legal and is in fact specifically approved by U.S. federal statue. While I am not a lawyer, it is also my understanding and belief that there are particular advantages to structuring the holding of the vessel in this manner, including tax benefits and easier resale (through stock sales), all commonly used in legitimate vessel sale and holding transactions.

10. At the time that Mr. Farell decided to sell the MI BARUR, he explained to me the yacht had always been used as a center of his family life and relaxation, and given that both of his daughters were leaving Mexico to study in the United States, he and Mrs. Farell felt that the 92' Hatteras was simply too large for the couple at this stage in their lives. He never mentioned any financial need or motivation to sell the yacht.

11. Mr. Farell was in no great rush to sell the MI BARUR and was willing to take the time needed to get a reasonable price. Indeed, Mr. Farell was always a relaxed seller (having bought and sold numerous high-end yachts in the past), and while he always wanted to get a fair price, he was also flexible when the market mandated a reduced asking price. For example, while the MI BARUR was originally

offered for $2.7 million, the price was later lowered to $2.2 million at the suggestion of Mr. Farell. However, this was not to say that Mr. Farell was in anyway desperate or would take any offer. Indeed, Mr. Farell rejected multiple verbal offers on MI BARUR, including an offer for $1.6 million cash and another for $1.85 million (including a home in trade said to be valued at $850,000). Based on my experience and knowledge of the vessel, I firmly believe that she was worth at least the $1.9 million insured value on the date she burned.

12. After my initial attempts to sell MI BARUR proved unsuccessful Mr. Farrell retained the services of a Florida based broker; I understand he had planned to move the vessel to Florida and had already paid a deposit to have her transported there. Prior to the time Mr. Farrell engaged the Florida broker, while I was still the broker assisting him, Mr. Farrell discussed with me bringing the vessel to San Diego for purposes of marketing her here, and I therefore attempted (only a couple of months before the vessel burned) to secure berthing accommodations for MI BARUR at Harbor Island West Marina, located on Harbor Island, in San Diego.

I declare until penalty and perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 9th day of May 2008, at San Diego, California.

Michael Hallmark

BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for MI BARUR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant | Case No. 08 CV 0443 BEN POR<br><br>**DECLARATION OF PAUL TRUSSO** |

1. I, Paul Trusso, declare:

2. I have personal knowledge of the facts stated in this Declaration. I am an adult over the age of 18 years of age and if called as a witness, can and will competently testify under oath as to the facts contained herein.

3. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Southern District of California, and I have a practice emphasis in, among other things, vessel purchase and sale transactions, and registration issues associated with vessel ownership. In this capacity I believe I have developed an extensive knowledge and expertise in the manner different yacht owners hold title to their boats, select the vessel's flag of registry, and other vessel management issues.

4. In my capacity as a lawyer I have worked with Mr. Arsenio Farell helping him to buy, document, hold and sell various yachts and I have come to know him on a professional basis. In this capacity, I assisted and advised Mr. Farell in regard to the purchase, flagging and holding of the 92' Hatteras yacht MI BARUR, and I can say with complete confidence that Mr. Farell holding title to his yacht in a single vessel holding corporation is a practice that is very common for both recreational and commercial vessels, and is completely legal.

5. Also, based on my legal expertise, specific research, and substantial experience and involvement in many such sales and transactions, I can say without a doubt, that a non-U.S. citizen holding of 100% of the stock in such a U.S. single vessel corporation is completely legal and is in fact specifically approved by U.S. federal statue.

6. There are particular advantages to structuring the holding of the vessel in this manner, including tax benefits and easier resale (through stock sales), all commonly used in legitimate vessel sale and holding transactions.

I declare until penalty and perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 21st day of May 2008, at San Diego, California.

[signature]

Paul S. Trusso, Esq.

BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for MI BARUR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant | Case No. 08 CV 0443 BEN POR<br><br>**DECLARATION OF HENRY MEDINA** |

1. I, Henry Medina, declare:

2. I have personal knowledge of the facts stated in this declaration. I am an adult over the age of 18 years of age and if called as a witness, can and will competently testify under oath as to the facts contained herein.

3. I am a professional marine insurance broker and have been in the marine insurance business in San Diego and Southern California for over twenty years. In this capacity I have developed extensive knowledge and expertise insuring yachts, including, I believe, a very good understanding as to what information is material to writing a particular risk and as to what is expected by marine underwriters during the application process.

4. In my capacity as a professional marine insurance broker I have worked with Mr. Arsenio Farell helping him to insure various yachts for over ten years. Mr.

Farell had, prior to the time of the loss of his 92' Hatteras MI BARUR, owned numerous high-end boats and yachts. In the larger yacht category, I understand that Mr. Farell owned a 42-foot Grand Banks, a 55-foot Grand Banks and a 75-foot DeFever before he purchased the 92' Hatteras. To the best of my understanding, Mr. Farell purchased each of these vessels for cash (and/or trade), never carried any loans on any of his yachts, and always fully insured such vessels. As far as I know, Mr. Farell he has never made an insurance claim on any boat he has owned.

5. To the best of my knowledge Mr. Farell and his corporation, through his staff, was always completely forthcoming in his dealings with me and has fully advised me of all relevant facts regarding his yacht. Based on my many years of experience in the marine insurance business in general, and with New Hampshire Insurance Company ("NHIC") in particular, at the time of placing the first NHIC policy on the MI BARUR, and in the renewal or replacement of that policy with NHIC, I, in turn, gave all information which I considered to be material to NHIC, in addition to any and all material requested by the representatives of NHIC.

6. In placing this insurance I had absolutely no incentive to misrepresent or conceal any facts. I had experienced no trouble whatsoever insuring this yacht in the past, I had received quotes of lesser premium from other insurers, and I could have placed insurance with numerous companies other than NHIC.

7. I also had insured many vessels held by single vessel owning corporations and/or Mexican citizens, never with any problem or any indication from any underwriter, including Mr. Clark and others at NHIC, that either of these considerations were considered negative risk factors by the underwriters. Mr. Clark and other representatives of NHIC were never shy about requesting information they felt was important to them.

8. NHIC's own underwriting files will reveal that it commonly insures such single vessel corporations, including companies where the stock is entirely held by Mexican citizens. When NHIC and similar marine insurance hull underwriters insure

vessels owned by single vessel holding corporations, none of their standard application forms or questionnaires that I have seen inquire as to the nationality of the stock holders of such single vessel corporations.

9. I was well aware at the time of making the application submissions to NHIC that it was very common for yachts to remain in Mexico for the entire year and that this had never been an issue that was of any concern to any insurer I worked with, including NHIC.

10. Although none of NHIC policies on the MI BARUR required her to return to U.S. waters for any period of time, it is not uncommon for insurers that do want a vessel to return to a specific location to so mandate in the trading warranty or elsewhere in the policy. However, an insured has paid for an absolute right to go anywhere in those areas, for any period of time, unless the insurer (the policy) imposes some limit. Other than what was set forth in the weather plan and a declaration increasing the deductible for weather damage sustained in the southern portion of the warranted area during the storm season, the policy in force on the date of the loss of the MI BARUR had no such restriction. I am aware of not a single instance where the MI BARUR violated her trading warranty for even a day.

11. After I faxed Captain Rello's resume to Chris Clark at NHIC, having received no response to this fax or an e-mail, I called Mr. Clark. He said he had been on vacation and out of the office. I asked if the material I forwarded were acceptable. He then asked why the Captain's resume was written in Spanish. He asked if everyone could read this, and I replied to the effect, "well, they are all Mexicans." I asked him "are we still OK," referring to the documents I submitted, including the Captain's resume. He replied, "yes, we should be OK." The policy was subsequently issued.

12. At the time of the 2007 renewal, I suggested that Mr. Farell obtain an updated survey, because the carrier had inquired whether there was an updated

///

survey, and some quotes I received from other companies requested an updated survey

13. The Agreed Value for the 2007-2008 policy of $1.9 million was not based on any request or representation made by me or the Insureds, but was based on independent research by MGA's underwriter, Michael Terrier. Mr. Terrier informed me that if the vessel was being advertised for sale for $1.9 million, that is all he wanted to insure it for.

14. As I explained to Mr. Robb before the denial letter was even sent out, Mr. Schwede made the following comment; **"New policy, less than 30 days old, total loss, *Mexican*, he did it."** At the time, I assumed Mr. Schwede was joking but I corrected him by noting that the policy was in fact a renewal and had a new policy number, and that the policy was not less than 30 days old.

I declare until penalty and perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 21st day of May 2008, at San Diego, California.

