Fire Cause Analysis

A DIVISION OF IFT INC.

Fire Cause Analysis
A DIVISION OF IFT INC.

May 15, 2008

To: Edward M. Bull
William Banning
Banning, Micklow, & Bull, LLP
One Market Street, Steuart Tower #1440
San Francisco, Ca 4105-1429

**Re: Mr. Arsenio Farell**

| | |
|---|---|
| **Motor Yacht** | **"MI BARUR"** |
| **Vessel:** | **1990 Hatteras** |
| **HIN No.:** | **HATDT3011990** |
| **US Official Number:** | **975461** |
| **Date of Loss:** | **October 20, 2007 (Saturday)** |
| **Location of Loss:** | **Marina Palmira, dock #2, slip#201-#202<br>La Paz, Mexico** |
| **Responding FD:** | **La Paz Fire Department** |
| **Alarm Time:** | **9:40A.M.** |
| **Date of investigation:** | **April 7th – 9th, 2008** |
| **FCA Ref. No.:** | **08-10613V** |



Offices:
San Francisco Bay Area
Sacramento Valley
Southern California
Phoenix, Arizona

935 PARDEE STREET
BERKELEY, CA. 94710-2623 USA
510.649.1300
800.726.5939
Fax:

Enclosed for your private and confidential information is my report of my investigation into this fire loss, conducted at your request, regarding the above referenced fire loss. My report consists of this summary, diagrams, and attached photographs.

The opinions expressed in this report are based upon data collected during the investigation process and utilizing the guidelines established in NFPA 921. These conclusions are based on the scientific method.

***Synopsis:***

In summary, this fire loss occurred in the mid-morning hours at the Marina Palmira Yacht Harbor in La Paz, Mexico. The fire occurred within the "MI BARUR", a 1990, 92-foot motor yacht, manufactured by Hatteras. MI BARUR was moored on the starboard side, facing north at slip #201 & #203 located at the east end of dock #2. Shore power was connected to the vessel providing 110-voltage. No one was on board the motor yacht at the time the fire was reported.



Multiple calls were received by witnesses within the marina, who observed smoke emanating from the forward, starboard side, of the vessel, mainly from the starboard galley passageway door. Two of the witnesses, Mr. Francisco Robles and Alfredo Amador were working on adjacent vessels towards the middle of dock #2 and observed the early stages of the fire.

Both men ran to the motor yacht "MI BARUR", disconnected the shore-power connection, and boarded the vessel. They entered through the galley passageway door located mid-ships,

main deck level, at the starboard (right) side of the vessel, and observed a smoke layer banking down from the overhead to about three-to-four feet off the galley deck. They dropped below the smoke layer and observed no fire in the galley.

All smoke was observed light grey in color and emanating from the companion way stairs leading down to the forward crew's quarters and VIP stateroom. Mr. Robles stated he was able to get some three steps down the stairs before he was driven back by the smoke. There was very little heat and he felt that he could have gone down further if it wasn't for the smoke. I showed Mr. Robles the above photo. He stated to me the fire photo was taken some ten minutes after he first entered the galley and companion way to the lower crew's area.

With assistance from individuals around the marina, the vessel was moved from its original




moored position at the west end dock #2 to north side of dock #7, on the interior east side of the marina breakwater. The vessel was moved so that other vessels would not be harmed by the fire and to provided better access for fire suppression equipment. Local firefighters arrived on scene and observed heavy flames emanating from the galley door and salon. Firefighters began suppression operations but were driven off

the vessel by the intensity of the fire. Firefighters then re-directed their efforts from the exterior of the vessel. Suppression efforts continued until approximately 2:00 P.M.

on the same day when the fire was thought to be completely extinguished. The motor yacht



"MI BARUR" and all contents sutained a total fire loss.

The following morning a "re-kindle" occurred on the vessel. The vessel was taken outside the breakwater, where it burned to the water line, and sank in shallow water. The vessel was submerged for some three days prior to being raised and taken to a local marine facility, Abaroa's shipyard, where she was placed in the ways for inspection.

