Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**NEW HAMPSHIRE INSURANCE COMPANY'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| Mi Barur, Inc., Arsenio Farell and Norma Farell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | Filed concurrently with: (1) Memorandum of Points and Authorities, (2) Request for Judicial Notice, (3) Declaration of Michael Terrier, (4) Notice of Lodgment of Exhibits, and (5) Appendix of Non-Federal Authorities<br><br>Date: August 18, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2008, at 10:30 a.m., or as soon thereafter as this matter can be heard, in Courtroom 3 of the above-entitled court located at 888 Front Street, San Diego, California, plaintiff and counterdefendant New Hampshire Insurance Company ("New Hampshire") will, and hereby does

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing, on the grounds that they fail to state a claim upon which relief can be granted, the following causes of action asserted in the Counterclaim:

1. First Cause of Action by Arsenio Farell and Norma Farell (the "Farells"), individually, for Breach of Contract;

2. Second Causes of Action by the Farells, individually, for Breach of the Implied Covenant of Good Faith and Fair Dealing ("bad faith");

3. Third Cause of Action by Mi Barur, Inc. and the Farells for Fraud - No Intent to Perform;

4. Fourth Cause of Action by Mi Barur, Inc. and the Farells for Negligence;

5. Fifth Causes of Action by the Farells for Intentional Infliction of Emotional Distress;

6. Sixth Causes of Action by the Farells for Negligent Infliction of Emotional Distress;

7. Seventh Cause of Action by the Farells for Libel; and

8. Eighth Cause of Action by the Farells for Slander.

This motion is based upon this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Michael Terrier, Notice of Lodgment of Exhibits, Appendix of Non-Federal Authorities, and upon all papers, pleadings and records on file in this action.

DATED: July 10, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company