Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

New Hampshire Insurance Company,

Plaintiff,

v.

Mi Barur, Inc.

Defendant.

---

Mi Barur, Inc., Arsenio Farell and Norma Farell,

Counter-Claimants,

v.

New Hampshire Insurance Company,

Counter-Defendant.

CASE NO. 08 CV 0443 BEN POR

**DECLARATION OF MICHAEL TERRIER IN SUPPORT OF NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Date: August 18, 2008
Time: 10:30 a.m.
Courtroom: 3
The Honorable Roger T. Benitez

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

I, Michael Terrier, declare as follows:

1. I am employed by Maritime General Agency ("MGA") as Senior Yacht Underwriter. I have personal knowledge of the facts stated in this declaration based upon my experience with the company and my review of business records maintained by MGA, including the policy relating to Mi Barur, Inc. If called to testify, I would truthfully and competently testify to the facts set forth in this declaration.

2. MGA underwrote the New Hampshire Insurance Company ("New Hampshire") policy number YM 868-56-66 to Mi Barur, Inc., with effective dates of September 23, 2007 to September 23, 2008 (the "New Hampshire policy") covering the motor yacht "Mi Barur." I was involved in the preparation and issuance of that policy.

3. A true and correct copy of the New Hampshire policy (other than the addition of the Exhibit marking at the lower right hand corner of each page) is attached to the Notice of Lodgment of Exhibits in Support of New Hampshire Insurance Company's Motion to Dismiss ("NOL") as Exhibit "D".

4. A true and correct copy of New Hampshire Insurance Company, Yacht Policy form no. BJP 2191-A (8/06) (other than the addition of the Exhibit marking at the lower right hand corner of each page) is attached to the NOL as Exhibit "E". This form was not used in the underwriting of Mi Barur, Inc.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on July 9, 2008, in Westbrook, Connecticut.

Michael Terrier