# EXHIBIT "C"
# PART THREE

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

La Paz, Baja California Sur, April 21, 2008.

**Sr. Arsenio Farell Campa.**
**Owner of the vessel "MI BARUR"**

The undersigned expert in fire and explosions renders the following:

**REPORT**

**I.- Exposition of the problem.**

To determine the causes and origin of the fire occurred in the vessel named "MI BARUR" at approximately the 09:30 hours, in October 20, 2007.

**II.- VESSEL INFORMATION.**
Name of the vessel: **"MI BARUR".**
Manufacturer: **HATTERAS.**
Length: **92 PIES.**
Model: **MOTOR DEL YATE 92.**
Year: **1990.**
Documentation HIN: **HATDT3011990 NUMERO OFICIAL DE EUA 975461.**
Material of the hull: **FIBRA DE VIDRIO REFORZADO.**
Type of fuel: **DIESEL.**
Color: **BLANCO CON FRANJA AZUL.**

**III.- TECHNICAL INSPECTION OF THE VESSEL "MI BARUR".**

**Site of the investigation.**
Standing in the city of La Paz Baja California Sur, México, in the dockyard Abaroa, in Abril 07, 2008, I had in sight the debris of the vessel named "MI BARUR", of which, at first sight, I observed damages caused by fire; the vessel was extracted from the sea on this date in order to realize this technical examination.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

**External inspection.**
In the first previous walking around the vessel, I observed that the upper part of the vessel disappeared, **when observing the vessel from the starboard** (right side) it was observed that the central part shows the greatest damages caused by fire and that the prow-side portholes show signs of smoke, while walking around it, **when seeing the vessel from the por side** (left side) they were observed signs of smoke in the portholes of the prow, as well in its central part, as the walking continued, **when arriving to the stern** (rear part) I observed damages caused by fire in the upper part (see photographs 1,2 and 3).



Photograph number 1.- Starboard (right side of the vessel).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 2.- Port (left side of the vessel).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 3.- Stern (Rear part of the vessel)

**Inside inspection.**

When I had access to the inside of the vessel through a stairway, I had a general view from the highest point, confirming the vanishing of the upper part of the vessel, as well as observing the total damages caused by the fire and observing that the in the internal part of the vessel may remnants and debris spread all over exists, observing the greater concentration of these debris in the middle part of the vessel to the port (left side) where it was located ***the crew's lounge*** (see Photographs 4,5, 6 and the location in the vessel´s scheme).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 4.- General view from the Prow (front side).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 5.- General view from the Stern (rear side).



*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Photograph number 6.- Concentration of debris in the crew's lounge (see the location in the vessel´s scheme).

In the beginning of the technical inspection from the **Prow** it was observed that the front part of the prow is semi-complete, displaying a burnt pattern from stern to prow (from rear to front) and which shows greater damages caused by fire in the port side (left side of the vessel) (see photograph 7).



Photograph number 7.- They are observed greater damages in the port side (left side) with a fire direction from stern to prow (from rear to front).

Standing in the area where the **captain's cabin** were, which were located in the prow side (front part) at starboard (right side), I observed the existence of debris from the deck's upper-right-side (see photograph 8).



Photograph number 8.- They are observed debris from deck's starboard side (right side).

The starboard's portholes (right side) in their frames show carbonization, that the **central post** which serves as support to divide the area of the showers of the captain's cabin with the crew's cabin, shows a burnt pattern from top to bottom with a fire direction from port to starboard (from left to right) finding in its right side debris of a **door and a wall** that divide the showers and bathroom areas, these door and wall show the greater damages caused by fire in their upper part obeying the burnt pattern from top to bottom with a fire direction from port to starboard (from left to right), observing that the base of the door is complete and the absence of the bathroom furniture.

Continuing my intervention, it was observed the absence of the **door which divides the bathroom area and the cabin**, as well as the wall which divides the **crew's cabin and the captain's cabin**, where wardrobes

Case 3:08-cv-00443-BEN-POR Document 13-6 Filed 06/20/2008 Page 9 of 18

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

existed, observing in the bottom part of this area, rest of the bases of these walls, as well as rests of the base of the bedroom.

