Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

New Hampshire Insurance Company,

Plaintiff,

v.

Mi Barur, Inc.,

Defendant.

Mi Barur, Inc., Arsenio Farell and Norma Farell,

Counter-Claimants,

v.

New Hampshire Insurance Company,

Counter-Defendant.

CASE NO. 08 CV 0443 BEN POR

**APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Date: August 18, 2008
Time: 10:30 a.m.
Courtroom: 3
The Honorable Roger T. Benitez

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**Cases:** **Tab:**

*Aas v. Superior Ct.*, 24 Cal. 4th 627 (2000) .......... 1

*Bank of the West v. Superior Ct.*, 2 Cal. 4th 1254 (1992) .......... 2

*Becker v. IRM Corp.*, 38 Cal. 3d 454 (1985) .......... 3

*Benavides v. State Farm General Insurance Co.*, 136 Cal. App.4th 1241 (2006) .......... 4

*Bierbower v. FHP, Inc.*, 70 Cal. App. 4th 1 (1999) .......... 5

*Blatty v. New York Times Co.*, 42 Cal. 3d 1033 (1986) .......... 6

*C & H Foods Co. v. Hartford Insurance Co.*, 163 Cal. App. 3d 1055 (1984) .......... 7

*Chateau Chamberay Homeowners Association v. Associated International Insurance Co.*, 90 Cal. App. 4th 335 (2001) .......... 8

*Erlich v. Menezes*, 21 Cal. 4th 543 (1999) .......... 9

*Ferlauto v. Hamsher*, 74 Cal. App. 4th 1394 (1999) .......... 10

*Fraley v. Allstate Insurance Co.*, 81 Cal. App. 4th 1282 (2000) .......... 11

*Frontier Oil Corp. v. RLI Insurance Co.*, 153 Cal. App. 4th 1436 (2007) .......... 12

*Hatchwell v. Blue Shield of Cal.*, 198 Cal. App. 3d 1027 (1988) .......... 13

*InfiNet Marketing Serv., Inc. v. American Motorist Insurance Co.*, 150 Cal. App. 4th 168 (2007) .......... 14

*Institute of Athletic Motivation v. University of Illinois*, 114 Cal. App. 3d 1 (1980) .......... 15

*Jones v. Aetna Casualty & Surety Co.*, 26 Cal. App. 4th 1717 (1994) .......... 16

*Lazar v. Superior Ct.*, 12 Cal. 4th 631 (1996) .......... 17

*Love v. Fire Insurance Exch.*, 221 Cal. App. 3d 1136 (1990) .......... 18

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

*Lundquist v. Reusser*,
7 Cal. 4th 1193 (1994) .... 19

*Magpali v. Farmers Group, Inc.*,
48 Cal. App. 4th 471 (1996) .... 20

*Noel v. River Hills Wilsons, Inc.*,
113 Cal. App. 4th 1363 (2003) .... 21

*Robomatic, Inc. v. Vetco Offshore*,
225 Cal. App. 3d 270 (1990) .... 22

*Roemer v. Retail Credit Co.*,
44 Cal. App. 3d 926 (1975) .... 23

*Sanborn v. Chronicle Public Co.*,
18 Cal. 3d 406 (1976) .... 24

*Sanchez v. Lindsey Morton Claims Services, Inc.*,
72 Cal. App. 4th 249 (1999) .... 25

*Scott v. McDonnell Douglas Corp.*,
37 Cal. App. 3d 277 (1974) .... 26

*Seretti v. Superior National Insurance Co.*,
71 Cal. App. 4th 920 (1999) .... 27

*Tan Jay International v. Canadian Indemnity Co.*,
198 Cal. App. 3d 695 (1988) .... 28

*Tarmann v. State Farm Mutual Automobile Insurance Co.*,
2 Cal. App. 4th 153 (1991) .... 29

*Tenzer v. Superscope, Inc.*,
39 Cal. 3d 18 (1985) .... 30

*Wilkins v. NBC*,
71 Cal. App.4th 1066 (1999) .... 31

**State Statutes**

California Civil Code:

§ 44 .... 32

§ 45 .... 32

§ 46 .... 32

§ 47 .... 32

§ 48 .... 32

§ 1646 .... 33

**Miscellaneous**

Croskey, *et al., Cal. Practice Guide, Insurance Litigation* § 11:205 (The Rutter Group 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

5 Wright & Miller, *Fed. Prac. & Proc., Civil 3d* § 1245 (2008) . . . . . . . . . . . . . . . 35

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800