BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101-8563
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for Defendant Mi Barur, Inc.
and Counter-Claimants Mi Barur, Inc.,
Arsenio Farell and Norma Farell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.;<br><br>Defendant. | Case No. 08 CV 0443 BEN POR<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE ATTORNEYS** |
| Mi Barur, Inc., Arsenio Farrell and Norma Farrell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | |

PLEASE TAKE NOTICE THAT Defendant, MI BARUR, INC., will and does hereby move this Court for an Order substituting William L. Banning, Esq. (75757) and Edward M. Bull III, Esq. (141996), Banning Micklow & Bull LLP, 501 West Broadway, Suite 2090, San Diego, California, 92101, Telephone No. (619) 230-0030 as attorney of record in the place and stead of Phillip E. Weiss, Weiss & Jones LLP, pursuant to the Substitution of Attorney for attached hereto as Exhibit “A”.

Dated: July 17, 2008

BANNING MICKLOW & BULL LLP

By s/William L. Banning

WILLIAM L BANNING
EDWARD M. BULL III

Attorneys for Defendant MI BARUR, INC. and Counter-Claimants Mi Barur, Inc., Arsenio Farell and Norma Farell