# EXHIBIT "A"

BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101-8563
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for Defendant Mi Barur, Inc.
and Counter-Claimants Mi Barur, Inc.,
Arsenio Farell and Norma Farell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.;<br><br>Defendant.<br>_______________<br><br>Mi Barur, Inc., Arsenio Farrell and Norma Farrell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | Case No. 08 CV 0443 BEN POR<br><br>**SUBSTITUTION OF ATTORNEYS** |

MI BARUR, INC., Defendant, hereby substitutes William L. Banning, Esq. (75757) and Edward M. Bull III, Esq. (141996), Banning Micklow & Bull LLP, 501 West Broadway, Suite 2090, San Diego, California, 92101, Telephone No. (619) 230-0030, Fax No. (619) 230-1350, who are retained counsel, as attorney of record in the place and stead of Phillip E. Weiss, Weiss & Jones LLP.

I consent to the above substitution.

Dated: June 18, 2008

MI BARUR, INC.

By ______________________
MICHAEL HALLMARK
President, Mi Barur, Inc.

I consent to the above substitution.

Dated: June 18, 2008

WEISS & JONES LLP

By ______________________
PHILLIP E. WEISS

I accept the above substitution.

Dated: July 8, 2008

BANNING MICKLOW & BULL LLP

By ______________________
WILLIAM L. BANNING
EDWARD M. BULL, III