UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant.<br><br>MI BARUR, INC., ARSENIO FARELL and NORMA FARELL,<br>Counter-Claimants<br>vs.<br>NEW HAMPSHIRE INSURANCE COMPANY, and DOES 1-10<br>Counter-Defendants | Civil No. 08cv0443-BEN (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |

On July 17, 2008, counsel for both parties contacted the Court requesting that the Early Neutral Evaluation set for August 11, 2008 be rescheduled due to a scheduling conflict with Plaintiff and Plaintiff's counsel. Based on discussions with counsel and their stipulation, the Court hereby reschedules the conference to **August 20, 2008** at **9:30 a.m.** The conference will be telephonic, with

///

///

attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: July 22, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Roger T. Benitez
all parties