# CERTIFICATE OF SERVICE

NEW HAMPSHIRE INSURANCE COMPANY v. MI BARUR, INC.

CASE NO.: 08 CV 0443 BEN POR

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

**FIRST AMENDED COUNTER-CLAIM FOR BREACH OF INSURANCE CONTRACT, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, FRAUD, NEGLIGENT MISREPRESENTATION, NEGLIGENT SALVAGE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, LIBEL AND SLANDER; DEMAND FOR JURY TRIAL**

on the parties in this action in the manner indicated below:

Electronic Mail

I served the following by electronic mail at the e-mail address listed below:

Rebecca R. Weinreich, Esq.
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, Esq.
E-Mail: kovarik@lbbslaw.com
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Counsel for Plaintiff, New Hampshire Insurance Co.
(213) 250-1800/ (213) 481-0621 Fax

Philip E. Weiss
Weiss & Jones
1551 Shelter Island Drive
San Diego, California 92106
Co-Counsel for Defendant Mi Barur, Inc.
(619) 225-8884/ (619) 225-8801 Fax
E-Mail: shiplaw@earthlink.com

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed August 4, 2008 at San Diego, California.

Natalie A. Virissimo

Natalie A. Virissimo
E-Mail: nvirissimo@banningmicklow.com