*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

La Paz, Baja California Sur, April 21, 2008.

**Sr. Arsenio Farell Campa.**
**Owner of the vessel "MI BARUR"**

The undersigned expert in fire and explosions renders the following:

**REPORT**

**I.- Exposition of the problem.**

To determine the causes and origin of the fire occurred in the vessel named "MI BARUR" at approximately the 09:30 hours, in October 20, 2007.

**II.- VESSEL INFORMATION.**
Name of the vessel: **"MI BARUR".**
Manufacturer: **HATTERAS.**
Length: **92 PIES.**
Model: **MOTOR DEL YATE 92**.
Year: **1990**.
Documentation HIN: **HATDT3011990 NUMERO OFICIAL DE EUA 975461**.
Material of the hull: **FIBRA DE VIDRIO REFORZADO.**
Type of fuel: **DIESEL.**
Color: **BLANCO CON FRANJA AZUL.**

**III.- TECHNICAL INSPECTION OF THE VESSEL "MI BARUR".**

**Site of the investigation.**
Standing in the city of La Paz Baja California Sur, México, in the dockyard Abaroa, in Abril 07, 2008, I had in sight the debris of the vessel named "MI BARUR", of which, at first sight, I observed damages caused by fire; the vessel was extracted from the sea on this date in order to realize this technical examination.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

**External inspection.**
In the first previous walking around the vessel, I observed that the upper part of the vessel disappeared, **when observing the vessel from the starboard** (right side) it was observed that the central part shows the greatest damages caused by fire and that the prow-side portholes show signs of smoke, while walking around it, **when seeing the vessel from the por side** (left side) they were observed signs of smoke in the portholes of the prow, as well in its central part, as the walking continued, **when arriving to the stern** (rear part) I observed damages caused by fire in the upper part (see photographs 1,2 and 3).



Photograph number 1.- Starboard (right side of the vessel).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 2.- Port (left side of the vessel).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*




Photograph number 3.- Stern (Rear part of the vessel)

**Inside inspection.**
When I had access to the inside of the vessel through a stairway, I had a general view from the highest point, confirming the vanishing of the upper part of the vessel, as well as observing the total damages caused by the fire and observing that the in the internal part of the vessel may remnants and debris spread all over exists, observing the greater concentration of these debris in the middle part of the vessel to the port (left side) where it was located ***the crew's lounge*** (see Photographs 4,5, 6 and the location in the vessel´s scheme).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 4.- General view from the Prow (front side).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 5.- General view from the Stern (rear side).



*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Photograph number 6.- Concentration of debris in the crew's lounge (see the location in the vessel´s scheme).

In the beginning of the technical inspection from the **Prow** it was observed that the front part of the prow is semi-complete, displaying a burnt pattern from stern to prow (from rear to front) and which shows greater damages caused by fire in the port side (left side of the vessel) (see photograph 7).



Photograph number 7.- They are observed greater damages in the port side (left side) with a fire direction from stern to prow (from rear to front).

Standing in the area where the **captain´s cabin** were, which were located in the prow side (front part) at starboard (right side), I observed the existence of debris from the deck´s upper-right-side (see photograph 8).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 8.- They are observed debris from deck´s starboard side (right side).

The starboard´s portholes (right side) in their frames show carbonization, that the **central post** which serves as support to divide the area of the showers of the captain´s cabin with the crew´s cabin, shows a burnt pattern from top to bottom with a fire direction from port to starboard (from left to right) finding in its right side debris of a **door and a wall** that divide the showers and bathroom areas, these door and wall show the greater damages caused by fire in their upper part obeying the burnt pattern from top to bottom with a fire direction from port to starboard (from left to right), observing that the base of the door is complete and the absence of the bathroom furniture.

Continuing my intervention, it was observed the absence of the **door which divides the bathroom area and the cabin,** as well as the wall which divides the **crew´s cabin and the captain´s cabin**, where wardrobes

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

existed, observing in the bottom part of this area, rest of the bases of these walls, as well as rests of the base of the bedroom.

