*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

It should mention that **the rooms used as dinning room** (*crew's lounge*) **and the cabin named VIP** are located in a lower level than the cabins designated to the crew and the captain in approximately 1.00 meter, in such rooms it can be seen the collapse of their soffit (at the same time floor of the kitchen) and that a part of that roof was found inside the debris, where it can be seen they show damages caused by fire in its internal layer (see photographs 23, 24 and its location in the vessel´s scheme).



Photographs number 23.- Where it can be seen the unevenness.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 24.- Part of the kitchen´s floor, which at the same time was the soffit of the dinning room or dining table rooms and VIP cabin.

Standing at the debris that are left in the **kitchen´s floor level** to the starboard side it was observe remnants of the kitchen´s door, where it can be seen that it shows damages caused by fire with a burnt pattern from bottom to top, and with a direction from port to starboard (from left to right), where it can be seen damages beneath the kitchen´s floor level (see photograph 25 and 26.)

Ing. Mario Ricardo Saldaña Nolasco.
Perito en Incendios y Explosivos.



Photograph number 25.- Kitchen´s door where it can be seen that the damages caused by fire show a burnt pattern from bottom to top and in a level beneath the kitchen´s floor.



Photograph number 26.- Deck´s aisle at the height of the kitchen´s door, where it can be seen the burnt pattern from bottom to top.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

When passing the **machinery area** it was observed that this vessel has two engines in its central part, one for port and other for starboard, as well as two generators located in its ends, one for port and the other one for starboard, which show damages caused by fire, radiant heat, smoke, with a burnt pattern from top to bottom and with a fire direction from prow to stern (from front to rear).



Photograph number 27.- Starboard´s Engine and Generator observing the damages caused by fire with a burnt pattern from top to bottom and with a fire direction from the middle part towards the stern (backward).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 28.- Port´s Engine and Generator observing the damages caused by the fire with a burnt pattern from top to bottom, and with a fire direction from the middle part of the vessel towards the stern (backward).

Standing in front of the **distribution panel** (loading centre) which is located on the wall towards the prow, it was observed that it shows damages of fire, radiant heat and smoke, observing that the majority of the panel´s electric conductives, as other parts, show cuts made by a sharp instrument (see photograph 29, 30, 31, 32, 33 and 34).

**In accordance with the specialized literature, when a cut is made in a conductive cable, is in order to obtain an indicia related to the fact that is investigated, which has to be packed, label, protect and follow the chain custody for its study; <u>it is important to state that said samples or indicia was not showed to the me</u>.**

Ing. Mario Ricardo Saldaña Nolasco.
Perito en Incendios y Explosivos.



Photograph number 29.- Remnants of the distribution panel or loading centre where it can be observe the burnt pattern from top to bottom.



Photograph number 30.- Conductive cables that show cuts made by a sharp instrument.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 31.- Conductive cables that show cuts made by a sharp instrument.



Photograph number 32.- Conductive cables that show cuts made by a sharp instrument.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 33.- Conductive cables that show cuts made by a sharp instrument.



Photograph number 34.- Conductive cables that show cuts made by a sharp instrument.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

Continuing with my intervention it was observed beneath each generator **four batteries** that show damages caused by the radiant heat, smoke and oxidation.

Continuing towards the stern they were found debris of **two cabins in the rear part**, the first one located in the corner formed by the stern and the starboard (the rear part of the vessel and the right side) where it can be seen a base for a matrimonial bed, the second one located in the corner formed by the stern and the port (the rear part of the vessel and the left side) in this cabin they were found to bases for individual beds; these cabins show damages caused by fire in their furniture with a burnt pattern from top to bottom with a direction from the middle part of the vessel (crew's lounge) towards the stern (towards the rear part) (see photographs 35 and 36)



Photograph number 35.- Cabin located in the corner formed by the stern and the starboard (the rear part of the vessel and the right side) where it can be seen damages caused by fire with a burnt pattern from top to bottom with a fire direction from the middle part of the vessel towards the stern (towards the rear part).

