Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant.<br><br>Mi Barur, Inc., Arsenio Farell and Norma Farell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**NEW HAMPSHIRE INSURANCE COMPANY'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Filed concurrently with:<br>(1) Memorandum of Points and Authorities, (2) Request for Judicial Notice, (3) Notice of Lodgment of Exhibits, and (4) Appendix of Non-Federal Authorities<br><br>Date: September 22, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2008, at 10:30 a.m., or as soon thereafter as this matter can be heard, in Courtroom 3 of the above-entitled court located at 888 Front Street, San Diego, California, plaintiff and counterdefendant New Hampshire Insurance Company ("New Hampshire") will, and

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing, on the grounds that they fail to state a claim upon which relief can be granted, the following causes of action asserted in the First Amended Counterclaim:

1. First Cause of Action by Arsenio Farell and Norma Farell (the "Farells"), individually, for Breach of Contract;

2. Second Causes of Action by the Farells, individually, for Breach of the Implied Covenant of Good Faith and Fair Dealing ("bad faith");

3. Third Cause of Action by Mi Barur, Inc. and the Farells for Promissory Fraud - No Intent to Perform;

4. Fourth Cause of Action by Mi Barur, Inc. and the Farells for Negligent Misrepresentation;

5. Fifth Cause of Action by Mi Barur, Inc. and the Farells for Negligent Salvage;

6. Sixth Causes of Action by the Farells for Intentional Infliction of Emotional Distress;

7. Seventh Causes of Action by the Farells for Negligent Infliction of Emotional Distress;

8. Eighth Cause of Action by the Farells for Libel; and

9. Ninth Cause of Action by the Farells for Slander.

This motion is based upon this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Notice of Lodgment of Exhibits, Appendix of Non-Federal Authorities, and upon all papers, pleadings and records on file in this action.

DATED: August 14, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company