Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br>Plaintiff,<br>v.<br>Mi Barur, Inc.,<br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| Mi Barur, Inc., Arsenio Farell and Norma Farell,<br>Counter-Claimants,<br>v.<br>New Hampshire Insurance Company,<br>Counter-Defendant. | Date: September 22, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |

Plaintiff and counterdefendant New Hampshire Insurance Company requests that the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following documents filed in the present action, copies of which are attached as exhibits to the Notice of Lodgment ("NOL") of Exhibits in Support of New Hampshire Insurance Company's Motion to Dismiss Pursuant to Rule 12(b)(6):



LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1. Complaint for Declaratory Relief and Reimbursement, *New Hampshire Insurance Company v. Mi Barur, Inc.*, 087 CV 0443 BEN POR, filed March 10, 2008, a true and correct copy of which is attached to the NOL as Exhibit "A."

2. Answer to Complaint for Declaratory Judgment, *New Hampshire Insurance Company v. Mi Barur, Inc.*, 087 CV 0443 BEN POR, filed June 20, 2008, a true and correct copy of which is attached to the NOL as Exhibit "B."

3. First Amended Counter-Claim for Breach of Insurance Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Fraud, Negligent Misrepresentation, Negligent Salvage, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Libel and Slander, *New Hampshire Insurance Company v. Mi Barur, Inc.*, 087 CV 0443 BEN POR, filed August 4, 2008, a true and correct copy of which is attached to the NOL as Exhibit "C."

DATED: August 14, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800