Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**MOTION TO DISMISS, PROOF OF ELECTRONIC SERVICE**<br><br>Date: September 22, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |
| Mi Barur, Inc., Arsenio Farell and Norma Farell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On August 14, 2008, I served the following documents described as:

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1. New Hampshire Insurance Company's Notice of Motion to Dismiss Pursuant to Rule 12(b)(6);

2. Memorandum of Points and Authorities in Support of New Hampshire Company's Motion to Dismiss Pursuant to Rule 12(b)(6);

3. Request for Judicial Notice in Support of New Hampshire Insurance Company's Motion to Dismiss Pursuant to Rule 12(b)(6);

4. Notice of Lodgment of Exhibits in Support of New Hampshire Company's Motion to Dismiss Pursuant to Rule 12(b)(6);

5. Appendix of Non-Federal Authorities in Support of New Hampshire Company's Motion to Dismiss Pursuant to Rule 12(b)(6); and

6. Proof of Electronic Service;

on the interested parties in this action through the use of the Website maintained by the United States District Court, Southern District of California, the Case Management/Electronic Case Filing System (CM/ECF). I provided the documents listed above to the Website pursuant to the Court's General Order No. 550.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Annette E. Jacques