Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

New Hampshire Insurance Company,

Plaintiff,

v.

Mi Barur, Inc.,

Defendant.

---

Mi Barur, Inc., Arsenio Farell and Norma Farell,

Counter-Claimants,

v.

New Hampshire Insurance Company,

Counter-Defendant.

CASE NO. 08 CV 0443 BEN POR

**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Date: September 22, 2008
Time: 10:30 a.m.
Courtroom: 3
The Honorable Roger T. Benitez

TO THE CLERK OF THE DISTRICT COURT, COURTROOM 3, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff and counterdefendant New Hampshire Insurance Company hereby lodges true and correct copies of the documents listed below in support of its Motion to Dismiss Pursuant to Rule 12(b)(6):

| **Ex.** | **Description** | **Bates Nos.** |
|---|---|---|
| A | Complaint for Declaratory Relief and Reimbursement, *New Hampshire Insurance Company v. Mi Barur, Inc.*, 087 CV 0443 BEN POR, filed March 10, 2008. | 0001-0050 |
| B | Answer to Complaint for Declaratory Judgment, *New Hampshire Insurance Company v. Mi Barur, Inc.*, filed June 20, 2008. | 0051-0059 |
| C | First Amended Counter-Claim for Breach of Insurance Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Fraud, Negligent Misrepresentation, Negligent Salvage, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Libel and Slander, *New Hampshire Insurance Company v. Mi Barur, Inc.* filed August 4, 2008. | 0060-0349 |

DATED: August 14, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen V. Kovarik
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800