Henry Medina

Maritime General Agency

70 Essex Road • Westbrook, CT 06498
Phone: 800-366-8086 • Fax: 860-399-5670
Email: info@maritimegeneral.com

EFFECTIVE DATE: 10-11-06

**APPLICANT INFO**

Name: [redacted] LLC
Address: [redacted]
City: [redacted] State: [redacted] Zip: [redacted]
Beneficial Owner(s): [redacted]
Corporate Name (if any):
Is Corp for sole purpose of ownership of vessel? ☒ Yes ☐ No ☐ N/A

**LOSS PAYEE INFO**

Payee:
Address: insured
City: State: Zip:
% Financed:
Nature of operations of the business:
Is this vessel fractionally owned? ☐ Yes ☐ No

**Name**

| NAMED OPERATORS | D.O.B. | AFFILIATION TO OWNER |
|---|---|---|
| 1. [redacted] | 1934 | Owner |
| 2. paid capt. | | |

**Vessel**

Builder/Manufacturer: Cheoy Lee Model: M/Y Hull ID/Serial # CHLD 4370C091
Year: 1991 Length: 96
Vessel Name: sapphire
Date Purchased: 10-11-06
Purchase Price: $1,500,000

CONSTRUCTION: ☒ Fiberglass ☐ Wood ☐ Aluminum ☐ Steel ☐ Other

TYPE: ☐ Runabout ☐ Cruiser ☐ Sailboat ☐ Houseboat ☒ Other Motor Yacht

**Engine & Equip.**

Engine Year: 1991 Engine Mfg.: Caterpillar Model: Serial # P 38514178
Total H.P.: 2100 Max Speed: 20 Serial # S 38514184
FUEL: ☐ Gas ☒ Diesel TYPE: (check one from each category) ☐ Outboard ☒ Inboard ☐ I/O # ☒ Twin ☐ Single
ADDITIONAL EQUIPMENT: ☒ GPS, Radar or Loran ☐ CO Detector ☒ Fire Suppression
Tender Mfg.: zodiac Length: 13 Value: Outboard Value:
Trailer Mfg.: Length: Value: Serial #:

**Personal**

Years boating: 10+ How many years in total have you owned boats? 10+
PRIOR VESSELS 1st PRIOR Length: 60 Type: Hatteras Years Owned:
2nd PRIOR Length: 35 Type: Bertram Years Owned:
5 Year Loss History: ☒ No Losses or (Date(s), Cause, Amount):
EDUCATION ☐ USCGA ☐ Licensed Capt. ☐ USPS ☒ Other
Present Marine Insurer: new purchase
Will applicant be living aboard? ☒ No ☐ Yes
Has your insurance ever been canceled or non-renewed? ☒ No ☐ Yes

**General**

Berthing Location: Summer (Incl. zip): Winter (Incl. zip):
Navigation Area: Florida until ship to Pacific Mexico ☐ Mooring ☒ At Dock ☐ Trailered
Lay-up From: — (12:01 AM) To: — ☐ On Land ☐ In Water, Bubbler System? ☐ No ☐ Yes
Do you employ a paid Captain or crew? ☐ No ☒ Yes, How many? 1 *Most recent survey? 9-26-06
Is vessel ever chartered / used commercially? ☒ No ☐ Yes Charter Type: # per year:
Is yacht used for racing? ☒ No ☐ Yes, details:
Is this vessel being held for sale? ☒ No ☐ Yes, held for sale since:
Additional Insured(s) & Relationship to Insured:
In the last 3 years, have you been convicted of a DUI, OUI or DWI? ☒ No ☐ Yes

**Coverages**

| | AMOUNT OF INSURANCE | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| HULL & EQUIPMENT | $ 1,500,000 | $ 2% | $ 9860 |
| OUTBOARD MOTORS | $ incl | $ | $ |
| LIABILITY | $ 300,000 | $ — | $ 549 |
| MEDICAL PAYMENTS | $ incl | $ | $ |
| PERSONAL EFFECTS | $ incl | $ | $ |
| TRAILER / TENDER | $ incl | $ | $ |
| FUEL SPILL | $ incl | $ | $ |
| TOWING | $ incl | $ | $ |
| UNINSURED BOATER | $ incl | $ | $ 6000 Navigation |

1% Min. or $250 which is greater. Trailer Deductible $100. TOTAL PREMIUM: $ 16,409

I hereby declare that I personally have read this application and declare that the statements made are true. I understand that this is not a binder of insurance. Any person who knowingly and with intent to defraud any insurance company or other person, files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

Applicant's Signature: [redacted]

Producer #
Agency: Mariners General Insurance
Address: 2390 Shelter Island Dr. #216
San Diego CA 92106
Date:

*A survey, not older than 36 months, must accompany application for vessels over ten years old. Recommendations must be completed within thirty days from inception date of policy unless otherwise stated in your quote.

EXHIBIT A - 14
96

# CHUBB GROUP OF INSURANCE COMPANIES

202 Hall's Mill Road Whitehouse Station, NJ 08889-1600
Phone 1-800-922-4875 Fax 1-908-572-4057

## Masterpiece YACHT INSURANCE QUOTE

The quotation for this yacht is based upon information provided by the producer and prospective insured and is subject to receiving the captain's resume, the one year itinerary and a current marine survey (if applicable), within thirty (30) days from this quotation date.

Producer: *Boswell Insurance Agency*

Date: *9/18/03*

Insured: *Arsenio Farell Campa*

Name: *N/A*

Yacht Description: *1990 92ft Hatteras*

Hull Deductible: $44,000

Hull Value: $ 2,200,000

Total # of Crew: *3 Full-Time*

Liability Limit: $ 300,000

Charter Coverage: *None*

Personal Effects: $ 25,000

Towing Coverage: $10,000

Medical Payments: $ 25,000

Uninsured Boaters Coverage: $1,000,000

Personal Watercraft Coverage: *None*

**Electronic navigational equipment is subject to a $250 deductible.**

**************************************************************************

Other coverages/Special Conditions:

- $25,000 Coral Reef Coverage
- $25,000 Blanket Fine Arts Coverage (no deductible)
- $10,000 Substitute Watercraft Coverage
- There must be a minimum of 3 Full-Time crew member in order to write
- All recommendation must be completed within 30 days
- $5,000 Computer Hardware Coverage
- $2,600 Fire Arms Coverage (no deductible)
- $1,600 Additional Living Expense Coverage

Total Annual Premium $ 12,645

Commission: 15%

Authorized Representative



Is your insurance program seaworthy?

This is a quotation only, subject to the usual terms, conditions, navigational areas, limitations customary to our policy form and the yacht to be insured. Insurance cover is not bound nor effective.
This quote is valid for thirty (30) days from the date above.

MARINER'S GENERAL

INSURANCE GROUP

MARINE COVERNOTE #5171

pending issuance of the Standard Marine Insurance Policy of the

Zurich Insurance Company
(NAME OF INSURANCE COMPANY)

Named Insured: Mi Barur, Inc.

Whose Address Is: 2525 Shelter Island Drive, #B, San Diego, CA 92106

Loss Payee, if any: Named Insured or Their Order

Description of Vessel: 1992 (Year) 92' (Length) Hatteras Motor Yacht (Type) HATDT3011990 (HIN) DOC#975461 Mi Barbur (Name)

Coverage to be Effective on: September 23, 2003 (Month) (Day) (Year) 12: 01 AM/PM (Hour) for 30 days

Vessel Insured for: Two Million Two Hundred Thousand and no/100------------------------------------------

**Conditions of Insurance**

Amount of Insurance-Hull & Machinery: $2,200,000.00

Deductible: $ 44 ,000.00

Limits of Protection & Indemnity: $ 300,000.00

Limits of Medical Payments Coverage: $ 25,000.00

Navigational Limits: Pacific coastal waters not north of Pt. Conception, CA nor south of Acapulco, Mexico not more than 200 miles offshore.

Special Conditions: WARRANTED PRIVATE PLEASURE USE ONLY.

| | |
|---|---|
| Uninsured Boater (Bodily Injury Only) | $ 300,000.00 Electronic's deductible $500 (Theft Only) |
| Oil Spill Liability | $ 300,000.00 Coverage included for 2 paid captain |
| Personal Effects | $ 15,000.00/$100.00 deductible |
| Towing | $ 1,500.00 |

A 3% HULL DEDUCTIBLE WILL APPLY FOR ANY WINDSTORM DAMAGE
BINDER ISSUED PENDING ORIGINAL POLICY TERMS AND CONDITIONS.

Annual Premium: $20,990.

The obligations of the parties are according to the terms of the policy in ordinary use by the Company. This binder to continue in force until replaced by a regular policy, but in no event for a period longer than 30 days from the effective hour of commencement in this binder and the policy subsequently issued, that the time set forth herein shall govern and shall supersede and commencement provisions contained in such policy

BY: [signature]

# ZURICH MARINE SPECIALTY INSURANCE
## MASTER MARINER YACHT PROGRAM

Henry
Here is what I came up with on this BD 8/16/04

PRINT DATE/TIME: 08-16-2004 / 11:53 am
TO: MARINERS GENERAL INSURANCE,AGENT CODE: 02366508

QUOTE NUMBER: 230b
QUOTED BY: bill

We appreciate the opportunity to provide a quotation on the following vessel, based on the information provided. Quote is valid for 30 days- If binding is required, we will need a completed and signed application.
This is a quotation only, not a binder.