Examination of the remaining fire patterns are consistent with photographs and witness statements in forming my opinion that the fire originated from the lower crews lounge and galley located port side, on the lower deck as observed in the photo below.



Remaining fire patterns indicate the fire progressed from the crews lounge / galley area along the overhead and into the companion way to the upper galley area as well as into the crews berthing area forward of the companion way as observed below.



Potential ignition sources identified in the crews lounge/galley area include a portion of the vessel's electrical system and conductors, which passed within the confined area in the overhead, recessed lighting, microwave oven, small refrigerator, TV, and discarded smoking materials.

The ignition sources and physical evidence identified within the area of fire origin sustained extensive degradation, not only from the duration and intensity of the fire, and suppression activities, but from being submerged for three days, as well as from the activities of raising the vessel, and movement of materials by the prior investigation conducted by Mr. Murphy

In noting the comments provided in Mr. Murphy's " Maze" report, Mr. Murphy offers the reader information related to the NFPA 921 document, but fails to follow this doctrine in that the vessel should have been inspected prior to its raising. The shallow water and conditions would not preclude anyone to dive onto the vessel and look for potential evidence or ensure evidence is not lost during its recovery.

Due to the damage sustained to this vessel in this fire loss, and the absence of inspection and documentation prior to raising the vessel, the immediate point of fire origin could not be determined. Remaining fire patterns and examination of materials could not be relied upon to form a conclusive or a more likely than not scenario as to the cause of this fire loss for reasons discussed above.

***Due to these circumstances there is insufficient evidence/data to determine the exact cause for this fire loss with scientific certainty therefore the cause of this fire loss is undetermined.***

A fire of incendiary origin (arson) was examined as a cause for this fire loss and could not be verified due to the destructive process of this fire and recovery. No other ignition sources were reported or identified in this area.

***Introduction:***

This investigation of this fire loss began with a site inspection and investigation of the motor vessel fire located in the ways at Abaroa's ship yard in La Paz, Mexico on Monday, April 7, 2008. Accompanying me during my investigation process was *Fire Investigator Mario Saldana Nolasco, from the Federal District Attorney's General Office, and his supervisor Mr. Carlos Lopez,* Electrical Engineer Ron Kilgore, PE, with Kilgore Engineering, and Mr. Bill Engstrom a Certified Marine Surveyor.

The investigation process continued through Wednesday, April 9, 2008. Approximately 360 photographs were taken to document my fire investigation. Interviews were conducted with marina security as well as a site visit to view their security equipment. I also interviewed witnesses to the fire, and examined evidence stored at a storage yard, adjacent to the marina.

Prior to issuing this report, I read the examination under oath of Mr. Arsenio Farrel and the vessel's captain, Mr. Luis Rello with attached exhibits, and Mr. Murphy's fire investigation report. I read the September 2007 Marine Survey on the vessel by Marine Surveyor Cecil Lange with photographs. I was also provided photographs of the fire's progress as taken by various witnesses within the Marina.

***Vessel Description:***

The "MI BARUR" is a 1990, 92-foot motor yacht manufactured by Hatteras Boat Works off the east coast. The vessel has a fiberglass (Fiberglass Reinforced Plastic-FRP), hull with an overall hull length of eighty-six feet with a 24-foot beam, powered by twin, V-16, Detroit Diesel engines. Specific information as to this vessel was obtained from a Marine Survey conducted by Cecil Lange on September 9, 2007. Mr. Lange summed up his survey report by stating: "The MI BARUR is a vessel that has been well maintained and is a credit to her owner." The vessel was purchased by Mr. Arsenio Farrel in August of 2003.

Accommodations include a main saloon and galley on the main deck with a raised fly bridge and steering station above the salon. The master cabin berthing with head and shower existed mid-ships, below decks. Two additional guest berths and head were located aft of the master cabin.