**While inspecting the carpet** it was found that the carpet does not show damages caused by fire, being free of any damage caused by fire, later it was observed over the floor of the corner formed by the stairway a mark or sign of a square form of a refrigerator type furniture (see photographs 9 and 10)



Photograph number 9.- Door located between the area of showers and the bathroom of the captain's cabin, its base is complete, in the bathroom area it can be observed the absence of furniture.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 10.- The carpet of the captain's cabin does not show damages caused by fire (right side).

Standing in the aisle located **between the cabins of the crew and the captain**, it was observed that the carpet shows damages caused by fire with a direction from stern to prow (from rear to front) and from port to starboard (from left to right), later it was found over the floor the mark or sign of a square form of a freezer type furniture (see photograph 11).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 11.- Over the aisle which divides the cabins of the crew and the captain shows damages caused by fire with a port to starboard direction (from left to right).

Standing in the area where the **crew's cabin** were located it was observed that such area does not show deck's debris, what indicates that the port side (left side of the vessel) was more exposed to the fire, that in the frames of its portholes show signs of carbonization, that it was observed the absence of the wall and the door that divide the showers and the bathroom areas, where in the base of the door can be seen greater carbonization than in the base of the door of the shower of the captain's cabin (see photograph 12).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivas.*



Photograph number 12.- It can be seen greater damages caused by fire in the base of the door of the shower of the crew's cabin than in the base of the door of the shower of the captain's cabin.

Seeing in this place the absence of bathroom furniture, continuing my intervention it was observed the absence of the door that divides the bathroom and the cabin areas, as well as the wall that divides the captain's cabin and the crew's cabin where a wardrobe existed, observing that the carpet shows damages caused by fire with a burnt pattern from stern to prow (from rear to front) with a fire direction from port to starboard (from left to right) (see photographs 13, 14 and 15).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 13.- Bathroom area it is observed the absence of furniture, as well as it can be seen a burnt pattern from top to bottom.



Photograph number 14.- Rests of the wall that divides the captain's cabin and the crew's cabin where a wardrobe existed.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 15.- Carpet of the crew's cabin with a burnt pattern from stern to prow (from rear to front) and port to starboard (from left to right).

Standing in the **cabin named VIP**, which is located in the left side down the stairway that come from the kitchen, when removing the debris it was found the base of a matrimonial bed which do not show damages caused by fire (see photograph 16), that the wall which is located in this cabin and the stairway show damages caused by fire with a burnt pattern from top to bottom, that the furniture which were located in the right side of the bed show damages caused by fire with a pattern from top to bottom, likewise observing that the wall which is located over the bed-head shows a mark of fire in a swing form with a burnt pattern in radial form and with a direction from top to bottom (see photographs 17, 18 and 19).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 16.- Removing the debris of the cabin named VIP and sight of the wall located between the cabin and the stairway, where it can be seen a burnt pattern from top to bottom, base of the matrimonial bed at sight which do not show damages of fire.



Photograph number 17.- Wall located at the bed-head which shows a mark of a "swing", with a burnt pattern from top to bottom.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 18.- Sight of the mark left by the fire in a "swing" form.



Photograph number 19.- Sight of the mark left by the fire in a "swing" form.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Standing in the area used as dinning room (crew's lounge) which is located to the left of the cabin named VIP, once removed the debris, it was found a table, two seats, and a furniture which is located to left of the table, all of which show damages caused by fire with a burnt pattern from top to bottom and with a direction from stern to prow (from rear to front) (see photographs 20, 21 and 22). Likewise, it is important to mention that in this point of the boat the burnt pattern changes direction, as from this point it parts to two directions, one towards the stern (rear) and the other towards the bow (front).



Photograph number 20.- Sight of the dinning room or crew's lounge once the debris were removed, where it can be seen in the back of the seat the same burnt pattern in swing form, as well as the table and the furniture at its side shows damages caused by fire with a direction form stern to prow (from rear to front).