**While inspecting the carpet** it was found that the carpet does not show damages caused by fire, being free of any damage caused by fire, later it was observed over the floor of the corner formed by the stairway a mark or sign of a square form of a refrigerator type furniture (see photographs 9 and 10)



Photograph number 9.- Door located between the area of showers and the bathroom of the captain´s cabin, its base is complete, in the bathroom area it can be observed the absence of furniture.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 10.- The carpet of the captain´s cabin does not show damages caused by fire (right side).

Standing in the aisle located **between the cabins of the crew and the captain**, it was observed that the carpet shows damages caused by fire with a direction from stern to prow (from rear to front) and from port to starboard (from left to right), later it was found over the floor the mark or sign of a square form of a freezer type furniture (see photograph 11).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 11.- Over the aisle which divides the cabins of the crew and the captain shows damages caused by fire with a port to starboard direction (from left to right).

Standing in the area where the **crew´s cabin** were located it was observed that such area does not show deck´s debris, what indicates that the port side (left side of the vessel) was more exposed to the fire, that in the frames of its portholes show signs of carbonization, that it was observed the absence of the wall and the door that divide the showers and the bathroom areas, where in the base of the door can be seen greater carbonization than in the base of the door of the shower of the captain´s cabin (see photograph 12).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 12.- It can be seen greater damages caused by fire in the base of the door of the shower of the crew´s cabin than in the base of the door of the shower of the captain´s cabin.

Seeing in this place the absence of bathroom furniture, continuing my intervention it was observed the absence of the door that divides the bathroom and the cabin areas, as well as the wall that divides the captain´s cabin and the crew´s cabin where a wardrobe existed, observing that the carpet shows damages caused by fire with a burnt pattern from stern to prow (from rear to front) with a fire direction from port to starboard (from left to right) (see photographs 13, 14 and 15).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 13.- Bathroom area it is observed the absence of furniture, as well as it can be seen a burnt pattern from top to bottom.



Photograph number 14.- Rests of the wall that divides the captain´s cabin and the crew´s cabin where a wardrobe existed.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 15.- Carpet of the crew's cabin with a burnt pattern from stern to prow (from rear to front) and port to starboard (from left to right).

Standing in the **cabin named VIP**, which is located in the left side down the stairway that come from the kitchen, when removing the debris it was found the base of a matrimonial bed which do not show damages caused by fire (see photograph 16), that the wall which is located in this cabin and the stairway show damages caused by fire with a burnt pattern from top to bottom, that the furniture which were located in the right side of the bed show damages caused by fire with a pattern from top to bottom, likewise observing that the wall which is located over the bed-head shows a mark of fire in a swing form with a burnt pattern in radial form and with a direction from top to bottom (see photographs 17, 18 and 19).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 16.- Removing the debris of the cabin named VIP and sight of the wall located between the cabin and the stairway, where it can be seen a burnt pattern from top to bottom, base of the matrimonial bed at sight which do not show damages of fire.



Photograph number 17.- Wall located at the bed-head which shows a mark of a "swing", with a burnt pattern from top to bottom.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 18.- Sight of the mark left by the fire in a "swing" form.



Photograph number 19.- Sight of the mark left by the fire in a "swing" form.



EXHIBIT A - 40
178

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Standing in the area used as dinning room (crew´s lounge) which is located to the left of the cabin named VIP, once removed the debris, it was found a table, two seats, and a furniture which is located to left of the table, all of which show damages caused by fire with a burnt pattern from top to bottom and with a direction from stern to prow (from rear to front) (see photographs 20, 21 and 22). Likewise, it is important to mention that in this point of the boat the burnt pattern changes direction, as from this point it parts to two directions, one towards the stern (rear) and the other towards the bow (front).



Photograph number 20.- Sight of the dinning room or crew's lounge once the debris were removed, where it can be seen in the back of the seat the same burnt pattern in swing form, as well as the table and the furniture at its side shows damages caused by fire with a direction form stern to prow (from rear to front)

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 21.- Detail of the table and the furniture where it can be seen the fire direction from stern to prow (from rear to front of the vessel)



Photograph number 22.- Detail of the mark of the fire direction in the dinning room´s table or dinning table, from stern to prow (from rear to front).