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 36.- Cabin located in the corner formed by the stern and the port (the rear part of the vessel and its left side), where it can be seen that the damages caused by the fire has a burnt pattern from top to bottom with a direction from the middle part of the vessel towards the stern (towards the rear part)

It is to mention that during my inspection there were found a variety of **electric conductive cables**, many of them burst, with oxidation effects, some with short-circuit characteristics, remnants of glass fiber, and remnants of a variety of rests of objects related to the vessel.

I also review the compressor which not has damages caused by fire.

**IV.- REMAININGS OF THE VESSEL OF "MI BARUR" LOCATED IN THE DOCKYARD "MARINA SECA DE ATALANTA.**

Standing in the dockyard "MARINA SECA DE ATALANTA" I review, in the space 44, remnants of the vessel "MI BARUR" and while inspecting amongst the debris. I found two freezers completely damaged by their

Ing. Mario Ricardo Saldaña Nolasco.
Perito en Incendios y Explosivos.

exposition to the fire, one of these freezers was located at the prow and the other one in the port part, unknowing which belonged to the prow and to the port, likewise there were found with damages caused by their exposition to the fire one box of connections, an engine of a motorbike, two boxes to control the starting of the generators (observing in one of them the conductive cables cut by a sharp instrument) and in the interior of this box it was found a conductive with a short-circuit characteristic (melted material), also there were found, ballast carriers (portas balastros), a panel of control of machinery (temperature pressure, oil pressure, transmission pressure, tachometer, pressure of turbos), a battery charger, two extinguishers, the ventilator of the machinery room, an air conditioner Chiller, part of the deck which contains a compartment with a door where they were stored bottles, glasses and ropes, remnants of a Jacuzzi, a spit roaster, it is important to address that amongst the debris it was found the kitchen´s floor, which at the same time is the roof or soffit of the cabin named VIP and the crew's lounge, observing that in its upper part (kitchen´s floor) does not show damages caused by fire and in its interior shows carbonization (see photographs 37, 38 39, 40, 41,42 43, 44 and 45).



Photograph number 37.- Dockyard of Marina seca of Atalanta.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*




Photograph number 38.- Debris of the vessel "MI BARUR" in the place number 44 .



Photograph number 39.- Part of the prow´s deck.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 40.- Door of the compartment used to store bottles, ropes.



Photograph number 41.- Remnants of the kitchen´s floor which does not show damages caused by fire in its upper part, but looks carbonized in its internal layer.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*



Photograph number 42.- Carbonization beneath the detailed of the kitchen´s floor.



Photograph number 43.- Box of control of one of the generators which shows burnt one of its conductive cables.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*




Photograph number 44.- Conductive cables cut in the box of control of one of the generators.



Photograph number 45.- Electric conductive with short-circuit characteristic (melted material).

Ing. Mario Ricardo Saldaña Nolasco.
Perito en Incendios y Explosivos.

**V.- INTERVIEW WITH THE CAPTAIN LUIS MANUEL RELLO. ROMERO OF THE VESSEL "MI BARUR"**

On the days 6, 7 and 8 of April, 2008, I interviewed the Captain Luís Manuel Rello Romero, who informed me he is the captain of the vessel "MI BARUR", during the interview the captain informed me about what happen in October 20, 2007.

Calm with paused voice the captain Rello commented:

Captain Rello says that the vessel "MI BARUR" was docked in the wharf number two in the spaces 201 and 202 of Marina Palmira.

That in October 20, 2007, he woke up at the **5:00 hours**, as he accustoms, after being a while awake in the bed he turned on the television to see the news, after a while he went to the kitchen to prepare coffee, using an electric coffee machine, after he put the coffee to prepare Captain Rello went to the toilet where he spent approximately 15 minutes.