OWNER: Ml Barur Inc

VESSEL: 1999 92 Hatteras

LAYUP:

NAVIGATION: Coastwise and navigable waters of the Pacific Ocean not north of Bodega Head, California nor south of Acapulco Mexico.

| | | |
|---|---|---|
| HULL | 2,200,000 | |
| LIABILITY | 300,000 | |
| MEDICAL PAYMENTS | 50,000 | |
| PERSONAL EFFECTS ($100 DED.) | 50,000 | |
| UNINSURED WATERCRAFT | 300,000 | |
| TOWING AND ASSISTANCE | 10,000 | PER OCCURRENCE |
| DINGHY ($250 DED.) | | |
| TRAILER ($100 DED.) | | |

ADDITIONALS

ELITE MARINER ENDORSESMENT ADDED( INCREASES SPECIFIC LIMITS SEE ENDT)

| | |
|---|---|
| DED%- 1% DEDUCTIBLE-22,000 | TOTAL PREMIUM-23,050.00 |
| DED%- 2% DEDUCTIBLE-44,000 | TOTAL PREMIUM-20,814.00 |

COMMENTS: 3% windstorm deductible to apply

If you have any questions concerning this or any other insurance coverages, please give us a call. We are very interested in writing and retaining your good business.

**MARINER'S GENERAL INSURANCE**
**2390 SHELTER ISLAND DRIVE, #216**
**SAN DIEGO, CA 92106**
**PHONE (619) 226-8661 FAX (619) 226-6410**

(Company Memo)

Maritime General Agency
c/o Chris Clark
fax: 860-399-3604

8/17/04

Named Insured:
Mi Barur, Inc.
#TBD

Chris,

I currently insure this vessel with Zurich, looking for better coverage and premium.

Attached is my signed application, survey and the captain information. There is also 1 crew member.

I have insured all of this insured's vessels, loss free. Vessel travelers from San Diego, Sea of Cortez to Acapulco.

Reviewing my file, I do not see the surveyor's compliance letter which I will get. I know they were done.

Should you have any questions regarding this matter, please do not hesitate to call me.

Sincerely,

Henry Medina

28
------ Total Pages

# YACHT INSURANCE APPLICATION

Mariner's General Insurance Group

Name and Address of Owner: Mi Barbur, Inc.
2525 Shelter Island Drive, #B
San Diego, CA 92106

Driver's License Number:
Occupation: Attorney

**HULL**
Name of Yacht: Mi Barbur
Reg. Number: 975461
Hull Identification No: HATDT3011990

Type of Yacht: XX Cruiser ☐ Sailboat ☐ Trawler ☐ Auxiliary Sailboat ☐ Runabout ☐ Houseboat

Manufacturer: Hatteras
Material: f/g
Year Built: 1990
Length: 92
Date Purchased: 9/23/03

Cost including Equipment: $2,200,000
New Replacement Cost: $
Principally Moored At: San Diego/Acapulco

Describe Any Modification to the Hull:

**MACHINERY**
Engine Type: ☐ Gasoline XX Diesel
Year: 1992
Make: Detroit
No. of Engines: 2

Total Horse Power: 4200
Designed Maximum Speed: 25

Describe any Modification to the Machinery:

**EQUIPMENT**
Is Vessel Equipped With Approved Type Built in Automatic Extinguishing System: XX Yes ☐ No Describe: Halon
Date Certified:

Is Vessel Equipped With:
XX Ship-to-Shore Radio XXX Fume Detector XX Depth Finder XX Radar
XX Other Specialized Safety Equipment: See Survey List

Is Vessel Equipped With:
☐ ☐ Aux. Generator Type of Fuel:

Is Galley Stove Approved for Marine Use: XX Yes ☐ No Type of Fuel:
Number and Type of Fire Extinguishers:

**GENERAL**
Yachting Exp. as Owner: 25+
Yachting Exp. as Crew: 25+
Size, Type of Vessels Owned: 74' Defever 55' Trawler; 90' Hatteras

Name, Age of Operators Under 19 and/or Having Less Than Two Years of Experience: none

Particulars and Amount of All Yacht and Outboard Losses in Past Three Years. If "NONE" STATE "NONE": none

Have Operators Successfully Completed: ☐ Coast Guard Auxiliary Course ☐ Power Squadron Training Course XXX Other: Licensed Mexican Captain and crew

If Vessel Owned Corporately, Provide Specific Details of Usage: yes, private pleasure use only

Is Vessel Used Commercially or Chartered: ☐ Yes XX No Explain:
Water Skiing: ☐ Yes XX No
Racing: ☐ Yes XX No

Navigation Limits Requested: Pt. Conception, CA to Acapulco, MX

TRAILER
Previous Insurance Company: new purchase
Policy Number:

**COVERAGE**
Effective Date: 9/23/03
Amt. of Hull Ins.: $2,200,000
Deductible: 2%
P.I. Limits: $300,000
Medical Payments: $ 25,000
Personal Effects: $15,000

Tender — Year: Manufacturer: Serial Number: $
Outboard — Year: Manufacturer: Serial Number:
LOSS PAYEE AND ADDRESS:
Outstanding Mortgage Amount $

Dated: Signature of Insured: [signature]
Dated: Signature of Agent:

As a normal part of our underwriting procedure, a routine inquiry may be made which will include information concerning character, general reputation, personal characteristics and mode of living. Public Law 91-508 (Federal Fair Credit Reporting Act) requires that if such a report is made, upon your written request within a reasonable time after you receive this notice, additional information as to the nature and scope of the inquiry will be provided. I understand that the above information, which is correct and complete to the best of my knowledge, is to be the basis of insurance, if granted, but does not obligate me to accept the insurance nor the company to accept the risk.

..CHT QUOTE QUESTIONNAIRE DATE 8-17-04

Mi Barur, Inc. PHONE #

2525 Shelter Island Dr. #B

San Diego, CA 92106

BOAT DESCRIPTION:

| YEAR | LENGTH | MAKE | TYPE | NAME | MATERIAL |
|---|---|---|---|---|---|
| 1992 | 92 | Hatteras | M/Y | Mi Barur | F/G |

ENGINE(S)

| YEAR | H.P. | MAKE | TYPE (GAS/DIESEL) | HULL# | CF# |
|---|---|---|---|---|---|
| 1992 | T-2100 | Detroit | DIESEL (circled) | | |

EQUIPMENT:

SHIP TO SHORE ✓ VHF ✓ RDF FUME DETECTOR RADAR ✓ LORAN SAT NAV ✓

DEPTH SOUNDER ✓ AUTO PILOT ✓ HALON ✓ OTHER

OWNERS OCCUPATION: Attorney AGE 58 YEARS EXPERIENCE 25+

COAST GUARD POWER SQUADRON

PRIOR BOATS OWNED: 55' Trawler

90' Hatteras

74' Defever

OTHER OPERATORS Paid crew

PREVIOUS INSURANCE Zurich / Mariners General

PREVIOUS LOSSES None

MOORING LOCATION San Diego / Acapulco

LENDER None

SURVEY INFORMATION: ✓

DATE OF SURVEY 9-7-2003 AFLOAT/DRYDOCK (DRYDOCK circled)

SURVEYOR Marvin Henderson

MARKET VALUE $2,200,000

REPLACEMENT VALUE $5,500,000

1 capt. 1 crew

AMOUNT OF COVERAGE:

HULL $2,200,000

P&I $ 300,000

MEDICAL PAYMENTS

NOTES:

| COMPANY | 1% DED | 2% DED | COMPANY | 1% DED | 2% DED | COMPANY | 1% DED | 2% DED |
|---|---|---|---|---|---|---|---|---|
| HULL | | | HULL | | | HULL | | |
| P&I | | | P&I | | | P&I | | |
| | | | MED | | | MED | | |
| OTHER | | | OTHER | | | OTHER | | |
| TOTAL | | | TOTAL | | | TOTAL | | |

EXHIBIT A - 20

## Henry Medina

**From:** Chris Clark [chris.clark@maritimegeneral.com]

**Sent:** Wednesday, August 18, 2004 11:01 AM

**To:** hmedina@marinersinsurance.com

**Subject:** Mi Barur, Inc. Quote

Dear Henry Medina,

Attached is the New Hampshire Mega-Yacht quotation for the above captioned. Please be advised this quotation will expire in 30 days from the quote date.