A VIP stateroom and crews berthing was located forward directly below the galley. Entrance to the VIP



stateroom was via a companion way and stairs located off the starboard side of the galley. The cabin contained a double berth with closet, chest of drawers, and private head with shower. The entrance to the VIP berth was located at the base of the companion way stairs to the forward crews berthing and lounge / galley.

The crew's quarters were located forward of the VIP stateroom. Crew berths were located outboard on the port side of the vessel. The crews lounge and galley area is located port side aft of the crews berthing area

The Captains berth was located on the starboard side of the crews berthing area with a separate head and shower forward.



The crew's berthing area has a bunk-bed type berth and existed outboard, on the port side of the vessel. A separation wall divided the crew berthing area from the Captains berth.

These pre-fire photos of the MI BARUR were taken from Mr. Cecil Lange's survey report. The interior of the vessel's passenger and crew areas were well furnished with wood decks, cabinetry, padded vinyl walls and ceiling areas, and carpet. The base support structure was wood framing.



This photo shows a close-up of the crew's berthing area.



This photo depicts the crew lounge / galley area.

The crew's galley was located just aft of the crew's quarters, and to the port side of the VIP stateroom. This room was used by only the crew. The cabin contained a small refrigerator, TV, microwave oven, and a small table with bench type seating with foam cushions. This area is referred to as the crew's lounge and galley area.



***Fire Suppression Activities:***

The La Paz Fire Department was dispatched to the marina and drove out onto the break water to fight the fire. The vessel MI BARUR had been moved to the breakwater but was still inside the marina. When firefighters arrived on scene, the vessel was heavily involved with fire within the galley and salon area. Initial suppression efforts on the vessel were not successful and firefighters were forced to leave the vessel and fight the fire from the breakwater. Firefighters were eventually successful in containing and extinguishing the fire some six hours after they arrived on scene.

The fire consumed a majority of the vessel above deck level including the salon', galley, and fly bridge area. The lowest area of fire damage was observed forward, below the main galley, in the area of the crews / berthing / lounge / galley area. The remaining areas of the vessel sustained severe to heavy, fire, heat, and smoke damage.

**Interviews:**

**Mr. Alfredo (Freddy) Amador 044 612 1179121**
**Witness**

I conferred with Mr. Amador during my investigation of this fire loss. He provided me with the following information:

- He was on the water front at the entrance to Dock #2 when he first observed the fire.
- He was returning to his boat with groceries.
- He observed smoke at the end of the dock. He wasn't sure were the smoke was coming from because there was another vessel in the way.
- He ran up to the end of the dock and met with Francisco Roblas.
- He looked into one of the port holes to the engine room on the starboard side of MI BARUR secured to dock #2 at slips #201-#202.
- The shore power connection was passing through the port hole in the engine room. He disconnected the shore power connection to the vessel.
- Approximately 5-10 minutes later, while they were on the boat, Captain Rello came on board.
- He stated the prior to the captain arriving on the vessel he and Mr. Roblas entered the starboard passageway door to the galley and observed smoke coming from below decks – forward.
- Mr. Roblas started to go down the stairs but because of smoke was driven back. Mr. Roblas was only able to go down three steps into the companion way to the lower crews berthing area and VIP Stateroom.
- All the smoke was coming from below but the smoke layer in the Galley was down to 3-4 feet off the galley deck. The smoke layer was not that dense or that hot.
    - Note: This observation is not consistent with a fire originating at a fuel source, such as a foam mattress
    .
- He dropped down under the smoke layer and looked into the main galley area. No fire or visible flames was observed in the galley as he was looking to port from the starboard entrance.
- After he left the galley entrance he went back to the main salon and opened the door.
- He observed Captain Rello on the bridge and there was a lot of smoke.

**Mr. Francisco (Kiki) Robles 044 612 1579226**
**Witness**

I conferred with Mr. Roblas during my investigation of this fire loss. He provided me with the following information:

- Mr. Roblas was working on the motor vessel "Si Nos Deja" ("If they let us"), which was tied to a slip about half-way up the dock, when he heard some people yelling.