EXHIBIT A - 40
179

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 21.- Detail of the table and the furniture where it can be seen the fire direction from stern to prow (from rear to front of the vessel)



Photograph number 22.- Detail of the mark of the fire direction in the dinning room's table or dinning table, from stern to prow (from rear to front).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

It should mention that **the rooms used as dinning room** (*crew's lounge*) **and the cabin named VIP** are located in a lower level than the cabins designated to the crew and the captain in approximately 1.00 meter, in such rooms it can be seen the collapse of their soffit (at the same time floor of the kitchen) and that a part of that roof was found inside the debris, where it can be seen they show damages caused by fire in its internal layer (see photographs 23, 24 and its location in the vessel's scheme).



Photographs number 23.- Where it can be seen the unevenness.

Case 3:08-cv-00443-BEN-POR Document 13-7 Filed 06/20/2008 Page 2 of 18

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 24.- Part of the kitchen's floor, which at the same time was the soffit of the dinning room or dining table rooms and VIP cabin.

Standing at the debris that are left in the **kitchen's floor level** to the starboard side it was observe remnants of the kitchen's door, where it can be seen that it shows damages caused by fire with a burnt pattern from bottom to top, and with a direction from port to starboard (from left to right), where it can be seen damages beneath the kitchen's floor level (see photograph 25 and 26.)

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 25.- Kitchen's door where it can be seen that the damages caused by fire show a burnt pattern from bottom to top and in a level beneath the kitchen's floor.



Photograph number 26.- Deck's aisle at the height of the kitchen's door, where it can be seen the burnt pattern from bottom to top.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

When passing the **machinery area** it was observed that this vessel has two engines in its central part, one for port and other for starboard, as well as two generators located in its ends, one for port and the other one for starboard, which show damages caused by fire, radiant heat, smoke, with a burnt pattern from top to bottom and with a fire direction from prow to stern (from front to rear).



Photograph number 27.- Starboard's Engine and Generator observing the damages caused by fire with a burnt pattern from top to bottom and with a fire direction from the middle part towards the stern (backward).

Case 3:08-cv-00443-BEN-POR Document 13-7 Filed 06/20/2008 Page 5 of 18

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 28.- Port's Engine and Generator observing the damages caused by the fire with a burnt pattern from top to bottom, and with a fire direction from the middle part of the vessel towards the stern (backward).

Standing in front of the **distribution panel** (loading centre) which is located on the wall towards the prow, it was observed that it shows damages of fire, radiant heat and smoke, observing that the majority of the panel's electric conductives, as other parts, show cuts made by a sharp instrument (see photograph 29, 30, 31, 32, 33 and 34).

**In accordance with the specialized literature, when a cut is made in a conductive cable, is in order to obtain an indicia related to the fact that is investigated, which has to be packed, label, protect and follow the chain custody for its study; <u>it is important to state that said samples or indicia was not showed to the me.</u>**

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 29.- Remnants of the distribution panel or loading centre where it can be observe the burnt pattern from top to bottom.



Photograph number 30.- Conductive cables that show cuts made by a sharp instrument.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivas.*



Photograph number 31.- Conductive cables that show cuts made by a sharp instrument.



Photograph number 32.- Conductive cables that show cuts made by a sharp instrument.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 33.- Conductive cables that show cuts made by a sharp instrument.



Photograph number 34.- Conductive cables that show cuts made by a sharp instrument.

**EXHIBIT A - 40**
**188**

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Continuing with my intervention it was observed beneath each generator **four batteries** that show damages caused by the radiant heat, smoke and oxidation.