Capitain Rello occupied the toilet of the crew´s cabin, captain Rello accustoms to read when he goes to the toilet, that is the reason he takes long in the toilet; Capitain Rello says that before he leaves the toilet he turns off the light and the extractor.

Capitain Rello goes out of the toilet, goes for his clothes and takes a shower, after the shower Captain Rello already dressed comes back to the saloon, but before he checks the water levels, the machinery room and the "setinas"

Captain Rello emphatically says that when he went to take the shower and when he came out, he walked by the aisle and the door of the captain´s cabin was open, he did not enter this cabin, but he says that when he passed by the door he did not see nor smell something unusual.

Captain Rello sleeps in the saloon by orders of the owner of the vessel.

Returns to the kitchen and pour the coffee, with the coffee in his hand he returns to the saloon and lights his first cigarette.

*Ing. Mario Ricardo Saldaña Nolasco.*
*Perito en Incendios y Explosivos.*

At the **7:00 hours** approximately arrived Mr. Alfredo Amador Fausto "Freddy" together Captain Rello and Freddy went to the kitchen, pour coffee and came back to the saloon.

In the saloon Capitain Rello and Freddy drink coffee, smoke some cigarettes and see the television.

Approximately at the **8:00 hours** Freddy leaves the vessel and Captain Rello stays washing dishes and between 10 to 15 minutes later he leaves the vessel.

Once outside the vessel Captain Rello heads to the exit and in his way out he sees acquaintances, crew members of other vessels, he salutes some, with other he chats some minutes.

Capitain Rello says that in his way out he saw Beto and saluted him, later he saw "Javis" with whom he chatted some minutes, he said good bye to "Javis", and then he saw "Kike" with who he chatted for some minutes as well, he said good bye to "Javis" and leaves the wharf and heads towards the warehouse which is located north-east.

Captain Rello arrives to the warehouse marked with the number 32, opens the lock, opens the door and enters; captain Rello goes to the warehouse with the objective to turn on a 20 feet boat; Captain Rello says that "Tony" before used to turn on this boat, but because "Tony" was not there, he had to turn on the boat, around the **9:30 hours** Captain Rello finds himself working in the warehouse moving fuel tanks which were obstructing when he suddenly hears yelling, and he hears that a vessel is on fire.

Captain Rello runs to see what was all about and sees that the vessel that is on fire is his, the "MI BARUR".

Captain Rello sees from the ramp white smoke coming out from the prow of "MI BARUR" and he repeats that the smoke he saw coming out was white not grey.

When he got to the vessel, Captain Rello saw many people trying to extinguish the fire, amongst them he remembers "Freddy" and "Kike" and when seeing they could not control the fire he decides to move the vessel

"MI BARUR", from the wharf because it could affect other vessels docked there, with the aid of other vessel the vessel "MI BARUR" was moved to a wharf that is located in front, the breakwater wharf or wharf number 7, but before they had to move other vessel from there, a vessel which did not have engine and is to that wharf where the firefighters arrive to extinguish the fire.

Captain Rello also said that by orders of the person who realized the first investigation many things of the vessel were thrown to the garbage.

**Questions made to the Captain Luis Manuel Rello Romero.**

¿Who else sleeps in the Vessel "MI BARUR"?
Captain Rello says that he is the only person who sleeps in the vessel.

¿When you went to the toilet did you left on the television or the coffee machine?
Captain Rello answered YES, generally he does.

¿How many cigarettes did you smoke that day drinking coffee?
Captain Rello answered three.

¿How many cigarettes did Freddy smoke?
Captain Rello answered two or three.

¿When you left the vessel, how did you leave the vessel?
Captain Rello said "I turned off the television, I turned off the coffee machine, the portholes were close, the only door that was open was the one of the kitchen, this door always stays open."

¿When you left the toilet, did you turn off the light and the extractor?
Captain Rello says YES.

¿How does the shower work?
Captain Rello says that is a water heater Geter.

¿Captain Rello did you set on fire the Vessel "MI BARUR"?
Captain Rello answered NO.