This risk was quoted with the following coverages included:

- Coverage for 2 Crewmembers
- $25,000 Coral Reef Damage
- $10,000 Computer Hardware
- $2,500 Fire Arms Coverage
- $25,000 Fine Arts Blanket Coverage
- $2,500 China & Silver Coverage
- Pacific coastal Navigation

This quote is subject to the following conditions prior to coverage being bound:

- Receipt of completed signed applications
- A Copy of the Captain's resume
- Signed Compliance letter for all recommendations noted in survey.
- Warranted a Full Time Captain be employed and in charge of vessel
- severe weather plan

The following additional premiums shall apply, if desired:

0.5% Deductible = $770 A/P

If you have any questions please do not hesitate to email me, or call me directly at the number below.

Sincerely,

Chris Clark
Yacht Underwriter
Maritime General Agency
Phone: (860) 399-3694
Fax: (860) 399-3604

For more information visit www.maritimegeneral.com. Your insurance source for Marinas, Boat Dealers, Yacht Clubs, Boats & Yachts, Mega-Yachts and Charter Boats.

**Henry Medina**

**From:** Chris Clark [chris.clark@maritimegeneral.com]
**Sent:** Wednesday, August 18, 2004 1:03 PM
**To:** hmedina@marinersinsurance.com
**Subject:** RE: Mi Barur, Inc. Quote

Hi Henry,

Yes, I can use the app I have here for binding. I did get the captain's license, but the resume is in Spanish? In any case I can bind with what I have subject to the other things.

If you can sell it with increased premium and deductible, great, just let me know. Thanks.

Chris Clark
Yacht Underwriter
Maritime General Agency
Phone: (860) 399-3694
Fax: (860) 399-3604

For more information visit www.maritimegeneral.com. Your insurance source for Marinas, Boat Dealers, Yacht Clubs, Boats & Yachts, Mega-Yachts and Charter Boats.

---

**From:** Henry Medina [mailto:hmedina@marinersinsurance.com]
**Sent:** Wednesday, August 18, 2004 2:48 PM
**To:** Chris Clark
**Subject:** RE: Mi Barur, Inc. Quote

Chris,

Will the 2003 signed application I faxed work to bind coverage?

Also I faxed the captain license and resume, with certificates of the Merchant marine academy. he is the full time captain?

I will get the signed compliance letter and weather plan.

I will also increase your quote and advise you of the premium.

2% deductible while in Mexican waters and 3% windstorm deductible, will also apply?

Please advise,

Henry

-----Original Message-----
**From:** Chris Clark [mailto:chris.clark@maritimegeneral.com]
**Sent:** Wednesday, August 18, 2004 11:01 AM
**To:** hmedina@marinersinsurance.com

**..enry Medina**

**From:** Henry Medina [hmedina@marinersinsurance.com]
**Sent:** Tuesday, September 14, 2004 10:28 AM
**To:** CHRIS CLARK
**Subject:** MI Barur, Inc. 92' Hatteras Motor Yacht

Chris,

I just faxed you the signed survey compliance letter and the weather plan.

Thanks

Henry

Chris Clark

3 Pages

**EXHIBIT A - 23**
**105**

# Weather Plan

M/Y Mi Baur
1992 92' Hatteras

The Motor Yacht Mi Baur is moved between Pt. Conception, CA and Acapulco, MX.

Remaining in Acapulco about 6 months out of the year. During hurricane season the vessel is moved north into the Sea of Cortez. (La Paz)

Vessel has a full time crew onboard and if needed the vessel is moved further north into the Sea of Cortez.

# COMPLETION OF SURVEY RECOMMENDATIONS SIGN-OFF FORM

Date: 9/14/2004

Insured: Mi Barur, Inc.

Policy #: TBD

I HEREBY CERTIFY THAT I HAVE DUTIFULLY COMPLIED WITH ALL RECOMMENDATIONS MADE ON THE Marvin Henderson SURVEY, DATED 9/7/2003

A CONDITION AND VALUATION SURVEY HAS BEEN COMPLETED ON YOUR VESSEL. AN INSPECTION OF THIS KIND SHOULD BE PART OF NORMAL MAINTENANCE AND IS DESIGNED TO IMPROVE THE QUALITY OF THE VESSEL

COMPLETION OF THE SURVEY RECOMMENDATIONS WILL PROVIDE SAFETY, SEAWORTHINESS, AND EFFICIENT MARINE PERFORMANCE. IN ADDITION, A LOSS THAT MAY BE OTHERWISE COVERED MAY NOT BE IF SUCH A LOSS IS IDENTIFIED WITH NON-COMPLETION OF THE SURVEYORS RECOMMENDATIONS.

[signature] Pres.
OWNERS SIGNATURE

DATED

IF THERE ARE ANY EXCEPTIONS, LIST BY RECOMMENDATION NUMBER AND INTENDED DATE OF COMPLETION BELOW:

RECOMMENDATION #________ DATE________

RECOMMENDATION #________ DATE________

RECOMMENDATION #________ DATE________

PLEASE RETURN TO OUR OFFICE BEFORE ASAP SO THAT WE CAN MEET OUR UNDERWRITERS REQUESTS.

*THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.*

MARINERS GENERAL INSURANCE GROUP
2390 SHELTER ISLAND DRIVE #216
SAN DIEGO, CA 92106
Phone: (619) 226-8661 Fax: (619) 226-6410

# NEW HAMPSHIRE INSURANCE COMPANY®

Boston, Massachusetts

This is a declaration page with Policy Provisions - Section A and Endorsements, if any, to issue and form part thereof, completes the below numbered policy of the NEW HAMPSHIRE INSURANCE COMPANY, A CAPITAL STOCK COMPANY.

New

Policy No.EY 341-92-25

Effective Date From: 09/23/2004 to09/23/2005 at 12:01 a.m. Standard Time at place of issuance.

**Producer:** 400060
Mariner's General Insurance
2390 Shelter Island Dr
Suite #216
San Diego, CA 92106

**Named Insured:**
Mi Barur, Inc.
2525 Shelter Island Drive #B
San Diego, CA 92106

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | HULL (Agreed Value) | $2,200,000 | $44,000 | $16,060 |
| | Tender | $22,000 | $500 | Inc. |
| B | PROTECTION & INDEMNITY<br>Longshoremen's & Harbor Workers compensation insurance as provided in public act 803 of the 69th congress, as amended.<br>Includes coverage for 2 crew. | $300,000 | N/A | $1,280 |
| C | Medical Payments | $25,000 | N/A | Inc. |
| E | Towing | $10,000 | N/A | Inc. |
| F | Personal Effects | $22,000 | $250 | Inc. |
| G | Uninsured Boater | $300,000 | N/A | Inc. |
| H | Fuel Spill Liability | $300,000 | N/A | Inc. |
| | Endorsements: Nav-1<br>W-2, B-11, B-12, B-5, MAN-2, B-7, GC-1, MAN-1, MAN-3, B-6, B-8 | | | $650 |
| | | TOTAL PREMIUM | | $17,990 |

Description of Vessel: Year Built 1992 Manufacturer: Hatteras
Length: 92 ft Model: M/Y
Name: "Mi Barur" Hull Serial # HATDT3011990

Description of Motors Year Built 1992 Manufacturer: Detroit Serial# P:
S:

Navigation Limits Warranty: Warranted confined to the use and navigation of coastal waters and tributaries of the Pacific Ocean, not North of Pt. Conception, CA and not south of Rio Santo Tomas, Baja, MX. Nav.# 955

Countersigned: 09/15/2004
M O Taxloc NY

[signature]
MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form:74163 (7/99)

EXHIBIT A - 26

# NEW HAMPSHIRE INSURANCE COMPANY®

Boston, Massachusetts

This is a declaration page with Policy Provisions - Section A and Endorsements, if any, to issue and form part thereof, completes the below numbered policy of the NEW HAMPSHIRE INSURANCE COMPANY, A CAPITAL STOCK COMPANY.

**Policy No.EY 341-92-25** **Renewal**

Effective Date From: 09/23/2005 to09/23/2006 at 12:01 a.m. Standard Time at place of issuance.