- He looked up and observed smoke at the end of dock #2.
- He ran to the end of the dock where he observed smoke coming from the motor vessel MI BARUR.
- "Freddy" met him half way up the dock and they both climbed on board the vessel together.
- They entered the vessel through the galley passageway door on the starboard side of the vessel.
- There was no glow of fire at that time visible to them.



- I showed "Kiki" the photo of the vessel with unknown persons looking into the vessel. He stated to me that this photo was taken some ten minutes after he first tried to enter down into the crew quarters. He did not know this person.

    - Note the color of the smoke which is indicative of a fire just about to go to flaming. No one would be able to enter the galley entrance at this time without injury to himself or others.

- He went into the galley and tried to go down the companion way stairs to the lower crew's quarters.
- "The smoke was light in color but bad for his eyes." There was little heat associated with the smoke.
- Note: His reported conditions are consistent with a synthetic fuel such as a foam mattress.

- It was some minutes after he tried to enter the galley when the smoke became dense and dark and was forcefully emanating from the starboard side of the galley passageway door.
- He stated that he looked under the smoke layer while in the galley and saw no flames from the floor of the galley or under the smoke layer.
- He heard explosions coming from the vessel, but that was when it was against the breakwater.
- He did not see the firefighters fighting the fire from on board the vessel
- He spoke briefly with Captain Rello around 8:15-8:20 A.M.
- He said that Captain Rello told him he was going to the warehouse.

**Captain Luis Rello**
**MI BARUR Captain**

I conferred with Mr. Rello during my investigation of this fire loss. He provided me with the following information:

- He is employed by Mr. Farell as Captain on the MI BARUR,
- On the morning of the fire he woke up early, had coffee, and watched a little television.
- He also took a shower, and used the facilities in the lower crews berthing area.
- He did not use the bunk beds or the Captains berth for sleep.
- He lives on board the vessel and sleeps on the floor of the salon on the main deck.
- He did not smell or detect anything out of the ordinary while in the crews berth or lounge.
- The lights were out in the lower berthing area but the freezers were always on.
- The port holes were closed. The doors to both berths were open.
- He had a friend come by and they had coffee together in the main salon.
- His friend left after an hour or so and he left the vessel around 8:00 -8:30 am.
- He walked off the dock and conferred with various individuals along the way to a small storage facility in a nearby warehouse.
- He smokes but not on the vessel
- He was not aware of any mechanical or electrical problems with the vessel.
- He first became aware of the fire when he heard people yelling about the fire.
- Once outside of the warehouse he first saw the smoke emanating from the MI BARUR.
- He does not know how the fire occurred.

**Mr. Cecil M. Lange, AMS 011 52 (612)122-7066**
**Marine Surveyor**

I spoke with Mr. Lange while conducting my investigation of this fire loss. He provided me with the following information:

- He surveyed the motor vessel MI BARUR in September of 2007'.
- He stated that there are "low power" problems to the docks within the Palmira Yacht Harbor Marina.
- He stated that a crane was used to raise the vessel and that sections were torn from the vessel during this process and prior to entering the ways at Abaroa's ship yard in La Paz, Mexico.
- There were divers in the water during this process.
- This process of raising the vessel was under the direction of a Mr. Terry Carpenter who was retained by Todd and Associates, a Mr. Todd Schwede, out of San Diego, California.
- He overheard Mr. Schwede asking individuals if Captain Rello had set the fire. This was before any investigation, as to the origin and cause of the fire, had been done on the vessel.
    - Note that Mr. Murphy's report on page #5 reflects that on October 31, 2007 the vessel MI BARUR was raised and towed to Abaror's boat yard for inspection.
    - On page #12 of Mr. Murphy's report he asked Captain Rello on October 30th if he set the fire.
    - It would be "presumption of cause" on Mr. Murphy, to have formed this opinon prior to any fire investigation.
        - NFPA 921: 4.3.7 "until all data has been collected, no specific hypothesis can be reasonable formed or treated. All fires, however, should be approached by the investigator without presumption.
- He knows Mr. Schwede and in fact had attended a SAMS conference in San Diego where Mr. Schwede and Fire Investigator Murphy (Maze Investigations) were presenting together as guest speakers at the conference.
- He stated to me that since Mr. Murphy was on the west coast at the conference, it would be convienent for him to look at the fire for Mr. Schwede.