Continuing towards the stern they were found debris of **two cabins in the rear part**, the first one located in the corner formed by the stern and the starboard (the rear part of the vessel and the right side) where it can be seen a base for a matrimonial bed, the second one located in the corner formed by the stern and the port (the rear part of the vessel and the left side) in this cabin they were found to bases for individual beds; these cabins show damages caused by fire in their furniture with a burnt pattern from top to bottom with a direction from the middle part of the vessel (crew's lounge) towards the stern (towards the rear part) (see photographs 35 and 36)



Photograph number 35.- Cabin located in the corner formed by the stern and the starboard (the rear part of the vessel and the right side) where it can be seen damages caused by fire with a burnt pattern from top to bottom with a fire direction from the middle part of the vessel towards the stern (towards the rear part).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivas.*



Photograph number 36.- Cabin located in the corner formed by the stern and the port (the rear part of the vessel and its left side), where it can be seen that the damages caused by the fire has a burnt pattern from top to bottom with a direction from the middle part of the vessel towards the stern (towards the rear part)

It is to mention that during my inspection there were found a variety of **electric conductive cables**, many of them burst, with oxidation effects, some with short-circuit characteristics, remnants of glass fiber, and remnants of a variety of rests of objects related to the vessel.

I also review the compressor which not has damages caused by fire.

**IV.- REMAININGS OF THE VESSEL OF "MI BARUR" LOCATED IN THE DOCKYARD "MARINA SECA DE ATALANTA.**

Standing in the dockyard "MARINA SECA DE ATALANTA" I review, in the space 44, remnants of the vessel "MI BARUR" and while inspecting amongst the debris, I found two freezers completely damaged by their

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

exposition to the fire, one of these freezers was located at the prow and the other one in the port part, unknowing which belonged to the prow and to the port, likewise there were found with damages caused by their exposition to the fire one box of connections, an engine of a motorbike, two boxes to control the starting of the generators (observing in one of them the conductive cables cut by a sharp instrument) and in the interior of this box it was found a conductive with a short-circuit characteristic (melted material), also there were found, ballast carriers (portas balastros), a panel of control of machinery (temperature pressure, oil pressure, transmission pressure, tachometer, pressure of turbos), a battery charger, two extinguishers, the ventilator of the machinery room, an air conditioner Chiller, part of the deck which contains a compartment with a door where they were stored bottles, glasses and ropes, remnants of a Jacuzzi, a spit roaster, it is important to address that amongst the debris it was found the kitchen's floor, which at the same time is the roof or soffit of the cabin named VIP and the crew's lounge, observing that in its upper part (kitchen's floor) does not show damages caused by fire and in its interior shows carbonization (see photographs 37, 38 39, 40, 41,42 43, 44 and 45).



Photograph number 37.- Dockyard of Marina seca of Atalanta.

EXHIBIT A - 40
191

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 38.- Debris of the vessel "MI BARUR" in the place number 44 .



Photograph number 39.- Part of the prow's deck.

**EXHIBIT A - 40**
**192**

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 40.- Door of the compartment used to store bottles, ropes.



Photograph number 41.- Remnants of the kitchen's floor which does not show damages caused by fire in its upper part, but looks carbonized in its internal layer.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 42.- Carbonization beneath the detailed of the kitchen´s floor.



Photograph number 43.- Box of control of one of the generators which shows burnt one of its conductive cables.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 44.- Conductive cables cut in the box of control of one of the generators.



Photograph number 45.- Electric conductive with short-circuit characteristic (melted material).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

## V.- INTERVIEW WITH THE CAPTAIN LUIS MANUEL RELLO. ROMERO OF THE VESSEL "MI BARUR"

On the days 6, 7 and 8 of April, 2008, I interviewed the Captain Luis Manuel Rello Romero, who informed me he is the captain of the vessel "MI BARUR", during the interview the captain informed me about what happen in October 20, 2007.

Calm with paused voice the captain Rello commented:

Captain Rello says that the vessel "MI BARUR" was docked in the wharf number two in the spaces 201 and 202 of Marina Palmira.

That in October 20, 2007, he woke up at the **5:00 hours**, as he accustoms, after being a while awake in the bed he turned on the television to see the news, after a while he went to the kitchen to prepare coffee, using an electric coffee machine, after he put the coffee to prepare Captain Rello went to the toilet where he spent approximately 15 minutes.