**Producer:** 400060
Mariner's General Insurance
2390 Shelter Island Dr
Suite #216
San Diego, CA 92106

**Named Insured:**
Mi Barur, Inc.
2525 Shelter Island Drive #B
San Diego, CA 92106

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | HULL (Agreed Value) | $2,200,000 | $44,000 | $16,060 |
| | Tender | $22,000 | $500 | Inc. |
| B | PROTECTION & INDEMNITY<br>Longshoremen's & Harbor Workers compensation insurance as provided in public act 803 of the 69th congress, as amended.<br>Includes coverage for 2 crew. | $300,000 | N/A | $1,280 |
| C | Medical Payments | $25,000 | N/A | Inc. |
| E | Towing | $10,000 | N/A | Inc. |
| F | Personal Effects | $22,000 | $250 | Inc. |
| G | Uninsured Boater | $300,000 | N/A | Inc. |
| H | Fuel Spill Liability | $300,000 | N/A | Inc. |

**Endorsements:** Nav-1, MAN-5 $650
B-7, GC-1, MAN-1, MAN-2, B-11, B-12, B-5, W-2, B-6, B-8, MAN-3

**TOTAL PREMIUM** $17,990

**Description of Vessel:** **Year Built** 1992 **Manufacturer:** Hatteras
**Length:** 92 ft **Model:** M/Y
**Name:** "Mi Barur" **Hull Serial #** HATDT3011990

**Description of Motors** **Year Built** 1992 **Manufacturer:** Detroit **Serial#** P:
S:

Navigation Limits Warranty: Warranted confined to the use and navigation of coastal waters and tributaries of the Pacific Ocean, not North of Pt. Conception, CA and not south of Rio Santo Tomas, Baja, MX. Nav.# 955

Countersigned: 07/27/2005
M O Taxloc NY

[signature]
MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form:74163 (7/99)

**EXHIBIT A - 27**
**109**

# NEW HAMPSHIRE INSURANCE COMPANY®

Boston, Massachusetts

This is a declaration page with Policy Provisions - Section A and Endorsements, if any, to issue and form part thereof, completes the below numbered policy of the NEW HAMPSHIRE INSURANCE COMPANY, A CAPITAL STOCK COMPANY.

Policy No.EY 341-92-25 Renewal

Effective Date From: 09/23/2006 to09/23/2007 at 12:01 a.m. Standard Time at place of issuance.

**Producer:** 400060
Mariner's General Insurance
2390 Shelter Island Dr
Suite #216
San Diego, CA 92106

**Named Insured:**
Mi Barur, Inc.
2525 Shelter Island Drive #B
San Diego, CA 92106

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | HULL (Agreed Value) | $2,200,000 | $44,000 | $16,250 |
| | Tender | $22,000 | $500 | Inc. |
| B | PROTECTION & INDEMNITY<br>Longshoremen's & Harbor Workers compensation insurance as provided in public act 803 of the 69th congress, as amended.<br>Includes coverage for 2 crew. | $300,000 | N/A | $1,280 |
| C | Medical Payments | $25,000 | N/A | Inc. |
| E | Towing | $10,000 | N/A | Inc. |
| F | Personal Effects | $22,000 | $250 | Inc. |
| G | Uninsured Boater | $300,000 | N/A | Inc. |
| H | Fuel Spill Liability | $300,000 | N/A | Inc. |
| Endorsements: | Nav-1, MAN-5<br>B-7, GC-1, MAN-1, MAN-2, B-11, B-12, B-5, W-2, B-6, B-8, MAN-3 | | | $1,100 |
| | | TOTAL PREMIUM | | $18,630 |

Description of Vessel: Year Built 1992 Manufacturer: Hatteras
Length: 92 ft Model: M/Y
Name: "Mi Barur" Hull Serial # HATDT3011990

Description of Motors Year Built 1992 Manufacturer: Detroit Serial# P:
S:

Navigation Limits Warranty: Warranted confined to the use and navigation of coastal waters and tributaries of the Pacific Ocean, not North of Pt. Conception, CA and not south of Rio Santo Tomas, Baja, MX. Nav.# 955

Countersigned: 08/28/2006
M O Taxloc NY

[signature]
MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form:74163 (7/99)

**EXHIBIT A - 28**

This Endorsement #: 1 Effective: 9/23/2006

Attached To And Forming Part Of Policy #: EY 3419225

Of The: New Hampshire Insurance Co.

Issued To: Mi Barur. Inc.

## NAVIGATION ENDORSEMENT

In consideration for premiums charged $1100. The navigation warranty of this policy is amended to include Navigation of Coastal Waters and waters tributary thereto, of the Pacific Ocean and Acapulco as far south as 16 Degrees 30 Minutes North Latitude.

It is agreed and understood a 2% deductible shall apply while the named vessel is outside US Waters.

All other terms and conditions remain unchanged.

Dated: 8/28/2006

Maritime General Agency

Endorsement Form: Nav - 1

The terms outlined below seem ok and not out of line. Can yo. tell me what the cost would be for the renewal?

It seems to me that the vessel will be onboard Dockwise when it renews on 9/23/07. We should however include the Mexican navigation on the renewal just in case Dockwise is behind schedule.

Henry

---

From: Michael Terrier [mailto:Michael.Terrier@MaritimeGeneral.com]
Sent: Tuesday, August 28, 2007 8:44 AM
To: Henry Medina
Cc: Michael Terrier
Subject: RE: Mi Barur, Inc. #EY341-92-25

Henry, I see this for sale asking $1,900,000. I will have to drop the value from $2.2mm to $1.9mm and rewrite the policy upon renewal as this changes the class(policy number). We will also warrant the insured is listed as an AI on the yacht dealers policy, add a wind deductible, etc.This is also listed as a 1990 in the yacht world listing but is insured as a 1992, the survey lists it as a 1990.

An older Cheoy Lee up for sale, moored in Florida during hurricane season is less than desirable as new business.We would probably pass.

I will get back to you later this week with new terms.

Thank you,

Michael Terrier
Senior Yacht Underwriter
Maritime General Agency
70 Essex Road
Westbrook, Ct, 06498

800.366.8086 ext 1619
860.399.3619 direct
860.399.3652 Fax
michael.terrier@maritimegeneral.com

* Marinas * Boat Dealers * Yacht Clubs * Boats & Yachts * Mega Yachts
* Charter Vessels

Instant On-line Boat quotes at www.maritimegeneral.com

---

From: Henry Medina [mailto:hmedina@marinersinsurance.com]
Sent: Tuesday, August 28, 2007 10:36 AM

**Henry Medina**

**From:** Henry Medina [hmedina@marinersinsurance.com]
**Sent:** Thursday, September 20, 2007 1:42 PM
**To:** 'Michael Terrier'
**Subject:** Mi Barur, Inc #QD0062514

Hi Michael,

Please issue the renewal policy effective 9/23/2007 at the value of $1,900,000. However the navigation limits must be amended to match the expiring policy #EY341-92-25. The vessel will not longer be shipped to Florida, vessel will remain a San Diego, La Paz, Acapulco vessel.

Please issue the policy and advise what the new annual premium is?

Henry Medina
Mariner's General Insurance Group
San Diego Office
phone 619-226-8661
fax 619-226-6410
hmedina@marinersinsurance.com

# NEW HAMPSHIRE INSURANCE COMPANY®

Boston, Massachusetts

This is a declaration page with Policy Provisions - Section A and Endorsements, if any, to issue and form part thereof, completes the below numbered policy of the NEW HAMPSHIRE INSURANCE COMPANY, A CAPITAL STOCK COMPANY.

New

**Policy No.YM 868-56-66**

Effective Date From: 09/23/2007 to09/23/2008 at 12:01 a.m. Standard Time at place of issuance.

**Producer:** 400060
Mariner's General Insurance
2390 Shelter Island Dr
Suite #216
San Diego, CA 92106

**Named Insured:**
Mi Barur, Inc.
2525 Shelter Island Drive #B
San Diego, CA 92106

Coverage applies to items below only when amount and limits are specified.

| Section | Coverage Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| A | **HULL (Agreed Value)** | $1,900,000 | $38,000 | $14,060 |
| | **Tender** | $25,000 | $500 | Inc. |
| B | **PROTECTION & INDEMNITY**<br>Longshoremen's & Harbor Workers compensation Insurance as provided in public act 803 of the 69th congress, as amended.<br>Includes coverage for 2 crew. | $300,000 | N/A | $749 |
| C | **Medical Payments** | $10,000 | N/A | Inc. |
| E | **Towing** | $2,500 | N/A | Inc. |
| F | **Personal Effects** | $10,000 | $250 | Inc. |
| G | **Uninsured Boater** | $300,000 | N/A | Inc. |
| H | **Fuel Spill Liability** | $300,000 | N/A | Inc. |
| **Endorsements:** | MAN-5, MAN-6, W-1, Nav-1<br>MAN-2, GC-1, MAN-3, MAN-1, B-8 | | | $1,050 |
| | | **TOTAL PREMIUM** | | $15,859 |

**Description of Vessel:** **Year Built** 1990 **Manufacturer:** Hatteras
**Length:** 92 ft **Model:** M/Y
**Name:** "Mi Barur"
**Hull Serial #** HATDT3011990

**Description of Motors** **Year Built** 1992 **Manufacturer:** Detroit
**Serial#** P:
S:

Navigation Limits Warranty: Warranted confined to the use and navigation of coastal waters and tributaries of the Pacific Ocean, not North of Pt. Conception, CA and not south of Rio Santo Tomas, Baja, MX. Nav.# 955

Countersigned: 09/21/2007
M O Taxloc NY

[signature]
MARITIME GENERAL AGENCY

The declarations page and endorsements attached hereto, are made part of, and attach to, policy form:BJP 2191-A (8/06)

**TODD & ASSOCIATES, INC.**
MARINE SURVEYORS & CLAIMS SETTLING AGENTS

2390 SHELTER ISLAND DRIVE; SUITE 220
SAN DIEGO, CALIFORNIA 92106
PHONE: (619) 226-1895
24 HR. PHONE: (619) 224-2394
TELEFAX: (619) 223-8942

November 5, 2007
File No.: 07-1278

Attorney Arsenio Farell Campa

Re: "Mi Barur"

Dear Señor Farell:

Thank you for your continued cooperation regarding the salvage and investigation required by your insurance company as a result of the unfortunate fire to your vessel "Mi Barur".