**Mr. Victor Franchini (612)12-5-87-08**
**Electrical Maintenance**

I met and conferred with Mr. Franchini during my investigation of this fire loss. He provided me with the following information:

- He is an electrical maintenance person and was on the motor vessel MI BARUR two weeks prior to this fire loss.

- He performed maintenance in lower maintenance space below the crews galley
- There was a history with the shore power connection at the marina.
- The shore power was protected by a 55-ampere rated circuit breaker.
- Electrical Engineer Ron Kilgore and he conferred over the vessels electrical system.

**Mr. Ron Kilgore, EE**
**Kilgore Engineering**

I met and conferred with Mr. Kilgore who conducted his investigation of the vessels electrical system and components during my investigation process on the motor yacht MI BARUR. He provided me with a summation of his scene inspection on the vessel.

- He is a licensed Professional Engineer specializing in Electrical Engineering.
- Mr. Kilgore inspected both the remains of the hull of the vessel, along with the items retained in a fenced enclosure nearby.
- He also reviewed the electrical plans for the subject vessel, MI BARUR.
- The items inspected revealed no cause of the fire; however, the items removed from the area of fire origin were not available for inspection.
    - These items have many potential electrical failure modes that could have resulted in the subject fire.
  - The inability to inspect these items prevented the determination of the fire cause or elimination of their possible contribution.
- I referred Mr. Kilgore to the void head space above the crews dining area and below the main-floor galley as the area of origin.
  - The potential fire-causing equipment within that area are many wiring harnesses and light fixtures.
  - Both 120 Volt ac and low-voltage dc circuits were routed in that area.
  - None of the wiring harnesses were retained or preserved in a fashion that made them available for forensic analysis.
  - Additionally the light fixtures in that area were intermixed either by collapse during the fire events, salvage efforts or during post-fire investigation.
    - Because of this, any light fixtures within the area of origin were not identified and were also not available for forensic analysis.

    - For these reasons the remnants of the electrical system cannot be examined to determine any potential role in the ignition of the fire.
- The wiring harnesses within vessels have been known to cause fires due to the constant movement and frequent vibration leading to mechanical damage of the wire insulation.
- Electric failures, followed by short-circuit heating and electric arcing, can ignite combustibles. Also lighting fixtures can overheat or produce inadvertent contact of the light fixture with insulating and combustible materials.
- The inability to identify and analyze these components made determining the cause of this fire impossible.

**Fire Investigator Mario Saldana Nolasco**
**Federal District Attorney's General Office**

I conferred with Fire Investigator Mario Saldana Nolasco during my investigation of this fire loss. He assisted me in the debris removal and conducted his own fire scene investigation. He provided me with the following information via a translator.

- He is a fire and bomb investigator out of Mexico City, Mexico. He was accompanied by his supervisor Mr. Carlos Lopez.
- Mr. Mario Saldana Nolasco stated that he is of the opinion the fire originated in the overhead of the crew's lounge and galley area.
- He believes the fire is electrical in origin.

***Origin Determination:***

The forward section of the motor vessel MI BARUR was accessed by a companion way and stairs located just inside of the doorway off the main deck on the starboard side of the galley. I observed and documented the remains of companion way and stairs that led down to the forward VIP stateroom and crew accommodations.

***Crew's Berthing Area:***

The crew's accommodations were accessed from a small stairway off the base of the stairs from the starboard side of the galley. The stairs were located approximately mid-ships and raised to a small landing, which accessed two passageway doors; one to the Captains berth and head and the other to crews berthing and head. The Captain and crew accommodations were separated by a division wall and freezer with the captain's berth and head located on the starboard side and the crew bunk bed arrangement and head to port.