Capitain Rello occupied the toilet of the crew's cabin, captain Rello accustoms to read when he goes to the toilet, that is the reason he takes long in the toilet, Capitain Rello says that before he leaves the toilet he turns off the light and the extractor.

Capitain Rello goes out of the toilet, goes for his clothes and takes a shower, after the shower Captain Rello already dressed comes back to the saloon, but before he checks the water levels, the machinery room and the "setinas"

Captain Rello emphatically says that when he went to take the shower and when he came out, he walked by the aisle and the door of the captain's cabin was open, he did not enter this cabin, but he says that when he passed by the door he did not see nor smell something unusual.

Captain Rello sleeps in the saloon by orders of the owner of the vessel.

Returns to the kitchen and pour the coffee, with the coffee in his hand he returns to the saloon and lights his first cigarette.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

At the **7:00 hours** approximately arrived Mr. Alfredo Amador Fausto "Freddy" together Captain Rello and Freddy went to the kitchen, pour coffee and came back to the saloon.

In the saloon Capitain Rello and Freddy drink coffee, smoke some cigarettes and see the television.

Approximately at the **8:00 hours** Freddy leaves the vessel and Captain Rello stays washing dishes and between 10 to 15 minutes later he leaves the vessel.

Once outside the vessel Captain Rello heads to the exit and in his way out he sees acquaintances, crew members of other vessels, he salutes some, with other he chats some minutes.

Capitain Rello says that in his way out he saw Beto and saluted him, later he saw "Javis" with whom he chatted some minutes, he said good bye to "Javis", and then he saw "Kike" with who he chatted for some minutes as well, he said good bye to "Javis" and leaves the wharf and heads towards the warehouse which is located north-east.

Captain Rello arrives to the warehouse marked with the number 32, opens the lock, opens the door and enters; captain Rello goes to the warehouse with the objective to turn on a 20 feet boat; Captain Rello says that "Tony" before used to turn on this boat, but because "Tony" was not there, he had to turn on the boat, around the **9:30 hours** Captain Rello finds himself working in the warehouse moving fuel tanks which were obstructing when he suddenly hears yelling, and he hears that a vessel is on fire.

Captain Rello runs to see what was all about and sees that the vessel that is on fire is his, the "MI BARUR".

Captain Rello sees from the ramp white smoke coming out from the prow of "MI BARUR" and he repeats that the smoke he saw coming out was white not grey.

When he got to the vessel, Captain Rello saw many people trying to extinguish the fire, amongst them he remembers "Freddy" and "Kike" and when seeing they could not control the fire he decides to move the vessel

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

"MI BARUR", from the wharf because it could affect other vessels docked there, with the aid of other vessel the vessel "MI BARUR" was moved to a wharf that is located in front, the breakwater wharf or wharf number 7, but before they had to move other vessel from there, a vessel which did not have engine and is to that wharf where the firefighters arrive to extinguish the fire.

Captain Rello also said that by orders of the person who realized the first investigation many things of the vessel were thrown to the garbage.

**<u>Questions made to the Captain Luis Manuel Rello Romero.</u>**

¿Who else sleeps in the Vessel "MI BARUR"?
Captain Rello says that he is the only person who sleeps in the vessel.

¿When you went to the toilet did you left on the television or the coffee machine?
Captain Rello answered YES, generally he does.

¿How many cigarettes did you smoke that day drinking coffee?
Captain Rello answered three.

¿How many cigarettes did Freddy smoke?
Captain Rello answered two or three.

¿When you left the vessel, how did you leave the vessel?
Captain Rello said "I turned off the television, I turned off the coffee machine, the portholes were close, the only door that was open was the one of the kitchen, this door always stays open."

¿When you left the toilet, did you turn off the light and the extractor?
Captain Rello says YES.

¿How does the shower work?
Captain Rello says that is a water heater Geter.

¿Captain Rello did you set on fire the Vessel "MI BARUR"?
Captain Rello answered NO.