As you are aware, the vessel remains were re-floated Wednesday, October 31, 2007, and towed by Abbaroa, November 1, 2007, to the haulout facility, where the vessel was hauled from the water and remains.

At my last attendance, with your representative, Sr. Ricardo Fernandez, Captain Luis Rello, and Sr. Poncho Abbaroa present, my instructions for the vessel were clearly communicated through Ricardo to Poncho Abbaroa, as follows:

1. The vessel should be towed to the shipyard, and immediately hauled from the water.

2. Following haulout, fiberglass repairs to the bottom of the vessel should be undertaken to secure the vessel from taking on additional amounts of water following relaunching.

3. The shipyard should steam clean the engineroom only, to assist in facilitate Terry Carpenter, who has been engaged by my office to preserve the vessel's main engines and generators.

4. It was agreed that Sr. Abbaroa was to provide all assistance to Mr. Carpenter.

5. Fire Investigator Arthur Murphy is returning to La Paz to complete the Cause & Origin investigation November 7, 8 & 9, 2007. Please instruct Signor Abbaroa to assist Mr. Murphy in all regards, and provide cooperation to facilitate the completion of inspections. Mr. Murphy may require two of the shipyard employees to assist in debris removal.

6. Please communicate to Sr. Abbaroa that nothing is to be disturbed in the hull of the vessel forward of the engineroom bulkhead.

7. It is my understanding that your insurance company will reimburse you for the vessel salvage expenses, haulout and cleaning expenses, following receipt and review of all invoices provided by you and presented to my office for review.

8. Please instruct Sr. Abbaroa to prepare a separate invoice for the haulout of the vessel, and additional expenses beyond the salvage expense, to include one month in the water storage at his facility.

9. Following completion of the fire Cause & Origin inspections, anticipated to be completed Friday, November 9, 2007, in the late afternoon, the vessel may be relaunched, and should be stored in the water at the Abbaroa Shipyard.

I appreciate your assistance in communicating to Sr. Abbaroa the need for cooperation and assistance, so that we may complete our requirement for investigations this Friday, November 9, 2007.

Upon presentation of appropriate invoices or expenses associated with the salvage and local investigation expenses, I shall immediately review appropriate documents and present them to your insurance company for reimbursement.

I appreciate your continued assistance.

Yours truly,

ACCREDITED MARINE SURVEYOR
S.A.M.S.
163
MEMBER

Todd Schwede, AMS, CPI I, CMI
Todd & Associates, Inc.

CC: Susan Smith, AIG insurance
Geoff Robb

TAS/sjh

Todd and Associates, and the surveyor signing this report agree to use their best efforts in behalf of those for whom this survey is made, but it is expressly understood and agreed that this survey is undertaken and this report issued with the understanding that neither shall be liable for any errors or omissions, whether due to active negligence or otherwise, in excess of the actual charge made for this survey, and that any and all persons interested in or to be affected hereby accept this report on that basis.

**October 24, 2007.**

**TODD & ASSOCIATES, INC.**
**Marine Surveyors & Claims Settling Agents**
**2390 Shelter Island Drive # 220**
**San Diego, California 92106.**

**Dear Mr. Todd Schwede:**

Through the present one I go to you soliciting from you or somebody of the insurance agency AIG to appear in La Paz Baja California of immediate form, because to remove the boat afloat, they have been seen in the necessity to remove some things that hinder to the divers such as carpets or tapestries, the previous thing by virtue of which you indicated to me the inconvenience to remove any thing, reason for which I require your authorization, or somebody else, which is present in La Paz for the maneuvers before commented.

Combined to the previous thing, also I mention that I have a great number of problems with the harbor authorities by the problem of the pollution of diesel, reason why I require the attendance from my insurer in the aid of these problems.

Sincerely,

**LIC: ARSENIO FARELL CAMPA.**

November 5, 2007.

**MR. TODD SCHWEDE**
**Present**

**Dear Mr. Schwede:**

Today I have received a telephone call from my Captain **Luis Rello** to inform me that the shipyard of Mr. **Abaroa** had concluded the works and that the boat could be put again afloat or be left on dry dock. Mr. **Abaroa** asked Mr. **Carpenter** what they wanted to do with the boat, and Mr. **Carpenter** cannot answer whether if the boat stays afloat or on dry dock, therefore, I beg you to tell us what to do with the vessel, understanding that you commented that once I took the boat out, she would be under your custody and as of the present day, Mr. **Carpenter** does not know what to do with the boat. It should be pointed out that if the boat remains afloat without surveillance, there would be people starting to steal parts of her, on the other side you also commented that once the boat was on dry dock, the expenses should be at your account, and if the boat remains more days in Mr. Abaroa's yard, such expenses shall be invoiced to the subscribed, therefore, I beg you to define what would you like to do with the vessel. Waiting for your instructions, I remain,

Sincerely,

**Attorney Arsenio Farell Campa**

CARTA TODD SCHWEDE-APC

Geoff

---

**From:** Henry Medina [mailto:hmedina@marinersinsurance.com]
**Sent:** Friday, March 07, 2008 12:51 PM
**To:** grobb@gibsonrobb.com
**Cc:** HallmarkYachts@aol.com; 'Beatriz Pineda'
**Subject:** M/Y Mi Barur, Claim # 3513.31

Mr. Robb,

Thank you for responding so quickly to my email of March 5, 2008 It's very unfortunate that this claim may turn into a Bad Faith suit.

I trust you understand our position which as an Insurance Agency we must stand by our client as they have purchased an All Perils Yacht Policy on Good Faith from New Hampshire Insurance Company. "Unless there is actual proof of any wrong doing"

Again, I'm not an attorney but as I read Mr. Murphy's report on page 13 he states "did you start the fire" and again page 35 in his conclusion states (arson) and Captain Rello being the last to leave the vessel.

As for Mr. Murphy's alleged comments, perhaps it was a misunderstanding due to the English/Spanish communications. However, I did not misunderstand Todd Schwede when he stated to me "Henry New Policy, less the 30 days old, total loss, Mexican, he did it" I took that as a joke, perhaps I misunderstood and it was the intention of New Hampshire Insurance Company not to pay this claim from the start.

Did I misunderstand you, when you told me "The Mexican's started the savage hours before Terry Carpenter arrived" Mr. Carpenter is only a mechanic per Mr. Murphy's report, why was he in charge of the savage? The vessel sat in the water for days before she was raised any evidence from the Fire Origin was contaminated by the water and air elements Murphy's report is not valid. Also reading this report it appears to me someone else influenced the writing of this report.

Mi Barur, Inc. is entitled to full payment of $1,900,000 Hull and Machinery (Agreed Hull Value) per the All Perils Yacht Policy and payment for Personal Property subject to a $250 deductible for what ever personal items where still onboard the Yacht. Again this policy is an All Perils Policy which includes coverage for any type of fire. Unless you can prove this was intentional set by the owner (who has not financial gain by doing this) or his captain, we expect full payment to be expedited.

Sincerely,

MARINERS
GENERAL INSURANCE GROUP

**Henry Medina**
**Mariners General Insurance**
**2390 Shelter Island Drive, #216**
**San Diego, CA 92106**
**Phone: 619-226-8661**

**Henry Medina**

**From:** Geoffrey Robb [grobb@gibsonrobb.com]
**Sent:** Friday, March 07, 2008 10:17 AM
**To:** 'Henry Medina'
**Subject:** RE: M/Y Mi Barur, Claim # 3513.31

Dear Mr. Medina,

Thank you for your input. I will forward your email to underwriters for review. I have been advised that the insured has hired counsel, and I think it best that further communications about the claim be directed through counsel.

However, I will take this opportunity to respond to a couple of your points regarding Mr. Murphy and his report. I checked Mr. Murphy's report and did not see where he has concluded that Captain Rello started the fire. He has found that the fire was intentionally set, and noted, among other findings, that Captain Rello was the last to leave the boat.

As far as Mr Murphy's alleged comments that the freezer motor in the Captain's stateroom was the cause, I would be very surprised if an expert of his caliber would make such a statement on the scene. Perhaps Captain Rello and Mr. Fernandez misunderstood some comment. My understanding is that Mr. Murphy photo documented his inspection, so I must presume that he has photos of what he looked at. I can discuss with underwriters making his photos available for inspection if requested.

Fortunately, to my knowledge, no inspected contents of the boat have been destroyed. So, if Captain Rello or the insured believe that the freezer motor caused the fire and if the insured intends to investigate the cause, the motor should still be available for inspection. It is very important that the insured give notice to underwriters of any disposition or inspection of the boat or its contents.

I am confident that underwriters will consider any evidence demonstrating that the cause of the fire was accidental and not arson.

Please let me know if I can be a further assistance.

Best Regards.

Geoff

---

**From:** Henry Medina [mailto:hmedina@marinersinsurance.com]
**Sent:** Wednesday, March 05, 2008 8:49 AM
**To:** grobb@gibsonrobb.com
**Subject:** M/Y Mi Barur, Claim # 3513.31

Dear Mr. Robb,

EXHIBIT A - 37
120

Fire Cause Analysis
A DIVISION OF IFT INC.

# CURRICULUM VITAE
# DONALD J. PERKINS

**Fire Cause Analysis**
**935 Pardee St.**
**Berkeley, CA 94710**

| | |
|---|---|
| **Business:** | **(510) 649-1300** |
| **Fax:** | **(510) 649-3099** |


## *Area of Specialization:*

Fire Investigation/Litigation – Case File Review - Consulting

## *Background and Professional Experience:*

Mr. Perkins' background consists of education/technical training and over 40 years of professional experience. He had worked in a major municipal fire department for 28 years and retired in 1994 at the rank of Captain. As a Fire Suppression Captain, Mr. Perkins worked on shift for over ten years. He was assigned to both Engine and Truck Companies at Battalion Headquarters in one of the busiest fire stations in San Jose, California. He was Incident Commander on numerous fires over the course of his career. Mr. Perkins also held the position of Fire Investigator (2 years) and Arson Unit Supervisor / Investigator for 4 years. During this time frame he conducted or supervised over 3,000 fire investigations. Mr. Perkins was also assigned to the San Jose Fire Prevention Bureau for over six years working in code enforcement, plan checking, and fire protection systems inspections. Mr. Perkins met the standards and successfully passed his tests to be qualified as a Certified Fire Protection Specialist. He recently completed the Wildland Fire Origin & Cause Determination certification class presented by the US Forest Service.

Mr. Perkins founded the firm Fire Cause Analysis in 1980 and merged his company with IFT Inc. in 1993. In addition to conducting his own investigations, he presently manages a team of highly qualified fire investigators. Mr. Perkins has conducted or supervised over 4,000 fire investigations and has over 30 years experience in fire/arson investigations with commercial and residential property, vehicle and marine vessels, arson and fraud, and has given expert witness testimony in both State and Federal Courts.

Mr. Perkins is a certified Level II Fire Investigator through the California State Fire Marshal's Office. He is also Certified by the International Association of Arson Investigators (IAAI). In July, 2005 he met the certification standards established for a Type 3 Wildland Fire Investigator developed by the National Wildland Coordinating Group. He is a licensed Private Investigator in California, Nevada, and Arizona. He has a "Lifetime Teaching Credential" in the State of California and teaches the basic and advanced curriculum in Fire/Arson Investigation as directed by the California State Fire Marshal's Office. Mr. Perkins has taught students enrolled in the Fire Science Program at local colleges as well law enforcement personnel at the Criminal Justice Training Center in San Jose.

Mr. Perkins has been a guest speaker and lecturer for the California Association of Arson Investigators and the International Association of Arson Investigators. Mr. Perkins was a member on the IAAI Certified Fire Investigators (CFI) Committee for three years and chaired the "IAAI Testing Committee" which writes the national certification test (CFI) for fire investigators. Mr. Perkins is a "co-author" on the IAAI Development Committee for the NFPA document "User's Manual for NFPA 921". Mr. Perkins was a project team member and contributed to the document "Performance of California Homes and Buildings in Urban Wildland Interface", a grant provided to Fire Cause Analysis by the California State Fire Marshal's office.

## ***Education/Training/Special Seminars:***

San Jose City College, San Jose, California - 1972
Associate of Arts Degree: Fire Science

West Valley College, Saratoga, California - 1975
Associate of Arts Degree: Business Management

Alcohol, Tobacco & Firearms - Glenco, Georgia -Advanced Arson for Profit – 1985
California Fire Academy - Asilomar, California - Fire Investigations - IA, IB, 2A, 2B
California Fire Academy - Asilomar, California - Fire Instructor - IA, IB
California Fire Academy - Asilomar, California - Incident Command Tactics - I, II, III
F.B.I. Academy - Quantico, Virginia - Police/Arson School - 1986
F.B.I. Bomb Investigations - Gilroy, CA - Seminar
National Fire Academy -Emmitsberg, Maryland - Fire/Arson Investigation School - 1979
National Fire Academy - Emmitsberg, Maryland - Fire/Arson Detection Instructor – 1982
National Fire Academy -Emmitsberg, Maryland – Courtroom Testimony Facilitator - 2001
Advanced Fire Investigation - Denver Fire Department - 1981
Arson/Bomb Scene Investigation - Calif. State Fire Marshal's Office 1978
Determining the Cause and Origin of Fires & Explosions - NAFI - 1990
International Association of Arson Investigators-Annual Seminar's
07, 06, 05, 04, 03, 02, 00, 99, 97, 95, 93, 91, 89, 88, 87
Dynamics of Fire Behavior - Factory Mutual Fire Test Facility - IAAI 10/93
Investigation of Large Loss Fires in Commercial & Industrial Buildings - IAAI - 4/94
Fire Dynamics / Live Burn Training Seminar – IAAI / ATF / NIST - 3/2000
California Conference of Arson Investigators Workshops (1979 – 2005)
Electrical Fire Investigations - San Francisco, California – Seminar - 1982
San Jose Police Department - Crime Scene Investigator School - 1984
California Department of Justice - Sacramento, California - Criminal Analysis - 1983
California Department of Justice - Sacramento, California - Surveillance Techniques - 1986
Santa Clara County Peace Officers School, Post Certified 1976
Third International Conference on Fire Research and Engineering 10/99
Fire Scene Photography - San Francisco, California - Kodak - 1980
Fire Scene Photography - Santa Clara, California – Nikon - 1985
Fire Protection Institute - Houston, Texas - Fire Marshals of North America 1992
Fire and Materials Conference – Fire Investigations – San Francisco, California – 2007
Electrical Fire Investigations in Residential Dwellings - Seminar - 4/94
Advanced Concepts in Fire Investigation - Seminar - 1/93
Electrical & Gas Appliance Fire Investigations - Seminar - 1995
Marine Casualty Investigations School - United States Coast Guard 1985
California Fair Claims Settlement Practices Regulations - 1993 / 1995 / 1997 / 1999
Introduction to Industrial and Commercial Fire Protection Engineering - UC Davis - 12/94
Kinesic Interview Techniques - San Jose, California - 1989
Hazardous Materials Familiarization Seminar - 11/80
Certificate of Achievement in Firemanship - 6/71

## *Education/Training/Special Seminars Cont.:*

Explosive Ordnance Reconnaissance / Sabotage Device - 4/69
Public Agency Training Council – Electrical Fire Investigation – 12/01
Fire and Materials 2003 Conference – SF- Fire Cause Investigations – 1/03
NWCG – Wildland Fire Origin & Cause Determination – FI-210 – 7/05

## *Professional Experience:*

**Fire Cause Analysis** (A Division of IFT Inc.), **Berkeley, California - 1993 to Present**

VICE PRESIDENT / PARTNER / SENIOR FIRE INVESTIGATOR - Fire Investigator with the responsibility of directing and managing eight highly qualified fire investigators. Work closely with the insurance industry providing additional services in all fire related disciplines including Computer Modeling, Fire Testing, Fire Safety Consulting, Mechanical & Electrical Engineering and Forensic Studies.

**Fire Cause Analysis, San Jose, California - 1980 to 1993**

OWNER / FIRE INVESTIGATOR - Licensed Private Investigator working closely with the insurance industry in handling fire cause investigations and consultation work.

**San Jose Fire Department, San Jose, California - 1967-1994**

FIREFIGHTER - SUPPRESSION / DRIVER - ENGINEER / FIRE PREVENTION OFFICER / FIRE INVESTIGATOR - 1978-1980/ CAPTAIN 1980-1994 / Retired - 2/4/94

**San Jose Fire Department, San Jose, California - 1984 to 1988**

UNIT SUPERVISOR - ARSON UNIT - Supervised and managed a staff of five fire investigators. Conducted and supervised over 3,000 investigations. Testified as an expert witness in Municipal and Superior Courts in both Criminal and Civil Cases.

**Campbell Fire Department, Campbell, California - 1965-1967**
FIREFIGHTER - SUPPRESSION

**United States Navy, 1961-1965**
Torpedoman 2nd Class, Qualified in Submarines

**United States Coast Guard Reserve, 11th Coast Guard District - 1980 to 1989**
**Marine Safety Office, Investigations Unit**
MARINE CASUALTY INVESTIGATOR – Conducted numerous marine vessel fire investigations. Investigations included the explosion and fatality aboard the USMV Hess, the "Honda Bluehawk" fire loss, and was a member of the marine Board investigating the fire and explosion aboard the tanker "Puerto Rican".

**Mission College, Santa Clara, California – 1986 to 1994**
FIRE SCIENCE INSTRUCTOR - Teach basic and advanced Fire/Arson Investigation Courses to students enrolled in the Fire Science Program. Instruction in Fire Investigation established by the State Fire Marshal's Office.

**American River College, Sacramento, California – 1990 to 1997**
FIRE SCIENCE INSTRUCTOR - Teach basic and advanced Fire/Arson Investigation Courses to students enrolled in the Fire Science Program. Instruction in Fire Investigation established by the State Fire Marshal's Office.

**Evergreen Community College, San Jose, California - 1990 to 1997**
Law Enforcement Training Center - Instructor
Teach "Evidence Collection in Arson Investigations" class to Police Officers throughout the State of California.

**California Conference of Arson Investigators, San Luis Obispo, California 1997**
Guest lecture - July 97' CCAI conference
Live Burn Facilitator – July 2000

**California Conference of Arson Investigators, Sacramento, California 1998**
Guest lecture - Feb 98' CCAI roundtable

**International Association of Arson Investigators, Olympia Washington 1997**
Guest Lecture - September 97 - IAAI conference of Washington Fire Investigators

**Certified by the California Bar Association for Continued Education - 1996**
Instructor for MCLE credits on the "Dynamics of Fire Investigation"

**38th RIMS (Risk & Insurance Management Society) Annual Conference -2000**
Guest Lecture

**34th Annual National Marine Conference West - 2002,** National Association of Marine Surveyors Inc., Guest Lecture

**Co-Author "Users Manual for NFPA 921" – Guide for Fire and Explosion Investigations 2003**
IAAI Development Committee - Published by National Fire Protection Association

## *Marine/Vessel Fire Experience:*

**US Navy** (1961 to 1965) - Served on USS Patrick Henry SSBN 599 (submarine, ballistic, nuclear) and USS Tigrone SS419 - WWII fleet submarine - Missile Launch Technician and Torpedoman. Developed an understanding of ships, and working knowledge of propulsion systems, and equipment used.

**US Coast Guard** (1980 to 1990) – Reserves - Marine Casualty Investigator - Assigned to Coast Guard Investigations at Coast Guard Island, Alameda, CA. - Conducted numerous investigations in the maritime field with responsibilities including the investigations in the grounding, collisions, sinking of vessels and vessel fires.

**Major Vessel Investigations:**

Investigation of the "Puerto Rican", a tanker which caught fire off the San Francisco coast and sank. The vessel bow and a tank were towed into San Francisco bay for examination. Mr. Perkins was assigned to the Marine Board of Inquiry for the loss and provided information as to possible causes as well as research on the vessel. The research was conducted by diving down to the remains of the vessel, collecting evidence and photographing damage from underwater.

The "Honda Blue Hawk" was carrying hundreds of new 1986 Honda's, when it caught fire off the coast of California. After its extinguishment it was towed into San Francisco bay where Mr. Perkins examined the vessel and participated in the investigation for the Coast Guard. Since the fire occurred in International waters and the ship was registered in Japan, no formal report was provided.

An explosion and fire on the USS Hess, located at the AAA Naval Shipyard in San Francisco, resulted in a fatality. Mr. Perkins was involved directly with the investigation to determine origin and cause of the explosion.

Mr. Perkins has provided expert witness information for the federal government and the US Attorney General's office in San Diego on a suspected fire and sinking of a vessel suspected of carrying narcotics.

As a private investigator with Fire Cause Analysis, Mr. Perkins has investigated dozens of fires of all types of vessels, including large sailboats, yachts, pleasure craft, fishing vessels and commercial vessels, including the "Argo Commodore" from the San Francisco "Red & White" fleet and the "Alaska Spirit", a large commercial fish processing vessel out of Seward, Alaska.

Mr. Perkins is also a certified NAUI Scuba Diver and a qualified Navy diver, which has been useful in conducting investigations and photographing underwater.

## Major Fire Investigation Experience:

Mr. Perkins has investigated numerous large loss fires and explosions in a variety of commercial and industrial buildings. The following list provides a sample of the variety of fire investigations he has personally been involved in:

Basic Resources – Asphalt Plant / Propane explosion – Clements, CA
MBA Polymers – Industrial – Dust explosion Richmond, CA
Andros Fire – Manufacturing – Berkeley, CA
Sears – Department Store – Mexico City, Mexico
Interstate Bank Building – Hi-Rise - Commercial Office - Honolulu, Hawaii
Liz Claiborne Factory – Garment Manufacturing – Colombo, Sri Lanka
Subaru Observatory – Keck Observatory - Mauna Kai – Hilo, Hawaii
El-Dorado Hotel – Hotel – Reno, Nevada
North Star – Ski Resort - Restaurant -Truckee, CA
Kirkwood Ski Resort – Power plant – Kirkwood, CA
Crescent City Pier – Pier Fire – Crescent City, CA
Santa Barbara Pier – Pier Fire – Santa Barbara, CA
Moro Bay Pier Fire – Moro Bay, CA
San Francisco Pier Fire, San Francisco, CA
Gold Strike Casino – Hotel & Casino – Boulder City, Nevada
KFX - Industrial Coal Processing – Gillett, Wyoming
NUMI Motors – Tank Farm – Fremont, CA
San Francisco Opera House – Opera House – San Francisco, CA
1330 Broadway – Hotel – Oakland, CA
Yaser Store Fire – Retail -Sunnyside, WA
Alaska Spirit – 280' Fishing Vessel – Seward, Alaska
MV Blue Hawk – Vehicle Transport ship, San Francisco, CA
MV Puerto Rican – explosion/fire on Tanker – San Francisco, CA
USS Hess – explosion – AAA Shipyard, San Francisco, CA
Fregosi Paint – Industrial – San Francisco, CA
Rough & Ready - Wildland – Rough & Ready, CA
Poe Fire – Wildland – Butte County, CA
Galvin Fire – Wildland – Fallbrook, CA
Coast Sausage Fire – Industrial - Arson – Oakland, CA
Tran Market Fire – Retail Strip Mall – Arson - Stockton, CA
Mountain Cold Storage – Refrigeration cold storage – Washington
Kamps Propane – Propane Incident – Lodi, CA
University of California – Explosion / Fire, Irvine, CA
University of California – Fire, Santa Cruz, CA
University of Honolulu – Fire – Arson - Honolulu, HI
Placer County Water Treatment Facility – Fire – Newcastle CA
Hampton Hotel / Cannery Fire – San Francisco, CA
Orthodox Church - Church - Los Altos, CA
Friar Tucks - Restaurant - Commercial - Nevada City, CA

Union Pacific Railroad – Rail Car - Wyoming
Amtrak - Dining car - Washington, DC
Amtrak – Rail car – New Orleans, LA
Amtrak – Dorm Car – Chicago. Ill
Santana Row – Retail / Dwelling – San Jose, CA
Forsgren Shopping Center – -American Samoa
Redwood Valley Business Park – Industrial - Redwood Valley, CA
Blyth Inc. – manufacturing – Monterey, Mexico
9ines – 9-story high rise – Omaha, Nebraska
Makiki St. Condo's – 11- story high rise – Honolulu, HI
Wines Central – Warehouse – Vallejo, CA
Prometheus Real Estate – 4-story condo –total loss – Santa Clara, CA

## ***Professional Affiliations:***

Santa Clara County Arson Task Force - Past President and Training Officer
Central Coast Claims Association – Past President-member
California Arson Prevention Committee - Past Chairman
San Mateo County Arson Task Force – Past Associate Member
Society of Fire Protection Engineers - Associate Member – member
International Association of Marine Investigators – 2007 to present
International Association of Arson Investigators – 1978 to present
International Association of Arson Investigators – Past Chairman - CFI Certification Committee
California Conference of Arson Investigators – 1978 to present
California Conference of Arson Investigators – Past Training Committee Member
International Association of Firefighters - Past member
Fire Marshals Association of North America
National Fire Protection Association
National Association of Fire Investigators – Certified CFI (Past Member)
East Bay Adjusters Association
Sacramento Claims Association
Northern California Fraud Investigators Association
California Association of Licensed Investigators (CALI)

Perkins CV (12/07)