# EXHIBIT "C"
# PART THREE OF SIX

William L. Banning
Partner
E-mail: wbanning@banningmicklow.com

**BANNING MICKLOW & BULL LLP**
ATTORNEYS AT LAW
501 West Broadway • Suite 2090
San Diego, California 92101
(619) 230-0030
Telecopier (619) 230-1350
E-mail: info@banningmicklow.com

SAN DIEGO
SAN FRANCISCO
AMERICAN SAMOA
LONDON

May 23, 2008

**New Hampshire Insurance Company**
c/o AI Marine Adjusters, Inc.
Member Companies of American International Group, Inc.
175 Water Street, 14th Floor
New York, New York, 10038

**Attention:**
Ms. Susan Smith, Regional Hull Manager
Marine Claims Department

Re: M/Y MI BARUR: SUPPLEMENTAL PROOF OF LOSS:

| | |
|---|---|
| Insureds: | Mi Barur, Inc., Arsenio Farell, Norma Farrell |
| Policy No.: | YM 868-56-66 |
| Date of Loss: | October 20, 2007 |
| Your Reference No. | LE08939 |
| Our File No.: | 8274-001 |

Dear Ms. Smith:

We hereby submit, on behalf of your insureds Mi Barur, Inc., Arsenio Farell and Norma Farrell, the following Supplemental Proof of Loss in conjunction with our letter of this date. Please do not hesitate to request any further information you may require to evaluate this claim.

Respectfully,

BANNING MICKLOW & BULL

William L. Banning
Edward M. Bull III

**EXHIBIT A**
**43**

**EXHIBIT C 0154**

# SURVEY AND VALUATION REPORT FOR MOTOR VESSEL "MI BARUR"



*CECIL M. LANGE, SA*
*MARINE SURVEYOR AND CONSULTANT*
*MEMBER - SOCIETY OF ACCREDITED MARINE SURVEYORS*

VHF Channel 22
Tel: 011 52 (612) 122-7066
Cell: 044 (612) 131-7459
Morelos #915 esq. Josefa O. de Dominguez
La Paz, B.C.S. Mexico 23000
cecillange1925@yahoo.com

**EXHIBIT A - 1**
**44**



**EXHIBIT C 0155**

| | |
|---|---|
| AC CIRCUIT PROTECTION: | Breakers |
| A C GALVANIC ICOLATOR | No |

## PROPULSION AND AUXILARY SYSTEMS

| | |
|---|---|
| PROPULSION MANUFACTURER: | Detroit Twin 16V-149TIB |
| MODEL: | 191627422 |
| RATED HORSEPOWER: | 2100 hp each |
| YEAR MANUFACTURERED: | 1990 |
| YEAR INSTALLED: | 1990 |
| SERIAL NUMBER: | Pt 16E009112 St 16E009300 |
| ENGINE HOURS: | Pt 5658 approx. St 5666 |
| FUEL TYPE: | Diesel |
| ALARMS: | Oil pressure , water temperature , high bilge alarms |
| FRESH WATER COOLED: | Yes |
| TRANSMISSION REDUCTION GEAR: | Twin Disc Serial Number: 4336-059 2.52-1 4330-060 |
| ENGINE MOUNTS CONDITION: | Good condition |
| DRIP PAN: | Built in |
| FUEL RETURN: | Yes |
| EXHAUST CLEAR OF WOODWORK: | Clear of wood work |
| EXHAUST/MUFFLER MATERIAL: | St Steel ,Exhaust hose FRP , water cooled |
| GENERATOR | Engine hrs PT 9367 STBD 9718<br>Northern Lights 50 Kw Serial No 2392-6428<br>Northern Lights 50 Kw Serial No 2392 -4430 |
| OIL DISCHARGE PLAQUE POSTED: | Yes |

## CORROSION CONTROL SYSTEM

| | |
|---|---|
| BONDING: | Yes |
| ZINC SYSTEM: | Yes |
| ZINC CONDITION: | New August 2007 |

EXHIBIT A - 1
47



EXHIBIT C 0156

| | |
|---|---|
| IMPRESSED CURRENT SYSTEM: | No |
| ANODE CONDITION: | NA |
| GROUND PLATE: | No |

## THRU-HULL FITTINGS AND SEACOCKS

| | |
|---|---|
| THRU-HULL MATERIAL: | Bronze |
| THRU-HULL CONDITION: | Appear sound |
| SEACOCK MATERIAL: | Bronze |
| SEACOCK CONDITION: | Good condition |
| HOSES DOUBLE-CLAMPED: | Double clamped |
| HOSE CONDITION: | Appear sound |

## STEERING SYSTEM

| | |
|---|---|
| HELM TYPE: | Wheel |
| STEERING METHOD: | Hydraulic |
| EMERGENCY STEERING: | Motors, Autopilot |
| NO. OF STATIONS: | Two |

## TANKAGE

| | |
|---|---|
| NUMBER OF FUEL TANKS: | Six |
| FUEL TANK MATERIAL: | FRP |
| FUEL TANK LOCATION: | Two Center aft of engine room, 4 wing tanks |
| FUEL TOTAL CAPACITY: | 4,364 gallons |
| PROPERLY SECURED: | Well secured |
| FILL PIPE MATERIAL: | Fuel hose |
| FILL PIPE SIZE: | 2" |
| GROUNDED: | Yes |
| TIGHT AT DECK FITTING: | Yes |
| VENT LINE: | Vented |

EXHIBIT A - 1
48



EXHIBIT C 0157

| | |
|---|---|
| OVERFLOW GOES OVERBOARD: | Yes |
| FUEL LINE SHUT-OFF: | Yes |
| WATER TANK MATERIAL: | FRP |
| NUMBER OF WATER TANKS: | Two |
| WATER TOTAL CAPACITY: | 540 gallons |
| HOLDING TANK MATERIAL: | FRP |
| NUMBER OF HOLDING TANKS: | One 258 gallons, 1 grey water tank 135 gallons |

## ELECTRONICS AND NAVIGATION

**See separate section.*

| | |
|---|---|
| COMPASS: | 1 electronic, 1 Ritchie |
| SHIP'S CLOCK: | Yes |
| BAROMETER | Yes |
| NAVIGATION LIGHTS: | International |
| HORN | Electric |
| BELL: | Yes |

## SAFETY EQUIPMENT

| | |
|---|---|
| BILGE PUMPS: | 8 electric automatic Rule 3000 |
| PERSONAL FLOTATION DEVICES: | 20 Type I, 6 children Type |
| THROWABLE DEVICES (TYPE IV): | Two ring |
| VISUAL DISTRESS SIGNALS: | Expired January 2004 |
| EPIRB: | No |
| LIFE RAFT: | Two 8 men Givens. Inspected last in August 2005 |
| FIRE EXTINGUISHERS: | (4) 10 lb ABC powder, six 4 lb ABC Good 'til April 2008 |
| AUTOMATIC FIRE SUPRESSION SYSTEM: | Three 11 kg, two 20 kg |
| LIFE LINES: | St Steel stanchions with 1 ¼ stainless steel rails on for deck, and high bulwarks with teak caps |

EXHIBIT A - 1
49



EXHIBIT C 0158

## GROUND TACKLE

| | |
|---|---|
| ANCHORS: | 135 Kg large Danforth with 300Ft ½ chain<br>Spare Danforth with 300Ft rode |
| ANCHOR WINDLASS | Electric Lewmar 6000 |

## INTERIOR

| | |
|---|---|
| STOVE TYPE: | Thermador 4 burner with warmer separate oven and convection Galaxy microwave |
| WOODWORK PROTECTED: | Yes |
| FUEL LOCATION: | Electric |
| PROPANE SOLENOID SWITCH: | No |
| FUEL CONNECTION METHOD: | NA |
| REFRIGERATION: | See separate list |
| HOT WATER TANK: | Two 40 gallons each |
| OTHER EQUIPMENT: | 3 Air conditioning units Aqua air 5 tons each |
| WASTE MANAGEMENT PLAQUE: | Not seen |
| WASTE MANAGEMENT PLAN: | No |

## ADDITIONAL EQUIPMENT

| | |
|---|---|
| MARINE SANITATION DEVICE: | 6 showers, 7 toilets, 2 Vacum and 5 air |
| MSD SYSTEM VALVING: | Holding tank, deck pump out, overboard |
| WATER MAKER: | Two, 1 Village marine 60 gph and 1 HRO 40 gph |
| DINGHY: | 13 Ft Achilies inflatable |
| OUTBOARD ENGINE: | Yamaha 25HP |
| OTHER: | 1 swimming step ladder, 2 aluminum |
| Dinghy hoist hydraulic/electric 1 ton | 1 stern boarding platform |
| 1 Yamaha wave runner | Central vacuum system |
| 4 kayaks, 2 double 2 single | 1 BBQ charcoal |
| 3 large and 2 medium fenders | Fuel filtering system |
| 9 dock lines | Raw water and fresh water washdown system |
| Air compressor | Many spare parts and tools |

EXHIBIT A - 1
50

**REFRIGERATION:**

Stand up refrigerator freezer with ice maker,

Scotsman refrigerator at crews quarters

Scotsman refrigerator and a Uline Ice maker at wet bar

Stand up freezer and chest freezer by crews quarters

Chest freezer near engine room access

Refrigerator/ice maker on flying bridge

**ELECTRONICS AND NAVIGATION EQUIPMENT:**

FLYING BRIDGE:

VHF Standard Horizon

Simrad radar 60 miles

B&G depth sounder, wind, log, speed

Bow thruster control

Trim tab controls

Engine synchronizer

Stabilizer control

Autopilot control

PILOT HOUSE:

VHF ICOM ICM402

SSB ICOM ICM700 Pro with automatic tuner

Radar Simrad 48 miles integrated ARPA

GPS plotter Trimble Navigator Graphic II

GPS Northstar 952X, Simrad HS50

Naiad stabilizer

Bow thruster

Furuno depth sounders FCV 552

Autopilot Simrad AP20

Raytheon Hayler

B&G 20/20 CD wind speed

Engine room camera screen and controls (WJ 45)

Trim tab controls

2 remote controls spot lights

Furuno weather fax

Engine synchronizer

Electronic compass

Satellite phone

**ENTERTAINI. Γ SYSTEM:**

MAIN SALON

Toshiba TV 32"

Sony 5 disc DVD and CD changer

Sony amplifier with Ipod attachment

12 speakers including galley and dinette

MASTER STATE ROOM

Toshiba TV 20"

Sony DVD/CD

Sony amplifier with 6 speakers

GUEST STATE ROOM No 1

Toshiba TV 19"

Sony DVD/CD

Sony amplifier

GUEST STATE ROOM No 2

Toshiba TV 15"

Sony DVD

AM/FM stereo, CD and 2 speakers

CREWS QUARTERS

AM/FM CD 2 speakers

GUEST STATE ROOM No 3

Toshiba TV Sony DVD

AM/FM Stereo CD 2 speakers

GALLEY/DINETTE

Panasonic microwave

Toshiba 14" TV/DVD

JVC AM/FM CD

EXHIBIT A - 1

51



EXHIBIT C 0160

**HULL BELOW WATER LINE** *was not inspected by this surveyor.

**HULL ABOVE WATER LINE**

The hull above the water line including the decks, superstructure, flying bridge and boat deck were found to be in excellent condition including paint work with the exception of the radar arch where it is mounted on both port and starboard sides shows fiberglass cracks.

**FORE DECK**

The fore deck consists of heavy duty bow roller and anchor and electric windlass, heavy duty cleats, a flush fore peak hatch, washdown outlets, large bell, storage, and sun lounge cushions. The fore deck has stainless steel stanchions and hand rails above bulwarks. Four integral deck lockers and deck light; Side decks port and starboard, washdown system, deck lights, heavy teak hand rails on high bulwarks with gates port and starboard.

**FLYING BRIDGE**

The flying bridge steering station is on a console forward centre with steering, engine controls and instruments, navigation electronics *(see electronics)* with two swivel chairs behind, chart plotter table and AC electric panel. Behind are cabinets, a sink and refrigeration under, the top makes into a bar with 3 bar stools behind. Access to the pilot house is forward on the port side. Aft are two L shape settees with cushions, there is a large radar arch overhead, forming a sun shade with a bimini. Aft to the seats is a entrance to the boat deck consisting of a dinghy hoist, Yamaha waverunner, 2 kayaks, and 2 life rafts. There are 3 tables, 4 deck chairs, charcoal BBQ and sun lounge cushions. The flying bridge has a wrap around spray shield with hand rails all around.

**PILOT HOUSE**

The pilot house consists of a large console, extending from port to starboard with steering centre with engine controls, instruments, and full navigation equipment *(see electronics)*. On port and starboard there are chart tables with electrical panel under. Behind the steering station is a leather cover bench seat. Access to the pilot house is on both port and starboard sides with access on the port side to the flying bridge.

## MECHANICALLY

**STEERING SYSTEM**

The steering system was found in sound condition. Both rudder packing glands need adjusting or repacking.

**ENGINE ROOM**

The engine room contains the twin V-16 Detroit engines and both generator units, one port one starboard. There are battery banks, electrical panels, battery charges, transformers, fuel filtering system, oil changing system, heavy duty water pumps, salt water and fresh, Naiad stabilizer equipment, and hydraulic bow thruster equipment. All engines were run, all raw water pumps seals appear to be in good condition. Engine exhaust system, polish stainless steel in good condition. Both propeller shaft packing glands appear to be adjusted correctly. All seacocks were activated and in good condition including hoses. Hoses are all double clamp below the water line. The intake hoses on both port and starboard aft of engines are rusty and need replacing. All bilge pumps were activated and are in working condition. Forward to the engine room is an air compressor, central vacuum cleaning system. All water pumps on the vessel are heavy duty and in good working condition. There are two cameras in the engine room viewed from the pilot house. The fuel filtering system is a dual Racor system. The air conditioning units and both water makers with their water pumps are in a separate compartment.

EXHIBIT A - 1
52

# INTERIOR

## ACCOMODATIONS

### MASTER STATE ROOM

The master state room is forward of the engine room and full width of the vessel with queen sized bed and a mirror behind. Walk around on three sides, on the starboard side is a night stand, a corner settee, a make up table with a seat under. On the port side is a night stand and cabinets, a bureau, six drawers and lockers. There is an entertainment centre, a walk-in closet cedar line, and owners safe, there is a private bathroom starboard aft, with two vanities, wash basin, toilette, and a Whirlpool tub shower. All bathrooms have Corean tops.

### GUEST STATE ROOM No 1

Aft of the engine room on the starboard side is the guest state room No 1 consisting of a king sized bed, 2 night tables, bureaus, two closets and a settee, TV and music centre, and its own private bathroom with vanity, mirrors, two wash basins, toilette and shower.

### GUEST STATE ROOM No 2

The guest state room No two is on the port side aft of the engine room, consisting of two twin berths, night table, closet and TV music centre. There is a private bathroom with vanity, mirrors, wash basin, toilette and shower.

### CREWS QUARTERS

The crews quarters are forward, access is from steps forward of the galley. On the starboard side is a double berth with shelf, built ins, and hanging locker, TV and music. On the port side are two upper and lower berths with built ins, bureau and hanging locker, TV and music. Both crews quarters have separate bathrooms, with vanity, mirror, hand basin, toilette and shower. On the port side aft of the crews quarters is a small lounge dinette area, with counter, sink, cabinets, refrigerator, microwave, TV and music. The captain's state room is aft of the crews quarters on the starboard side, consisting of a double berth, night tables, lockers with drawers, hanging locker, with TV and music. There is a bathroom with a vanity, hand basin, mirror, toilette and shower.

### GALLEY/DINNING ROOM

The galley is long and U-shape, with a stand up refrigerator freezer with an ice making machine, a 4 burner electric stove top with a warming oven under, there is a separate electric oven and a microwave. There is a long Corean counter top with a double sink, dishwasher, trash compactor and garbage disposal. There are ample cabinets above and below. The galley floor is tile. Aft of the galley is a formal dinning room with a long table with 9 chairs.

### MAIN SALON

The passage way between the galley, dinning room, and main salon has marmol floor tiles. The main salon is long and full width of the vessel. Forward on the starboard side is access to the dinning room/galley and up to the pilot house. On the port side is also access to the pilot house with glass cabinets and music centre and between. On the port side going aft is a round table with 4 lounge chairs, aft of this is a wet bar with 3 bar stools. Behind the forward end of the bar is access to the aft state rooms below. On the starboard side going aft are two lounge chairs and a settee centre with two round tables with lamps, and two larger round tables in front of the settee. Aft of the main salon are sliding doors to the aft deck.

EXHIBIT A - 1
53



EXHIBIT C 0162

### AFT DECK

The aft deck has access door to the swim platform via a stainless steel ladder. The floor of the aft deck is teak in good condition. There are two tables and a number of chairs. ,and 2 Lewmar 500 warping capstans

### INTERIOR COSMETICALLY

The interior cosmetically is excellent and like new condition through out. The interior of the vessel haven't been totally replaced less the five years ago. All bright work, vinyl hood lining and vinyl wall coverings are like new. The upholstery is in excellent condition through out, all carpeting is in good to excellent condition through out. Bathrooms have floor tiles, all counters and bathroom vanities are of Corean. All furniture in the vessel is of good quality and in like new condition.

### COMMENTS

" Mi Barur " is a vessel that has been well maintained and is a credit to her owner. And when requirements are completed she will be ready for her intended use of coastal and off shore cruising.

### REQUIREMENTS

1.- Update flares ,EXPIRED January 007, difficult to obtain in Mexico

### RECOMMENDATIONS

1.- Treat and paint flanges on large aluminum ports on hull where necessary

### SUMMARY

In accordance with the request for a marine survey of this vessel for the purpose of evaluating its present condition and estimating its market value and replacement cost, I hereby submit my conclusions based on the preceding report. The subject vessel was personally inspected and found to be a well-constructed, appointed and comfortable vessel.

Subject to corrections of the recommendations listed in this report, and predicated on the assumption engines and machinery are in working order, the vessel is considered to be "fit for its intended use" of recreational near coastal cruising and offshore sailing.

### SURVEYOR'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions and conclusions.

Observations and findings are limited to that which is visibly accessible.

I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved .My compensation is not contingent of the reporting of a predetermined value or direction in value or direction in value that favors the cause of the client, the amount of the value estimated, the attainment of a stipulate result, or the occurrence of a subsequent event .I have made a personal inspection of the vessel that is the subject of this report.

Attending Surveyor: ______________________________

Cecil M. Lange SA, Member-Society of Accredited Marin e Surveyors

EXHIBIT A - 1
54

# HALLMARK

YACHT & SHIP BROKERS
2525 Shelter Island Drive, Suite B, San Diego, CA 92106
(619) 226-2644 Phone (619) 222-4352 Fax

## CENTRAL/EXCLUSIVE LISTING AGREEMENT

This Exclusive/Central Listing Agreement defines the terms and conditions whereby the undersigned sales management firm hereafter called Broker agrees to manage the sale of the Vessel described below on behalf of the undersigned seller / agent, hereafter called Seller.

1. Seller hereby grants to Broker, the exclusive right to manage the sale of the Vessel described below together with all gear, machinery, furnishings and other articles belonging to the Vessel, whether or not now on board, at the asking price of $ 2,400,000.00 or any other Gross Selling Price or terms acceptable to the Seller which are at the sole discretion of the Seller.

2. Seller agrees to provide photographs, drawings and other detailed information to the Broker; to provide convenient and reasonable access to the Vessel so that salespersons and other brokers may show the Vessel when Seller and his guests are not aboard; to keep Broker informed of changes in location, price, condition, inventory or specifications of the Vessel; to arrange for all appointments and offers made by anyone to be made only through the listing Broker; to provide Vessel registration and proof of ownership at time of sale; and to execute the customary purchase agreement in the event Broker finds a Buyer for the Vessel.

3. The term of this agreement is for One year (365) days, commencing 6/18/03 and terminating 6/17/04, unless terminated with written notice by either party to the other at least six months (180) days prior to the determined expiration date.

4. If requested by Broker, Seller will provide the information required by the SELLER'S SPECIFICATION SHEET. Based on information provided by Seller, Broker will prepare a listing report and / or brochure for distribution to prospective buyers and other brokers who may represent potential buyers, and shall answer any and all inquiries. Seller hereby authorizes Broker to share this listing with other brokers. Broker shall present all offers Broker receives without exception to Seller for his serious consideration. Seller agrees that Broker is providing a valuable service in the distribution of information and the marketing of Seller's Vessel. Therefore Broker is authorized and directed to distribute information describing the Vessel by any and all reasonable means, including but not limited to advertising and distribution on a regular and continuous basis.

5. Seller acknowledges and warrants that the Vessel will be transferred to Buyer free and clear of any and all debts, claims, liens and encumbrances of any kind including maritime liens; except for those exclusions specifically listed on the SELLER'S SPECIFICATION SHEET attached hereto or provided separately in writing.

6. The Seller agrees to pay the Broker a minimum commission of $________ or the commission of 10% percent which ever is greater of the Gross Selling Price if, during the term of this Agreement, a buyer is procured whether by Broker, Seller, other brokers or anyone else who is ready and willing to buy, trade, or exchange any interest in the Vessel. This Agreement supersedes all other prior listing agreements which may have been entered into for the sale of this Vessel.

7. Seller shall pay the commission specified in paragraph six (6) should he, or anyone else, within one (1) year after the date of termination of this Agreement, sell or transfer by trade or otherwise the Vessel to a Buyer to whom Vessel information has been provided by or through Broker during the term of this Agreement.

8. It is specifically understood and agreed that Broker does not assume and is not delegated care, custody or control of the Vessel by reason of this Agreement. In the event the Vessel is stored at Broker's premises, Broker is not responsible for damages, loss or theft of any kind to the Vessel or her gear or equipment. Seller shall carry his own marine insurance (Hull and P. & I.) and, upon request, provide Broker with a copy of said policies. Seller shall be solely responsible for all storage and marina handling charges, if applicable, unless otherwise agreed to in writing.



Copyright 1999 California Yacht Brokers Association and Cogswell Woolley Nakazawa & Russell
This form produced by Formulator Forms Software 800-336-1027

9. Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be decided by binding arbitration in accordance with the Arbitration Rules of the California Yacht Brokers Association, as set forth in the edition of the California Yacht Brokers Association Arbitration Procedures Manual, in effect at the time the claim is brought and judgment upon the awards rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. It is further agreed that the losing party agrees to pay all incurred costs of arbitration including reasonable attorney's fees. This agreement shall be construed in accordance with the laws of the State of California.

10. Seller acknowledges having understood the terms of this Agreement, that Seller has received a signed copy of this Agreement, that this document represents the entire Agreement of these parties; that no other representations, warranties, guarantee of sale or promises of any kind have been made to the Seller other than those set forth herein; and that this Agreement is binding on and shall inure to the benefit of all heirs, executors, successors, and assigns of both Seller and Broker.

11. In the event a sale is not consummated because of Seller's failure to perform, then the full commission shall be due and payable upon such failure. If a sale is not consummated because of Buyer's failure to perform, and all or any portion of Buyer's deposit is deemed liquidated damages, Seller agrees that such amount shall be deemed liquidated damages and shall first be applied to pay all expenses incurred by Broker in attempting to sell the Vessel (including, but not limited to surveys and haul out fees) and the remainder shall be divided equally between Broker and Seller, provided that Broker's share shall not exceed the commission set forth in this Agreement.

12. Should Seller determine that it is advantageous to donate the Vessel to a tax-exempt organization during the term of this Agreement or within six (6) months thereafter, Seller shall not be obligated to pay Broker a brokerage commission. Seller agrees however, that a donation made during the term of this Agreement will be handled by Broker, who agrees to handle the donation without charge to the Seller, although a finder's fee may be paid by the tax-exempt organization.

VESSEL NAME: Simon　　LENGTH ON DECK: 92

MANUFACTURER: Hatteras　　MODEL YEAR: 1999

MODEL: ______　　BOAT TYPE: Hatteras Motoryacht

TOP/RIG: ______ HULL#: ______　　STATE/CG#: 975461

Seller Name (please print): George Calcote　　Home Phone: 562-712-4193

Seller Name (please print): ______　　Work Phone: 562-637-3121

* Authorized Signature: [signature]　　Date: 6/16/03

Address: 13337 East South St suite 237　　FAX Phone: 562-637-3122

City: Cerritos　　State: CA　　Zip: 90703

Broker/Agent: Michael Hallmark

Company Name: Hallmark Yacht and Ship Brokers

Authorized Signature: [signature]　　Date: 6/16/03

CLA-(5/99)　　Page 2 of 2

Copyright 1999 California Yacht Brokers Association and Cogswell Woolley Nakazawa & Russell
This form produced by Formulator Forms Software 800-336-1027

* George Calcote acknowledges there is a $ 94,758.16 lien (Mike Hallmark) still on the vessel "SIMON" and agrees that this lien will be satisfied upon sale of the vessel. * ______ *
Signature　　Date

EXHIBIT A - 2
56

# HALLMARK

## YACHT AND SHIP BROKERS

2525 Shelter Island Drive, Suite B, San Diego, CA 92106
Tel (619) 226-2644 • Fax (619) 222-4392

http://yachtworld.com/hallmark

Hallmark Yacht and Ship Brokers
2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com

### 92' HATTERAS RAISED PILOTHOUSE



- Year: 1989
- Price: US$ 2,400,000
- Located in San Diego, CA
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 20704-775102
- Sale Pending

Please contact owner's agent, Mike Hallmark at 619-246-6676, for further details.

**Builder/Designer**
Builder: Hatteras
Designer: J. Hargrave

**Dimensions**
LOA: 92'
Displacement:
Ballast:
LWL:
Draft: 7' 6
Beam: 23' 10
Bridge Clearance:

**Engines**
Engine(s): Detroit Diesel
Hours: 0
Engines(s) HP: 2100
Cruising Speed: 18
Engine Model: 16V-149TI's
Max Speed: 21

**Tankage**
Fuel: 4360
Water: 540
Holding:

**Accommodations**

The 92' Hatteras is a raised pilothouse motoryacht, two deck design with spacious bridge deck and tender stowage deck. The main deck has a formal dining salon with banquet galley forward, full beam salon and nearby powder room. The lower deck includes six staterooms and heads served by three separate stairways from the main deck. Natural and dyed woods are used throughout the vessel to compliment a variety of

MERLE WOOD & ASSOCIATES

Specialists in the Sale, Purchase, Charter & Construction of the World's Finest Yachts

# ARRIVEDERCI III
## 92' Hatteras Motoryacht, 1990

| | | |
|---|---|---|
| **Length Overall:** | 92.08' | (28.06 meters) |
| **Beam:** | 23.83' | ( 7.26 meters) |
| **Draft:** | 7.50' | ( 2.28 meters) |
| **Year Completed:** | 1989/90 | |

| | |
|---|---|
| **Type:** | Raised Pilothouse Motoryacht |
| **Flag:** | American |
| **Builder:** | Hatteras Yachts (U.S.A.) |
| **Naval Architect:** | Jack Hargrave |
| **Interior Designer:** | Susan Puleo |
| **Construction:** | Fiberglass hull, superstructure and teak decks |
| **Main Engines:** | (2) GM 16V-149TI diesels with 2,100hp each |
| **Electrical:** | 24V(DC), 120/240V, 50/60 Hz<br>(2) 50 Kw Northern Lights diesel generators |

| | | | |
|---|---|---|---|
| **Speed:** | Maximum: | 23.5 knots | |
| | Cruising: | 20.5 knots | |
| | Economical: | 14 knots | |
| **Tankage:** | Fuel: | 4,360 U.S. Gallons | (16,503 liters) |
| | Water: | 540 U.S. Gallons | ( 2,045 liters) |

| | |
|---|---|
| **Range:** | 1500 nautical miles @ 14 knots |
| **Accommodations:** | Sleeps 8 in the owner's party in 4 double staterooms, plus crew accommodations. |
| **Location:** | Miami, Florida |
| **Price:** | $3,250,000. USD |

*"All speeds, capacities, consumption, etc. are approximate or estimated; measurements can also be approximate. Specifications are provided for information only and particulars herein obtained from sources believed to be correct, but are not guaranteed. Buyer should instruct his agent and/or surveyor to check all details for accuracy. Offered subject to prior sale, price and/or inventory change, or withdrawal from the market without notification."*

**EXHIBIT A - 4**

1535 Southeast 17th Street • Suite 206 • Fort Lauderdale, Florida 33316 • Phone: 305-525-5111 • Facsimile: 305-525-5165

## ACCOMMODATIONS & LAYOUT:

ARRIVEDERCI III is a raised pilothouse motoryacht, two deck design with spacious bridge deck and tender stowage deck.

The main deck has a formal dining salon with banquet galley forward, full beam salon and nearby powder room. The lower deck plan includes 6 staterooms and heads served by 3 separate stairways from the main deck. Natural and dyed woods are used throughout the vessel to compliment a variety of suede, fabric and silk panelled walls and floors of upgraded carpets and marble.

Owner's Stateroom:
The full width owner's suite is located forward of the engine room and is accessed from a staircase just aft of the pilothouse. A king size bed faces aft, offering walk-around capability and a settee is just to port. The large ensuite head includes a whirlpool garden tub with his and hers lavatories and bidet. This stateroom also features a complete entertainment center and generous walk-in closet. Beautifully accented, the owner's suite offers privacy in very sophisticated surroundings.

Guest Staterooms:
The guest stateroom to starboard aft offers a king size bed, his and hers closets and an ensuite bath with whirlpool tub and two sinks. The guest stateroom to port aft includes two twin beds with an ensuite head with shower. The guest stateroom forward to starboard features a walk-around queen bed with an ensuite head with shower.

Main Salon:
Aft on the main deck, the 20' X 24' full width salon includes a large wet bar and custom entertainment center. A full bulkhead with double siding glass doors opens to a 9' X 20' teak soled afterdeck. Furnishings include a large, sumptuous U-shaped sofa to starboard and coordinating game table with four upholstered chairs to port. The main deck powder room is located adjacent to the starboard companionway. There is a custom Lite Touch lighting system throughout the main deck.

Dining Salon:
The formal dining salon offers elegant seating for eight around a custom sculptured table. Interior design elements feature raw silk wallcoverings, alternating smoked mirror panels, coordinating Roman shades and brass inlay accents on the custom dining table. There is a custom buffet service area with china and stemware storage below.

Galley:
The fully equipped custom galley is located forward of the dining salon. The striking black on white appearance is complimented by Fountainhead countertops throughout and hand-laid tile flooring. A private entrance from the exterior allows crew access to galley and crew quarters.

Crew Quarters:
Located down forward steps, forward end of galley and include the Captain's cabin with double bed to starboard and private head. The port crew cabin across companionway features an upper and lower berth with a private head. The crew lounge offers a dinette, refrigerator, stainless steel sink, microwave/convection oven, cassette tape deck with AM/FM stereo receiver,

**ACCOMMODATIONS & LAYOUT:**
**(continued)**

speakers and color T.V.. The washer and dryer and additional freezer are conveniently located in the companionway.

Raised Pilothouse:
Located forward of the main salon through starboard companionway has full instrumentation and custom installed electronics (see electronics and navigation equipment). Chart table to starboard and custom Captain's desk area to port. There is comfortable lounge seating for two with excellent visibility forward.

Flybridge:
Located up stairs via aft, port end of pilothouse with full controls and instrumentation in addition to custom installed electronics, custom two-tiered radar arch and a centerline entertainment center with wet bar, icemaker, refrigerator, storage and seating. Port and starboard is L-shaped seating with storage and the boat deck is further aft holding a Larson boat and hydraulic davit.

Engine Room:
Access to the engine room is via a watertight door in the passageway leading to the aft staterooms. With twin Detroit Diesel 16V-149TI's, the engine room is well laid out with excellent access to engines and machinery.

**GALLEY EQUIPMENT:**

(1) GE Monogram Series refrigerator/freezer
(1) Thermador convection/microwave/thermal oven
(1) Thermador trashcompactor
(1) ISE in-sink garbage disposal
(1) Silhouette by Broan ventilator
(1) Thermador warming drawer
(1) Thermador dishwasher
(1) Thermador electric cooktop
Full compliment of china and silverware
Full compliment of cookware
Nutone food center

**ELECTRONICS & NAVIGATION EQUIPMENT:**

Communication Equipment:
(1) Sailor SSB shortwave program 100/B automatic radio telephone
(1) Sailor Duplex VHF radio, program RT146 dual station - main
(1) Sailor Duplex VHF radio, program RT146 single station - auxiliary
(1) Sailor Duplex VHF radio, program RT146 single station - flybridge
(1) Motorola Tritan 880 Marine cellular telephone
(1) Furuno 208A weatherfax with Navtex
(1) Sharp UX350 telephone/copier/facsimile receiver

**ELECTRONICS & NAVIGATION EQUIPMENT:**
**(continued)**

Panasonic 12-station business telephone system with intercom/facsimile/cellular interface

Navigation Equipment:
(1) Robertson RMP Commander AP9 MKII dual station auto/manual pilot with remote
(1) Hokushin (Raytheon) CM2300X gyrocompass and repeater
(1) Raytheon M92 color CRT, 25Kw/120Nm radar/plotter with 9' antenna
(1) Anritsu RA711CA 60Nm color/radar (auxiliary)
(1) Trimble navigation Navgraphic II, dual station, Co. GPS/Loran C
(1) Magnavox MX5102 transit satellite navigator - pilothouse
(1) B&G Hydra-330 log/wind/speed/depth/temp instrument system with remotes for flybridge
(1) Furuno color video echo depth sounder FCV-552
(1) Ray 410 hailer with remote, 2 speakers

**ELECTRICAL SYSTEM:**

24V (DC) and 120/240V, 50/60 Hz service
(2) 50 Kw Northern Lights diesel generators

**DECK & HULL:**

Tenders & Toys:
(1) Larson 165 Senza Bowrider with 90hp Johnson outboard and depth sounder

Deck Equipment:
(2) Lewmar model 55 stern windlasses - port and starboard
(1) Lewmar model 5000 bow windlass with 1/2" chain cat
(1) Marquipt 2000lb capacity hydraulic davit
(1) Swim platform with ladder and gate
(1) Pool-N 297lb stainless anchor
(1) 1/2" grade 80 galvanized anchor chain
(1) Varnished teak caprail
Kahlenberg triple trumpet air horns
Central vacuum system
Teak decking on aft deck

Safety Equipment:
(2) RCL 600 (6 million C.P.) remote controlled searchlights
(2) Givens 8-person life rafts

Security Equipment:
Panasonic WJ-450 digital quad system with scanning cameras - engine room

Fire Fighting Equipment:
Fixed Halon 1301 system with automatic and remote manual releases

EXHIBIT A - 4
61

**MECHANICAL EQUIPMENT & ENGINE DETAILS:**

Main Engines:
(2) GM 16V-149TI diesels with 2,100hp each

Other Machinery:
Naiad 301 stabilizers
Fuel filter/water separator system for main engines and generators
Electric fuel primer fuel transfer system - engines and generators
Emergency bilge pump system with deck mount diesel pump
Lube oil change system
Water cooled underwater exhaust system
Air conditioned engine room
Hydra-power systems: 42hp hydraulic bow thrusters
HRO system 10 watermaker - 1200 GPD capacity
HRO system 10 watermaker - 600 GPD capacity

Air Conditioning:
Chilled water air conditioning system

**OTHER FEATURES:**

Remaining 5-year Detroit Diesel warranty effective October 1, 1989

**REMARKS:**

As the former flagship of Hatteras' Custom Megayachts, ARRIVEDERCI III is equipped with every amenity imaginable. She features elegant styling and a unique interior designed by Susan Puleo. From Paradiso marble entryways to hand-dyed wall coverings, upholstered silk walls, pearlized leather headboard and gourmet galley, fully equipped with the finest English china and imported crystals, ARRIVEDERCI III is unsurpassed in her outfitting and decor. The equipment list is extensive and all systems were designed for long term reliability and convenient yacht management.

ARRIVEDERCI III is a serious bluewater cruising yacht with a world-class interior.

**EXCLUSIONS:**

Personal items of owner and crew

**EXHIBIT A - 4**
**62**

**EXHIBIT C 0171**




**EXHIBIT A - 4**

*ARRIVEDERCI III 92' Hatteras M/Y*

63

ABM 9530

Hall & Malone
Marine Insurance Brokers, Inc.

2812 Cañon Street • San Diego, CA 92106 • (619) 226-8661

# Policy of Insurance

In consideration of the premium as hereinafter stated, the insurors named herein do hereby insure the insured named herein for the respective proportions set opposite their respective names. All subject to the terms and conditions of the forms and endorsements attached herein:

## DECLARATIONS

Named Insured: Marion Knight

Whose Address is: P.O. Box 3037, Beverly Hills, CA 90212-0037

Loss Payee, if any: Named Insured or Their Order

Description of vessel: 1990 (YEAR) 92' (LENGTH) Hatteras/Motor Yacht (TYPE) "Simon" (NAME)

Coverage to be Effective on 13th day of June, 19 97 Until the 13th day of June, 19 98.
12:01 A.M. Standard Time at the address of named insured

Hull Insurance: Amount of insurance and agreed valuation $ 2,825,000.00

Each loss, if any, under Section A shall be subject to a deductible of $ 28,250.00 unless the accident covered by this insurance results in the Total or Constructive Total Loss of the Yacht insured.

Protection & Indemnity Insurance: Total limit any one accident (Section B and C combined) $ 1,000,000.00
Including Longshoremen's and Harbor Workers' compensation insurance, per Section C.

Medical Payments Coverage: Total limit any one accident $ 25,000.00

Navigational Limits: PORT RISK

Special Conditions: PRIVATE PLEASURE USE ONLY!

Form H&M-1 (90) Applies
Personal Property Endorsement #1
Tender & Motor Endorsement #2
Towing Endorsement #3
Uninsured Boater Endorsement #4
Electronics Endorsement #5
Included Crew Endorsement #6

Annual Premium: $14,904.00

In witness whereof, the insurors hereinafter named have caused this policy to be issued and signed by a duly authorized officer, attorney, or agent at San Diego, CA

this 1st day of July, 19 97.

By [signature]

HALL & MALONE MARINE INSURANCE BROKERS

EXHIBIT A - 5
64

EXHIBIT C 0173

0309314
SIMON
Page 1 of 13

Marvin D. Henderson
Commander, USCG (Ret.)

2726 PBM-1 Shelter Island Drive
San Diego, California 92106

Membership includes:
NAMS, ABYC

Telephone: (619) 224-3164
Facsimile: (619) 588-7607

# REPORT OF SURVEY

## MARVIN HENDERSON MARINE SURVEYORS INC
7 September 2003

## CONDITION/VALUATION SURVEY FOR PRE PURCHASE, INSURANCE, FINANCE PURPOSES FOR THE EXCLUSIVE USE OF ARSENIO FARELL

**ATTENTION: THIS SURVEY IS NOT TO BE USED FOR THE BENEFIT OF A BUYER OR OWNER OTHER THAN NAMED ABOVE.** This survey report constitutes only a statement of our opinion based on the conditions we found at time of our survey inspection. It is not a warranty of the condition of the vessel. This survey is subject to the condition that we and the individual surveyor are not to be held responsible for any error, omission, default, negligence, misrepresentation or misstatement in this report. It is also issued pursuant to the terms of the work order signed by the customer. Details of survey report are thought to be reliable but are not guaranteed.

**Vessel Name:** SIMON
**Type:** Hatteras 92 twin diesel 1990 model raised pilothouse, flybridge motor yacht.
**Official Number:** 975461 Call Sign: WAX8699
**Owner:** ----
**Address:** ----
**Registration:** U. S. Coast Guard Certificate of Documentation
**Vessel Service:** Recreational
**Hailing Port:** Compton CA
**Built By:** Hatteras Yachts
**At:** New Bern NC, USA
**Year Built:** 1989 model 1990
**Designer:** J. Hargrave
**Hull I.D. Number:** HAT DT3011990
**Former Name:** ARRIVEDERCI III
**Accommodations:** berthing arrangements for 7 persons in 3 staterooms + 3 in crew quarters
**Cruise Speed (approx. kts):** reported 18 21 maximum
**Cruising Range (approx. nm):** not determined
**TENDERS:** Larson Senza Bowrider w/90hp Johnson outboard

**SURVEYED:** 4 September 2003 out of water Driscoll Boat Works, San Diego CA
dockside Cabrillo Isle Marina, San Diego CA
**By Request of:** Arsenio Farell Gutenburg 147 Col. Anzurus
Mexico City, MX D.F. 11590
**ESTIMATED VALUES**
**Replacement:** $5,500,000.00
**Market:** $2,200,000.00

EXHIBIT A - 6
65

0309323

MI BARUR



MARVIN HENDERSON MARINE SURVEYORS MH

Marvin D. Henderson
Commander, USCG (Ret.)

2726 PBM-1 Shelter Island Drive
San Diego, California 92106

Membership includes:
NAMS, ABYC

Telephone: (619) 224-3164
Facsimile: (619) 588-7607

# REPORT OF SURVEY

## MARVIN HENDERSON MARINE SURVEYORS INC

17 September 2003

CONDITION/VALUATION SURVEY FOR PRE-PURCHASE INSURANCE, FINANCE PURPOSES
• FOR THE EXCLUSIVE USE OF GEORGE CALCOTE •

ATTENTION: THIS SURVEY IS NOT TO BE USED FOR THE BENEFIT OF A BUYER OR OWNER OTHER THAN NAMED ABOVE. This survey report constitutes only a statement of our opinion based on the conditions we found at time of our survey inspection. It is not a warranty of the condition of the vessel. This survey is subject to the condition that we and the individual surveyor are not to be held responsible for any error, omission, default, negligence, misrepresentation or misstatement in this report. It is also issued pursuant to the terms of the work order signed by the customer. Details of survey report are thought to be reliable but are not guaranteed.

**Vessel Name:** MI BARUR

**Type:** DeFever 70 twin diesel 1993 pilot house offshore motor yacht

**Official Number:** CF 4675 SS former 993773 (not currently USCG Documented)

**Owner:** Arsenio Campa Farell & Norma Markmano Farell

**Address:** Box 60361, San Diego, CA 92166-8361

**Registration:** State of California Certificate of Number

**Vessel Service:** Recreational

**Hailing Port:** San Diego CA

**Built By:** Tania Yacht Co Ltd.

**At:** Kaohsiung, Taiwan

**Year Built:** 1993

**Designer:** Arthur DeFever

**Hull I.D. Number:** DGB70008A393

**Former Name:** NEW ADVENTURE

**Accommodations:** berthing for 8 owners/guests in 4 staterooms

**Cruise Speed (approx. kts):** reported 10 15 maximum

**Cruising Range (approx. nm):** not determined

**TENDERS:** Achilles SCX 12.2 inflatable HIN: ACH00080C787
Evinrude 25hp outboard engine Serial No: 604681447

**SURVEYED:** 12 September 2003 dockside and underway Marina Palmira, La Paz, BCS, Mexico

**By Request of:** George Calcote 4012 Long Beach Blvd
Long Beach CA 90807

**ESTIMATED VALUES**

**Replacement:** $2,800,000.00

**Market:** $1,400,000.00

EXHIBIT A - 7
66

EXHIBIT C 0175

# HALLMARK

## YACHT AND SHIP BROKERS

2525 Shelter Island Drive, Suite B, San Diego, CA 92106
Tel (619) 226-2644 • Fax (619) 222-4392
http://yachtworld.com/hallmark

2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com



**77' Defever Motoryacht**

- Year: 1993
- **Current Price: US$ 1,100,000** (02/06)
- Located in Acapulco, CA
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 20704-1496775

Many upgrades in 2005/2006 including:

Aall new 6 fiberglass fuel tanks
2 New fiberglass water tanks
All wood in engine room replaced with fiberglass
All sound insulation replaced in engine room
All 4 new vacuflush oversize toilets
Furuno 2 station navnet
All new tv flatscreen & dvd in all staterooms, main stateroom, 42" w/home theater
All new batteries january 2006
New teak and holly floors in 2 staterooms
All new faucets and marble sink tops
New stereo system in salon and flybridge
Major service to water maker in 2005 new in 20006
Major service to both naiad stabilizers
Anchor winch overhaul
New wema fuel gauges for all fuel and water tanks

**EXHIBIT A - 8**
**67**

**EXHIBIT C 0176**

# HALLMARK

## YACHT AND SHIP BROKERS

2525 Shelter Island Drive, Suite B, San Diego, CA 92106
Tel (619) 226-2644 • Fax (619) 222-4392
http://yachtworld.com/hallmark

Hallmark Yacht and Ship Brokers
2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com

### 74' Defever Motoryacht

* Year: 1993
* Price: US$ 950,000
* Located in San Diego, CA
* Hull Material: Fiberglass
* Engine/Fuel Type: Twin Diesel
* YW# 20704-1208684



Contact owner's agent, Mike Hallmark, at 619-246-6676 for further details.

**Builder/Designer**

| | |
|---|---|
| Builder: Defever | Designer: |

**Dimensions**

| | | |
|---|---|---|
| LOA: 74' | LWL: 64' | Beam: 17'8" |
| Displacement: | Draft: 5'6" | Bridge Clearance: |
| Ballast: | | |

**Engines**

| | | |
|---|---|---|
| Engine(s): Detroit Diesel | Engines(s) HP: 565 | Engine Model: 6V92DDEC |
| Hours: 0 | Cruising Speed: 11 | Max Speed: 15 |

**Tankage**

| | | |
|---|---|---|
| Fuel: 1500 - Aluminum | Water: 434 - Stainless | Holding: Yes |

EXHIBIT A - 8

**Galley**

* Galley Up
* Refrigerator w/Freezer
* Deep Freeze
* 4 Burner Electric Stove w/Oven
* Self Cleaning Oven w/Broiler
* Dishwasher
* Garbage Disposal
* Microwave/Convection Oven
* Trashcompactor
* Corian Countertops
* Icemaker
* Water Heater
* Pressure Water System

**Electronics/Navigation**

* Trimble Loran w/Autopilot Interface
* (2) Robertson Autopilots
* (3) Compasses
* Rudder Angle Indicator
* Trimble NavGraphics GPS/Loran
* Trimble Navigation Chartdrive
* Furuno DFAX Weather Fax
* Depth Sounder
* Loud Hailer
* DDEC Monitoring Controls
* Anritsu RA-720 96 Mile Radar
* Anritsu 48 Mile Radar
* Kenwood SSB Radio
* Kenwood VHF Radio
* Intercom
* B&G Windspeed Indicator
* AM/FM Cassette Stereo

**Electrical**

* 12V/24V DC & 110V/220V AC Electrical System
* Northern Lights 20kW Generator
* (9) Batteries w/Parallel Switch
* 40 Amp Battery Charger
* Dockside Electrical Cables

**Deck/Hull**

* Bruce #125 Anchor
* (2) Anchors
* Anchor Davit
* Bow Pulpit w/Rails
* Mooring Covers
* Flybridge Curtains
* Coast Guard Safety Package
* FRP Deck
* Fresh & Saltwater Washdown System
* Electric Dinghy Davits
* 5 Person 13' Novurania Dinghy w/28 HP
* Maxwell 3500 Electric Windlass
* Fenders & Lines
* Life Jackets/Rings
* Navigation Lights
* Electric Controlled Search Light
* Swim Platform
* Swim Ladder
* Windshield Wipers

**Mechanical/ Engine Equipment**

EXHIBIT A - 8

- Cruisair SMX Reverse Cycle Air Conditioning
- Naiad 5' Stabilizers
- Automatic & Manual Halon Fire Extinguishing System
- 1200 Gallon/Day Watermaker
- Hydraulic Wheel Steering
- (6) Automatic & Manual Bilge Pumps
- Electric Holding Tank Head
- Freshwater Cooling System
- Fuel Filters
- Lube Oil Transfer System
- Engine Synchronizers
- Engine Alarm & Emergency Stop
- Engine Fuel Shut Off Valve
- Raw Water Sea Strainers

**Remarks**

This vessel offers a tremendous amount of efficiency in its layout as many twin deck motoryachts can do. "MI BARUR" has complete, single level walk arounds, which makes docking and mooring a much easier task to accomplish. The two large sliding glass doors from the salon open to a full 12' beam, totally covered aft deck which effectively expands to another large area.

**Disclaimer**

The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

**EXHIBIT A - 8**

- Service Beyond the Sale
- Boats for Sale
- Meet Our Crew
- Email Us!

# HALLMARK

## YACHT AND SHIP BROKERS

2525 Shelter Island Drive, Suite B, San Diego, CA 92106
Tel (619) 226-2644 • Fax (619) 222-4392



*Click on image to enlarge*

**74' Defever Motoryacht**

- Year: 1993
- **Current Price: US$ 950,000**
- Located in San Diego, CA
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Diesel
- YW# 20704-1208684

Send Email | Finance It | Insure It | Ship It

**Additional Specs, Equipment and Information:**

**Builder/Designer**
Builder: Defever

**Dimensions**

| | | |
|---|---|---|
| LOA: 74' | LWL: 64' | Beam: 17'8" |
| Draft: 5'6" | | |

**Engines**

| | | |
|---|---|---|
| Engine(s): Detroit Diesel | Engine(s) HP: 565 | Engine Model: 6V92DDEC |
| Cruising Speed: 11 | Max Speed: 15 | |

**Tankage**

| | | |
|---|---|---|
| Fuel: 1500 - Aluminum | Water: 434 - Stainless | Holding: Yes |

EXHIBIT A - 8
71





EXHIBIT C 0180



Salon Forward



Pilothouse



Master Stateroom



Flybridge Aft



**Galley**

- Galley Up
- Refrigerator w/Freezer
- Deep Freeze
- 4 Burner Electric Stove w/Oven
- Self Cleaning Oven w/Broiler
- Dishwasher
- Garbage Dispo:
- Microwave/Con Oven
- Trashcompacto
- Corian Counter
- Icemaker
- Water Heater
- Pressure Water System

**Electronics/Navigation**

- Trimble Loran w/Autopilot Interface
- (2) Robertson Autopilots
- (3) Compasses
- Rudder Angle Indicator
- Trimble NavGraphics GPS/Loran
- Trimble Navigation Chandrive
- Furuno DFAX Weather Fax
- Depth Sounder
- Loud Hailer
- DDEC Monitoring Controls
- Anritsu RA-720 96 Mile Radar
- Anritsu 48 Mile Radar
- Kenwood SSB Radio
- Kenwood VHF Radio
- Intercom
- B&G Windspeed Indicator
- AM/FM Cassette Stereo

**Electrical**

- 12V/24V DC & 110V/220V AC Electrical System
- Northern Lights
- (9) Batteries w/Parallel Switch
- 40 Amp Battery Charger
- Dockside

EXHIBIT A - 8
72



9/29/04 11:58 AM

EXHIBIT C 0181

Photo 6

- 20kW Generator
- Electrical Cables

## Deck/Hull

- Bruce #125 Anchor
- (2) Anchors
- Anchor Davit
- Bow Pulpit w/Rails
- Mooring Covers
- Flybridge Curtains
- Coast Guard Safety Package
- FRP Deck
- Fresh & Saltwater Washdown System
- Electric Dinghy Davits
- 5 Person 13' Novurania Dinghy w/28 HP
- Maxwell 3500 Electric, Windlass
- Fenders & Lines
- Life Jackets/Rings
- Navigation Lights
- Electric Controlled Search Light
- Swim Platform
- Swim Ladder
- Windshield Wipers

## Mechanical/ Engine Equipment

- Cruisair SMX Reverse Cycle Air Conditioning
- Naiad 5' Stabilizers
- Automatic & Manual Halon Fire Extinguishing System
- 1200 Gallon/Day Watermaker
- Hydraulic Wheel Steering
- (6) Automatic & Manual Bilge Pumps
- Electric Holding Tank Head
- Freshwater Cooling System
- Fuel Filters
- Lube Oil Transfer System
- Engine Synchronizers
- Engine Alarm & Emergency Stop
- Engine Fuel Shut Off Valve
- Raw Water Sea Strainers

## Remarks

This vessel offers a tremendous amount of efficiency in its layout as many twin deck motoryachts can do. "MI BARUR" has complete, single level walk arounds, which makes docking and mooring a much easier task to accomplish. The two large sliding glass doors from the salon open to a full 12' beam, totally covered aft deck which effectively expands to another large area.

EXHIBIT A - 8

73

**Disclaimer**

The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

*Last Revised: Sep 10, 2004*

Contact Hallmark Yacht and Ship Brokers.

2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com

**Hallmark Yacht and Ship Brokers**

2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com

http://yachtworld.com/hallmark

YACHTWORLD.com

**HALLMARK**
Yacht & Ship Brokers
2525 Shelter Island Drive, Suite B
San Diego, CA 92106
(619) 226-2644 Phone
(619) 222-4392 Fax
hallmarkyachts@aol.com

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | GEORGE CALCOTE | Fax: | 562-637-3122 |
| From: | Michael S. Hallmark | Date: | March 25, 2004 |
| Re: | DEFEVER | Pages: | 2 |
| CC: | | | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**MIKE 619-246-6676**

Reduced to
$1,199,000

EXHIBIT A - 8
75

EXHIBIT C 0184

# HALLMARK

## YACHT AND SHIP BROKERS

2525 Shelter Island Drive, Suite B, San Diego, CA 92106
Tel (619) 226-2644 • Fax (619) 222-4392
http://yachtworld.com/hallmark

2525 Shelter Island Drive, Suite B
San Diego, CA 92106, USA

Tel (619) 226-2644
Fax (619) 222-4392
Email HallmarkYachts@aol.com

| | Length | Boats | Year | Current US$ | Codes | Location |
|---|---|---|---|---|---|---|
| ☆📷 | 87' | Defever/Sharp | 1989 | 990,000 | P U T D FG | Marina del Rey, CA |
| ☆📷 | 78' | Defever | 1988 | 950,000 | P U T D FG | Miami Beach, FL |
| ☆📷 | 74' | Defever Motoryacht | 1993 | 1,400,000 | P U T D FG | San Diego, CA |
| ☆📷 | 72' | Defever Flushdeck Pilothouse | 1986 | 1,295,000 | P U T D FG | Ft Lauderdale, FL |
| 📷 | 71' | Defever Flush Deck Cockpit Motor Yacht | 1998 | 1,395,000 | P U T D FG | Cruising Bahamas, Bahamas |
| ☆📷 | 68' | Defever Custom Cockpit MY/POC Walkaround | 1990 | 649,000 | P U T D FG | Daytona Beach, FL |
| ☆📷 | 65' | Defever LRC Trawler | 1967 | 695,000 | P U T D ST | Seattle, WA |
| ☆📷 | 60' | Defever Cockpit Motoryacht | 1991 | 625,000 | P U T D FG | Long Beach, CA |
| ☆📷 | 60' | Defever DF 53+7 | 1987 | 585,000 | P U T D FG | Annapolis, MD |
| ☆📷 | 60' | Defever Intercontinental | 1989 | 525,000 | P U T D FG | Fort Lauderdale, FL |
| 📷 | 60' | Defever Intercontinental Motor Yacht | 1990 | 595,000 | P U T D FG | Sale Pending |
| ☆📷 | 60' | Defever Motoryacht | 1980 | 379,000 | P U T D FG | Bermuda, Bermuda |
| ☆📷 | 60' | Defever Designed Enterprise | 1982 | 495,000 | P U T D FG | Channel Islands, CA |
| ☆📷 | 60' | Defever/Sharp | 1991 | 695,000 | P U T D FG | Marina del Rey, CA |
| ☆📷 | 59' | Defever LRC with Cockpit | 1983 | 379,000 | P U T D FG | Sale Pending |
| ☆📷 | 57' | De Fever Motor Yacht | 1982 | 670,697 | P U T D FG | Sale Pending |
| 📷 | 57' | Defever POC Cockpit Motor Yacht | 1989 | 615,000 | P U T D CP | Sale Pending |
| ☆📷 | 55' | Defever Trawler | 1994 | 430,000 | P U S D ST | LA, USA |
| ☆📷 | 55' | Defever Wide body twin deck | 1992 | 445,000 | P U T D FG | Richmond, BC |
| 📷 | 53' | De Fever 53 | 1989 | 550,755 | P U T D FG | Contact Coastal Leisure, Spain |
| ☆📷 | 53' | Defever 53 POC | 1986 | 495,000 | P U T D FG | Savannah, FL |
| ☆📷 | 53' | Defever 53 POC | 1986 | 445,000 | P U T D FG | Boca Grande, USA |
| ☆📷 | 53' | Defever Flybridge | 1988 | 449,000 | P U T D FG | Fort Lauderdale, FL |
| 📷 | 53' | Defever High Performance | 1989 | 550,755 | P U S D FG | Palma de Mallorca, Spain |
| 📷 | 53' | Defever Model-1988 | 1987 | 479,000 | P U T D FG | Sale Pending |
| ☆ | 53' | Defever P.O.C. | 1988 | 449,000 | P U T D FG | Jupiter, FL |
| ☆📷 | 53' | Defever Pilothouse | 1999 | 750,000 | P U T D FG | Seattle, WA |

EXHIBIT A - 8



EXHIBIT C 0185

MARINER'S GENERAL

COPY

MARINE COVERNOTE #5170

INSURANCE GROUP

pending issuance of the Standard Marine Insurance Policy of the

Zurich Insurance Company
(NAME OF INSURANCE COMPANY)

Named Insured: George Calote

Whose Address Is: 13337 E. South Street, #237, Cerritos, CA 90703

Loss Payee, if any: Named Insured or Their Order

Description of Vessel: 1993 (Year) 74' (Length) DeFever M/Y (Type) DGB70008A393 CF 4675 SS (HIN) Mi Barur (Name)

Coverage to be Effective on: September 23, 2003 (Month) (Day) (Year) 12: 01 AM (Hour) for 30 days

Vessel Insured for: One Million Four Hundred Thousand and no/100-----------------------------------

**Conditions of Insurance**

| | |
|---|---|
| Amount of Insurance-Hull & Machinery: | $1,400,000.00 |
| Deductible: | $ 28,000.00 |
| Limits of Protection & Indemnity: | $1,000,000.00 |
| Limits of Medical Payments Coverage: | $ 25,000.00 |

Navigational Limits: Pacific coastal waters not north of Pt. Conception, CA nor south of Rio Santo Tomas, Mexico not more than 200 miles offshore.

Special Conditions: WARRANTED PRIVATE PLEASURE USE ONLY.

| | |
|---|---|
| Uninsured Boater (Bodily Injury Only) | $1,000,000.00 Electronic's deductible $500 (Theft Only) |
| Oil Spill Liability | $1,000,000.00 Coverage included for 1 paid captain |
| Personal Effects | $ 15,000.00/$100.00 deductible |
| Towing | $ 1,500.00 |

Coverage also included for a one way voyage from La Paz, Mexico leaving on or about September 25, 2003 headed for San Diego.

BINDER ISSUED PENDING ORIGINAL POLICY TERMS AND CONDITIONS.

Annual Premium: $8,311 -

The obligations of the parties are according to the terms of the policy in ordinary use by the Company. This binder to continue in force until replaced by a regular policy, but in no event for a period longer than 30 days from the effective hour of commencement in this binder and the policy subsequently issued, that the time set forth herein shall govern and shall supersede and commencement provisions contained in such policy

BY [signature]

EXHIBIT A - 9

*Formerly Hall & Malone Marine Insurance*

2390 SHELTER ISLAND DRIVE, SUITE 216 • SAN DIEGO, CALIFORNIA 92106 • (619) 226-8661 • Fax (619) 226-6410 • Lic.#0[illegible]157

EXHIBIT C 0186

**HALLMARK YACHTS INC.**
dba HALLMARK YACHT & SHIP BROKERS
2525 Shelter Island Drive, Suite B
San Diego, California 92106
Phone: (619) 226-2644
Fax: (619) 222-4892
hallmarkyachts@aol.com
www.hallmarkyachts.com

# CENTRAL/EXCLUSIVE LISTING AGREEMENT

*CALIFORNIA YACHT BROKERS ASSOCIATION FORM*

**THIS AGREEMENT** is made by and between the broker identified above ("Broker") and:

SELLER(S) AGUAZUL INC. - AGUSTIN RODRIGUEZ
ADDRESS 3511 SILVERSIDE ROAD #105 CITY WILLMINGTON ST DE ZIP 19810
Phone (W): ____ Phone (H): 555 5707678
Phone (C): ____ Facsimile: ____
E-mail: agustin@intercap.com.mx Citizenship: United States of America
(hereinafter "Seller")

1. **Exclusive Right to Sell.** Seller hereby employs and grants Broker the exclusive and irrevocable right to sell, trade, exchange, or lease-option all right, title and interest in and to the following vessel, together with all of its gear, machinery, equipment, furnishings, boats, dinghys, trailers, appurtenances and other articles (except personal effects), aboard and ashore, including, without limitation, all items set forth in any specifications, list or inventory attached hereto (collectively, the "Vessel"), subject to the terms and conditions of this Central/Exclusive Listing Agreement (hereinafter, this "Agreement"):

Name of Vessel: AGUAZUL Hull ID Number: DGB70008A393
Year: 1993 Make, Type, and Length: 70'
Registration No. or Official No. 993773 Flag or Reg. State: USA
Home Port (Documented Vessel): NVDC Hailing Port: WILMINGTON, DE
Dinghy: ____ Trailer: N/A

Seller covenants, represents, and warrants that there are no brokerage agreements in effect relating to the Vessel other than this Agreement, that Seller will make no other brokerage agreements during the Listing Period, and that this Agreement is intended to supercede, replace and revoke any other brokerage agreements relating to the Vessel. Seller shall take whatever action is necessary to ensure that any other brokerage agreements are terminated and of no effect.

2. **Listing Period.** Broker's exclusive right to sell, exchange, trade or lease-option the Vessel shall commence on Feb 8, 2006 and end at 11:59 p.m. on Aug 8, 2006 (the "Listing Period"), unless extended by written authorization.

3. **Price.** The gross asking price for the Vessel shall be: US$ 1 100.000.00 (____ United States Dollars), and no other price shall be quoted without authorization from Seller.

4. **Compensation to Broker.** Seller shall pay Broker as compensation for services (irrespective of agency relationships) a commission of ten percent ( 10 %) of the initial gross asking price, or, if a purchase agreement is entered into, of the Vessel purchase price, or a commission in the amount stated in Paragraph 24 below. The commission shall be due and payable if, during the Listing Period, a buyer appears who is ready, willing and able to purchase, trade, exchange, or lease-option the Vessel on terms agreeable to Seller, irrespective of whether Broker, any cooperating broker, Seller or anyone else produced the buyer. The commission also shall be due and payable if, within one (1) year after expiration of the Listing Period, the Vessel is sold, traded, exchanged, or

Seller's Initials: ____ ____

Copyright © 2005 California Yacht Brokers Association and Thomas A. Russell

CYBA



EXHIBIT A - 9
78

EXHIBIT C 0187

# Register Report

12/13/99 Through 12/4/03



12/4/03

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| | | | BALANCE 12/12/99 | | | | 0.00 |
| 9/3/03 | ARSENI... | | Opening Balance | FUNDS FOR BOAT | [ARSENIO FARELL] | | 100,000.00 |
| 9/8/03 | ARSENI... | 5376 | Driscoll Inc. | HAUL OUT FOR SU... | Yard Work | | -1,288.00 |
| 9/9/03 | ARSENI... | 5380 | Marvin Henderson | | Survey | | -1,104.00 |
| 9/11/... | ARSENI... | 5381 | Jay's Marine Diesel Service | | Engine Survey | | -240.00 |
| 9/15/... | ARSENI... | DEP | Arsenio Farell | | Funds For Boat | | 1,000,000.00 |
| 9/16/... | ARSENI... | 5382 | Christopher Yachts | PARTS FOR JORGE... | Boat Repair | | -767.00 |
| 9/16/... | ARSENI... | | Hallmark Yacht Trust Acc... | 92' Hatteras SIMON | Purchase Price | | -900,000.00 |
| 9/17/... | ARSENI... | Cash | Costco | (2) Televisions | Supplies, Bus | | -435.28 |
| 9/17/... | ARSENI... | | Smith & Barney | Return to Sr. Farell | | | -100,000.00 |
| 9/18/... | ARSENI... | CC | Postal Annex | Comforters to Mexico | Postage and Delivery | | -236.59 |
| 9/19/... | ARSENI... | 5075 | Andres Dominguez | | Maintenance | | -2,158.00 |
| 9/19/... | ARSENI... | CC | Postal Annex | Varnished Wood to M... | Postage and Delivery | | -43.26 |
| 9/19/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -1,361.73 |
| 9/22/... | ARSENI... | 5384 | Baja Canvas | | Deposit On Work | | -12,715.00 |
| 9/23/... | ARSENI... | | Postal Annex | Sent Loan Pay Off C... | Postage and Delivery | | -20.52 |
| 9/25/... | ARSENI... | 5388 | Steven | Wallpaper (Deposit) | Boat Repair | | -3,500.00 |
| 9/25/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -84.13 |
| 9/25/... | ARSENI... | 5079 | Andres Dominguez | | Maintenance | | -2,840.00 |
| 9/26/... | ARSENI... | | Karl Richardson | | Boat Repair | | -95.61 |
| 9/29/... | ARSENI... | | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,315.67 |
| 9/29/... | ARSENI... | 5081 | Andres Dominguez | | Maintenance | | -147.00 |
| 9/30/... | ARSENI... | CC | Central Wholesale Applian... | (2) Refrigerators | Supplies, Bus | | -2,256.29 |
| 9/30/... | ARSENI... | 5084 | Karl Richardson | | Boat Repair | | -1,624.40 |
| 9/30/... | ARSENI... | 5085 | Omega Diving Service | Dive Service | Dive Service | | -120.00 |
| 10/1/... | ARSENI... | | Macy's | Furniture | Supplies, Bus | | -7,470.26 |
| 10/2/... | ARSENI... | | CIM | Cabrillo Island Marina | Slip Rent | | -1,987.89 |
| 10/3/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -220.89 |
| 10/4/... | ARSENI... | 5087/5... | Andre Dominguez | | Maintenance | | -3,243.00 |
| 10/5/... | ARSENI... | CC | Expo Design Center | Blinds | Supplies, Bus | | -4,596.89 |
| 10/5/... | ARSENI... | CC | Ridout Plastics | Acrylic | Supplies, Bus | | -896.12 |
| 10/6/... | ARSENI... | | Expo Design Center | Faucets | Supplies, Bus | | -950.32 |
| 10/6/... | ARSENI... | 5397 | Karl Richardson | | Boat Repair | | -1,841.69 |
| 10/6/... | ARSENI... | | Rello Ramero | Airline Ticket, Etc. | Expenses | | -400.00 |
| 10/6/... | ARSENI... | | John Vincent | Ensenada to San Die... | Captain Services | | -335.00 |
| 10/7/... | ARSENI... | 5398 | Andre Dominguez | | Maintenance | | -1,000.00 |
| 10/9/... | ARSENI... | CC | Sears | | | | -323.23 |
| 10/1... | ARSENI... | 5093 (M) | Andre Dominguez | | Maintenance | | -2,703.00 |
| 10/1... | ARSENI... | 5400 | Andre Dominguez | | Maintenance | | -200.00 |
| 10/1... | ARSENI... | 5401 | Rello Ramero | | Expenses | | -200.00 |
| 10/1... | ARSENI... | 5404 | Karl Richardson | | Boat Repair | | -3,094.48 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | Parts for Karl | Supplies, Bus | | -38.42 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | Parts for Karl | Supplies, Bus | | -141.96 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -23.07 |
| 10/1... | ARSENI... | 5405 | Andres Dominguez | | Maintenance | | -2,182.68 |
| 10/1... | ARSENI... | 5406 | Andres Dominguez | | Maintenance | | -600.00 |
| 10/2... | ARSENI... | CC | Barbeques Galore | Barbeque | | | -860.32 |
| 10/2... | ARSENI... | CC | Circuit City | CD Player | Electronics | | -150.84 |
| 10/2... | ARSENI... | CC | Best Buy | | Supplies, Bus | | -3,084.68 |
| 10/2... | ARSENI... | 5407 | Sanchez Carpet | Deposit on Carpet | Mi Barur | | -3,540.00 |
| 10/2... | ARSENI... | 5409 | Hugo Garcia | | Mi Barur | | -1,100.00 |
| 10/2... | ARSENI... | 5410 | Karl Richardson | | Mi Barur | | -1,070.51 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -6.11 |
| 10/2... | ARSENI... | 5408 | J.A.G. Yacht Painting | | Mi Barur | | -2,000.00 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -49.23 |
| 10/2... | ARSENI... | CC | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,289.29 |
| 10/2... | ARSENI... | CC | Circuit City | | Electronics | | -391.06 |
| 10/2... | ARSENI... | 5101 | Andre Dominguez | | Maintenance | | -2,855.00 |
| 10/2... | ARSENI... | 5102 | Luis Manuel Rello Romero | | Maintenance | | -400.00 |
| 10/2... | ARSENI... | | Andre Pasquali | Waxing/Detail | Maintenance | | -375.00 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -90.42 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -11.64 |

**EXHIBIT A - 10**

79

# Register Report

12/13/99 Through 12/4/03

12/4/03



| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 10/2... | ARSENI... | 5108 | Paul S. Trusso | Lawyer | Documentation | | -2,500.00 |
| 10/2... | ARSENI... | 5109 | Omega Diving Service | Dive Service | Dive Service | | -460.00 |
| 10/2... | ARSENI... | 5107 | Baja Canvas | | Mi Barur | | -11,525.00 |
| 10/2... | ARSENI... | 5105 | J.A.G. Yacht Painting | | Mi Barur | | -250.00 |
| 10/2... | ARSENI... | 5104 | San Diego Light Bulb & Fi... | Deposit on Lights | | | -1,000.00 |
| 10/2... | ARSENI... | 5103 | Steven Green | | | | -1,513.99 |
| 10/2... | ARSENI... | 5110 | Point Loma Sign | Signs for Boats | Boat Repair | | -1,245.00 |
| 10/3... | ARSENI... | | Postal Annex | | Postage and Delivery | | -6.45 |
| 10/3... | ARSENI... | DEP | Best Buy | Returned TV/DVD | Electronics | | 495.61 |
| 10/3... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -52.45 |
| 10/3... | ARSENI... | 5115 | Karl Richardson | | Mi Barur | | -1,434.57 |
| 10/3... | ARSENI... | 5411 | Andre Dominguez | | Maintenance | | -3,658.00 |
| 10/3... | ARSENI... | | Best Buy | Flat Screen TVs | Electronics | | -829.64 |
| 10/3... | ARSENI... | | *Distribuidora Gemini S.A. ...* | Television | Electronics | | -189.00 |
| 10/3... | ARSENI... | | Tiendas Comercial Mexica... | | Electronics | | -286.00 |
| 10/3... | ARSENI... | CC | Village Marine | Watermaker | | | -7,257.75 |
| 10/3... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -137.04 |
| 10/3... | ARSENI... | CC | Postal Annex | | Postage and Delivery | | -134.34 |
| 11/3/... | ARSENI... | 5413 | Luis Manuel Rello Romero | | Maintenance | | -600.00 |
| 11/3/... | ARSENI... | | Dona Jenkins | Paperwork | Documentation | | -282.00 |
| 11/3/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -5.64 |
| 11/3/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -57.95 |
| 11/4/... | ARSENI... | DEP | Expo Design Center | Blind Order Cancelled | Reimbursement | | 4,596.89 |
| 11/4/... | ARSENI... | 5415 | Andre Dominguez | | Maintenance | | -400.00 |
| 11/4/... | ARSENI... | 5414 | Elidio Mario Cisneros | | | | -200.00 |
| 11/4/... | ARSENI... | 5416 | Jay's Marine Diesel Service | Engine Maintenance | | | -2,212.28 |
| 11/4/... | ARSENI... | CC | All Star Glass | Glass for Door | Home Repair | | -213.92 |
| 11/4/... | ARSENI... | Cash | San Diego Light Bulb & Fi... | | | | -920.11 |
| 11/4/... | ARSENI... | 5419 | Jason Triska | Measure for Blinds | | | -40.00 |
| 11/4/... | ARSENI... | 5418 | Plex Products | Flybridge Door | Mi Barur | | -1,395.37 |
| 11/4/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -83.34 |
| 11/5/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -14.53 |
| 11/6/... | ARSENI... | CC | 3 Day Blinds | Blinds | Supplies, Bus | | -1,453.79 |
| 11/6/... | ARSENI... | CC | 3 Day Blinds | Blinds | Supplies, Bus | | -64.65 |
| 11/6/... | ARSENI... | CC | Fry's Electronics | | Electronics | | -889.55 |
| 11/6/... | ARSENI... | | Expo Design Center | Light Bulbs | Supplies, Bus | | -8.37 |
| 11/6/... | ARSENI... | CC | Best Buy | | Electronics | | -140.06 |
| 11/6/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -16.43 |
| 11/6/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -211.47 |
| 11/7/... | ARSENI... | 5421 | Andre Dominguez | | Mi Barur | | -4,572.00 |
| 11/7/... | ARSENI... | | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,363.76 |
| 11/7/... | ARSENI... | | San Diego Marine Exchange | Barbque parts | Supplies, Bus | | -131.34 |
| 11/7/... | ARSENI... | CC | The Home Depot | | Supplies, Bus | | -140.02 |
| 11/7/... | ARSENI... | CC | Best Buy | | Electronics | | -203.64 |
| 11/7/... | ARSENI... | 5420 | Karl Richardson | | Mi Barur | | -1,470.06 |
| 11/7/... | ARSENI... | CC | San Diego Hardware Com... | | Supplies, Bus | | -555.86 |
| 11/7/... | ARSENI... | 5422 | Steve Green | | | | -1,814.32 |
| 11/7/... | ARSENI... | 5423 | Daily Marine | Watermaker | Mi Barur | | -617.22 |
| 11/7/... | ARSENI... | CC | San Diego Hardware Com... | | Supplies, Bus | | -70.01 |
| 11/1... | ARSENI... | 5424 | Keith Wolcott | Watermaker | Mi Barur | | -3,209.46 |
| 11/1... | ARSENI... | 5427 | Yacht Docktor | Countertops | Mi Barur | | -3,800.00 |
| 11/1... | ARSENI... | 5426 | Mario Cisneros | Food | Mi Barur | | -200.00 |
| 11/1... | ARSENI... | 5425 | Benchmark | Deposit on Metal Work | Mi Barur | | -1,000.00 |
| 11/1... | ARSENI... | CC | Circuit City | | Electronics | | -32.31 |
| 11/1... | ARSENI... | CC | Port Supply | Speaker | Supplies, Bus | | -32.33 |
| 11/1... | ARSENI... | DEP | San Diego Marine Exchange | Returned Parts | Reimbursement | | 35.08 |
| 11/1... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -48.14 |
| 11/1... | ARSENI... | 5428 | Al Melone Custom Covers | Covers/Canvas | Supplies, Bus | | -8,055.00 |
| 11/1... | ARSENI... | Cash/5... | Jayson Triska | Blind Installation | Boat Repair | | -280.00 |
| 11/1... | ARSENI... | CC | Pacific Marine Supply | Liferafts Serviced | Supplies, Bus | | -1,158.56 |
| 11/1... | ARSENI... | 5429 | Yacht Docktor | Andres for Jorge | JORGE CASTRO | | -618.00 |
| 11/1... | ARSENI... | 5430 | Point Loma Sign | Signs for Boats | Mi Barur | | -225.00 |
| 11/1... | ARSENI... | CC | Central Wholesale | Trash Compactor | Mi Barur | | -453.36 |
| 11/1... | ARSENI... | CC | Valley Detroit Diesel | Pulley | Mi Barur | | -196.47 |

**EXHIBIT A - 10**

**80**

# Register Report

12/13/99 Through 12/4/03

12/4/03



| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 11/1... | ARSENI... | 5124 | Andres Dominguez | | Mi Barur | | -6,105.58 |
| 11/1... | ARSENI... | 5123 | Humberto Collins | | Mi Barur | | -876.00 |
| 11/1... | ARSENI... | 5126 | Karl Richardson | | Mi Barur | | -619.51 |
| 11/1... | ARSENI... | CC | Boat Depot | Achilles Skiff | | | -3,717.38 |
| 11/1... | ARSENI... | 5125 | Luis Manuel Rello Romero | | | | -350.00 |
| 11/1... | ARSENI... | 5140 | JDJ Business Group | Refinish Sinks | | | -450.00 |
| 11/1... | ARSENI... | 5127 | Sanchez Carpet | Carpet | | | -4,100.00 |
| 11/1... | ARSENI... | | Galaxy Electronics | | | | -144.00 |
| 11/1... | ARSENI... | 5138 | Yacht Docktor | Work order by Andres | Mi Barur | | -109.00 |
| 11/1... | ARSENI... | CC | Liberty Motorsports | Sea Doo | | | -7,465.48 |
| 11/1... | ARSENI... | CC | San Diego Hardware | | Supplies, Bus | | -32.33 |
| 11/1... | ARSENI... | 5128 | Andres Dominguez | Jorge Castro | | | -2,000.00 |
| 11/2... | ARSENI... | | Fuel (Yuma, Arizona To S... | Sea Doo Delivery | | | -50.00 |
| 11/2... | ARSENI... | CC | Shelter Island Boat Yard | | Slip Rent | | -6,713.13 |
| 11/2... | ARSENI... | 5133 | Benchmark | | Mi Barur | | -1,853.25 |
| 11/2... | ARSENI... | CC | Fun Bike Center | Kit-Lift | | | -266.65 |
| 11/2... | ARSENI... | 5132 | Plex Products | | Mi Barur | | -1,718.62 |
| 11/2... | ARSENI... | 5131 | Andres Dominguez | | Mi Barur | | -4,473.00 |
| 11/2... | ARSENI... | 5129 | Mario Cisneros | | Mi Barur | | -200.00 |
| 11/2... | ARSENI... | CC | The Home Depot | Light Bulbs | Supplies, Bus | | -355.22 |
| 11/2... | ARSENI... | 5137 | J.A.G. Yacht Painting | | | | -15,000.00 |
| 11/2... | ARSENI... | 5139 | Fed Ex | | Postage and Delivery | | -55.41 |
| 11/2... | ARSENI... | 5141 | Andres Dominguez | | | | -1,000.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -15,680.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -3,440.00 |
| 11/2... | ARSENI... | | Admiralty Marine Corporate | Parts for Keith | | | -653.18 |
| 11/2... | ARSENI... | | Keith Wolcott | | Mi Barur | | -3,622.32 |
| 11/2... | ARSENI... | 5149 | Steven Green | | Mi Barur | | -3,312.63 |
| 11/2... | ARSENI... | 5142 | Al Melone Custom Covers | | Mi Barur | | -2,989.37 |
| 11/2... | ARSENI... | CC | CME | Electronics & Installat... | | | -33,037.00 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -587.67 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -888.64 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -2,614.93 |
| 11/2... | ARSENI... | 5144 | Baja Canvas | | | | -680.00 |
| 11/2... | ARSENI... | CC | Driscoll - Mission Bay | | Yard Work | | -5,469.34 |
| 11/2... | ARSENI... | 5145 | Andres Dominguez | | | | -1,817.00 |
| 11/2... | ARSENI... | Cash | John Gumb | Bow Thruster | Boat Repair | | -225.00 |
| 11/2... | ARSENI... | DEP | Arsenio Farell | | Funds For Boat | | 200,000.00 |
| 11/2... | ARSENI... | CC | Home Depot | | Supplies, Bus | | -250.48 |
| 11/2... | ARSENI... | CC | Sears | | | | -43.09 |
| 11/2... | ARSENI... | CC | Sears | | | | -430.85 |
| 11/2... | ARSENI... | CC | Target | | Supplies, Bus | | -362.24 |
| 11/2... | ARSENI... | Cash | Costco | | | | -253.86 |
| 11/3... | ARSENI... | 5147 | Steven Green | | Mi Barur | | -744.22 |
| 11/3... | ARSENI... | CC | Big 5 | Foul Weather Gear | Clothing | | -91.54 |
| 11/3... | ARSENI... | Cash | Costco | | | | -297.36 |
| 11/3... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -30.22 |
| 11/3... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -1,239.94 |
| 11/3... | ARSENI... | Credit | San Diego Marine Exchange | Return Foul Weather ... | Supplies, Bus | | 452.55 |
| 11/3... | ARSENI... | | Admiralty Marine Corporate | Already Paid Admiralty | | | 653.18 |
| 11/3... | ARSENI... | | San Diego Marine Exchange | Steve Wilcott's | Supplies, Bus | | -196.59 |
| 12/1/... | ARSENI... | CC | Fuel Dock | | | | -8,516.80 |
| 12/1/... | ARSENI... | 5150 | Fleming Marine | Air Conditioning Servi... | Boat Repair | | -550.17 |
| 12/1/... | ARSENI... | | Keith Wolcott | | Mi Barur | | -505.00 |
| 12/1/... | ARSENI... | CC | Vons | | | | -191.79 |
| 12/1/... | ARSENI... | Credit | San Diego Marine Exchange | Steve Wilcott's | Supplies, Bus | | -14.02 |
| 12/1/... | ARSENI... | Credit | San Diego Marine Exchange | | Supplies, Bus | | -18.57 |
| 12/1/... | ARSENI... | Credit | San Diego Marine Exchange | Andres | Supplies, Bus | | -66.74 |
| 12/1/... | ARSENI... | Cash | Henry's | Food for Trip | | | -18.17 |
| 12/2/... | ARSENI... | Cash | John Gumb | Stabilizers | Boat Repair | | -200.00 |
| 12/2/... | ARSENI... | CC | Kona Kai Marina | | Slip Rent | | -498.09 |
| 12/2/... | ARSENI... | Cash | Funds For Delivery To Me... | | | | -5,254.70 |
| | | | TOTAL 12/13/99 - 12/4/03 | | | | 0.00 |

**EXHIBIT A - 10**

**81**

EXHIBIT C 0190

# Register Report

12/13/99 Through 11/24/03

11/24/03



| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| | | | BALANCE 12/12/99 | | | | 0.00 |
| 9/3/03 | ARSENI... | | Opening Balance | FUNDS FOR BOAT | [ARSENIO FARELL] | | 100,000.00 |
| 9/8/03 | ARSENI... | 5376 | Driscoll Inc. | HAUL OUT FOR SU... | Yard Work | | -1,288.00 |
| 9/9/03 | ARSENI... | 5380 | Marvin Henderson | | Survey | | -1,104.00 |
| 9/11/... | ARSENI... | 5381 | Jay's Marine Diesel Service | | Engine Survey | | -240.00 |
| 9/15/... | ARSENI... | DEP | Arsenio Farell | | Funds For Boat | | 1,000,000.00 |
| 9/16/... | ARSENI... | 5382 | Christopher Yachts | PARTS FOR JORGE... | Boat Repair | | -767.00 |
| 9/16/... | ARSENI... | | Hallmark Yacht Trust Acc... | 92' Hatteras SIMON | Purchase Price | | -900,000.00 |
| 9/17/... | ARSENI... | Cash | Costco | (2) Televisions | Supplies, Bus | | -435.28 |
| 9/17/... | ARSENI... | | Smith & Barney | Return to Sr. Farell | | | -100,000.00 |
| 9/18/... | ARSENI... | CC | Postal Annex | Comforters to Mexico | Postage and Delivery | | -236.59 |
| 9/19/... | ARSENI... | 5075 | Andres Dominguez | | Maintenance | | -2,158.00 |
| 9/19/... | ARSENI... | CC | Postal Annex | Varnished Wood to M... | Postage and Delivery | | -43.26 |
| 9/19/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -1,361.73 |
| 9/22/... | ARSENI... | 5384 | Baja Canvas | | Deposit On Work | | -12,715.00 |
| 9/23/... | ARSENI... | | Postal Annex | Sent Loan Pay Off C... | Postage and Delivery | | -20.52 |
| 9/25/... | ARSENI... | 5388 | Steven | Wallpaper (Deposit) | Boat Repair | | -3,500.00 |
| 9/25/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -84.13 |
| 9/25/... | ARSENI... | 5079 | Andres Dominguez | | Maintenance | | -2,840.00 |
| 9/26/... | ARSENI... | | Karl Richardson | | Boat Repair | | -95.61 |
| 9/29/... | ARSENI... | | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,315.67 |
| 9/29/... | ARSENI... | 5081 | Andres Dominguez | | Maintenance | | -147.00 |
| 9/30/... | ARSENI... | CC | Central Wholesale Applian... | (2) Refrigerators | Supplies, Bus | | -2,256.29 |
| 9/30/... | ARSENI... | 5084 | Karl Richardson | | Boat Repair | | -1,624.40 |
| 9/30/... | ARSENI... | 5085 | Omega Diving Service | Dive Service | Dive Service | | -120.00 |
| 10/1/... | ARSENI... | | Macy's | Furniture | Supplies, Bus | | -7,470.26 |
| 10/2/... | ARSENI... | | CIM | Cabrillo Island Marina | Slip Rent | | -1,987.89 |
| 10/3/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -220.89 |
| 10/4/... | ARSENI... | 5087/5... | Andre Dominguez | | Maintenance | | -3,243.00 |
| 10/5/... | ARSENI... | CC | Expo Design Center | Blinds | Supplies, Bus | | -4,596.89 |
| 10/5/... | ARSENI... | CC | Ridout Plastics | Acrylic | Supplies, Bus | | -898.12 |
| 10/6/... | ARSENI... | | Expo Design Center | Faucets | Supplies, Bus | | -950.32 |
| 10/6/... | ARSENI... | 5397 | Karl Richardson | | Boat Repair | | -1,841.69 |
| 10/6/... | ARSENI... | | Rello Ramero | Airline Ticket, Etc. | Expenses | | -400.00 |
| 10/6/... | ARSENI... | | John Vincent | Ensenada to San Die... | Captain Services | | -335.00 |
| 10/7/... | ARSENI... | 5398 | Andre Dominguez | | Maintenance | | -1,000.00 |
| 10/9/... | ARSENI... | CC | Sears | | | | -323.23 |
| 10/1... | ARSENI... | 5093 (M) | Andre Dominguez | | Maintenance | | -2,703.00 |
| 10/1... | ARSENI... | 5400 | Andre Dominguez | | Maintenance | | -200.00 |
| 10/1... | ARSENI... | 5401 | Rello Ramero | | Expenses | | -200.00 |
| 10/1... | ARSENI... | 5404 | Karl Richardson | | Boat Repair | | -3,094.48 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | Parts for Karl | Supplies, Bus | | -38.42 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | Parts for Karl | Supplies, Bus | | -141.96 |
| 10/1... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -23.07 |
| 10/1... | ARSENI... | 5405 | Andres Dominguez | | Maintenance | | -2,182.88 |
| 10/1... | ARSENI... | 5406 | Andres Dominguez | | Maintenance | | -600.00 |
| 10/2... | ARSENI... | CC | Barbeques Galore | Barbeque | | | -860.32 |
| 10/2... | ARSENI... | CC | Circuit City | CD Player | Electronics | | -150.84 |
| 10/2... | ARSENI... | CC | Best Buy | | Supplies, Bus | | -3,084.68 |
| 10/2... | ARSENI... | 5407 | Sanchez Carpet | Deposit on Carpet | Mi Barur | | -3,540.00 |
| 10/2... | ARSENI... | 5409 | Hugo Garcia | | Mi Barur | | -1,100.00 |
| 10/2... | ARSENI... | 5410 | Karl Richardson | | Mi Barur | | -1,070.51 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -6.11 |
| 10/2... | ARSENI... | 5408 | J.A.G. Yacht Painting | | Mi Barur | | -2,000.00 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -49.23 |
| 10/2... | ARSENI... | CC | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,289.29 |
| 10/2... | ARSENI... | CC | Circuit City | | Electronics | | -391.06 |
| 10/2... | ARSENI... | 5101 | Andre Dominguez | | Maintenance | | -2,855.00 |
| 10/2... | ARSENI... | 5102 | Luis Manuel Rello Romero | | Maintenance | | -400.00 |
| 10/2... | ARSENI... | | Andre Pasquali | Waxing/Detail | Maintenance | | -375.00 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -90.42 |
| 10/2... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -11.64 |

**EXHIBIT A - 10**

**82**

# Register Report

12/13/99 Through 11/24/03



11/24/03

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 10/2... | ARSENI... | 5108 | Paul S. Trusso | Lawyer | Documentation | | -2,500.00 |
| 10/2... | ARSENI... | 5109 | Omega Diving Service | Dive Service | Dive Service | | -460.00 |
| 10/2... | ARSENI... | 5107 | Baja Canvas | | Mi Barur | | -11,525.00 |
| 10/2... | ARSENI... | 5105 | J.A.G. Yacht Painting | | Mi Barur | | -250.00 |
| 10/2... | ARSENI... | 5104 | San Diego Light Bulb & Fi... | Deposit on Lights | | | -1,000.00 |
| 10/2... | ARSENI... | 5103 | Steven Graen | | | | -1,513.99 |
| 10/2... | ARSENI... | 5110 | Point Loma Sign | Signs for Boats | Boat Repair | | -1,245.00 |
| 10/3... | ARSENI... | | Postal Annex | | Postage and Delivery | | -6.45 |
| 10/3... | ARSENI... | DEP | Best Buy | Returned TV/DVD | Electronics | | 495.61 |
| 10/3... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -52.45 |
| 10/3... | ARSENI... | 5115 | Karl Richardson | | Mi Barur | | -1,434.57 |
| 10/3... | ARSENI... | 5411 | Andre Dominguez | | Maintenance | | -3,658.00 |
| 10/3... | ARSENI... | DEP | Best Buy | Flat Screen TVs | Electronics | | -829.64 |
| 10/3... | ARSENI... | | Distribuidora Gemini S.A. ... | Television | Electronics | | -189.00 |
| 10/3... | ARSENI... | | Tiendas Comercial Mexica... | | Electronics | | -286.00 |
| 10/3... | ARSENI... | CC | Village Marine | Watermaker | | | -7,257.75 |
| 10/3... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -137.04 |
| 11/3/... | ARSENI... | 5413 | Luis Manuel Rello Romero | | Maintenance | | -600.00 |
| 11/3/... | ARSENI... | | Dona Jenkins | Paperwork | Documentation | | -262.00 |
| 11/3/... | ARSENI... | | San Diego Marine Exchange | | Supplies, Bus | | -5.64 |
| 11/3/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -57.95 |
| 11/4/... | ARSENI... | DEP | Expo Design Center | Blind Order Cancelled | Reimbursement | | 4,596.89 |
| 11/4/... | ARSENI... | 5415 | Andre Dominguez | | Maintenance | | -400.00 |
| 11/4/... | ARSENI... | 5414 | Elidio Mario Cisneros | | | | -200.00 |
| 11/4/... | ARSENI... | 5416 | Jay's Marine Diesel Service | Engine Maintenance | | | -2,212.28 |
| 11/4/... | ARSENI... | CC | All Star Glass | Glass for Door | Home Repair | | -213.92 |
| 11/4/... | ARSENI... | Cash | San Diego Light Bulb & Fi... | | | | -920.11 |
| 11/4/... | ARSENI... | 5419 | Jason Triska | Measure for Blinds | | | -40.00 |
| 11/4/... | ARSENI... | 5418 | Plex Products | Flybridge Door | Mi Barur | | -1,395.37 |
| 11/4/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -83.34 |
| 11/5/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -14.53 |
| 11/6/... | ARSENI... | CC | 3 Day Blinds | Blinds | Supplies, Bus | | -1,453.79 |
| 11/6/... | ARSENI... | CC | 3 Day Blinds | Blinds | Supplies, Bus | | -64.65 |
| 11/6/... | ARSENI... | CC | Fry's Electronics | | Electronics | | -689.55 |
| 11/6/... | ARSENI... | | Expo Design Center | Light Bulbs | Supplies, Bus | | -6.37 |
| 11/6/... | ARSENI... | CC | Best Buy | | Electronics | | -140.06 |
| 11/6/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -16.43 |
| 11/6/... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -211.47 |
| 11/7/... | ARSENI... | 5421 | Andre Dominguez | | Mi Barur | | -4,572.00 |
| 11/7/... | ARSENI... | | San Diego Marine Exchange | Supplies for Andres | Supplies, Bus | | -1,363.76 |
| 11/7/... | ARSENI... | | San Diego Marine Exchange | Barbque parts | Supplies, Bus | | -131.34 |
| 11/7/... | ARSENI... | CC | The Home Depot | | Supplies, Bus | | -140.02 |
| 11/7/... | ARSENI... | CC | Best Buy | | Electronics | | -203.64 |
| 11/7/... | ARSENI... | 5420 | Karl Richardson | | Mi Barur | | -1,470.06 |
| 11/7/... | ARSENI... | CC | San Diego Hardware Com... | | Supplies, Bus | | -555.88 |
| 11/7/... | ARSENI... | 5422 | Steve Green | | | | -1,814.32 |
| 11/7/... | ARSENI... | 5423 | Daily Marine | Watermaker | Mi Barur | | -617.22 |
| 11/7/... | ARSENI... | CC | San Diego Hardware Com... | | Supplies, Bus | | -70.01 |
| 11/1... | ARSENI... | 5424 | Keith Wolcott | Watermaker | Mi Barur | | -3,209.46 |
| 11/1... | ARSENI... | 5427 | Yacht Docktor | Countertops | Mi Barur | | -3,800.00 |
| 11/1... | ARSENI... | 5426 | Mario Cisneros | Food | Mi Barur | | -200.00 |
| 11/1... | ARSENI... | 5425 | Benchmark | Deposit on Metal Work | Mi Barur | | -1,000.00 |
| 11/1... | ARSENI... | CC | Circuit City | | Electronics | | -32.31 |
| 11/1... | ARSENI... | CC | Port Supply | Speaker | Supplies, Bus | | -32.33 |
| 11/1... | ARSENI... | DEP | San Diego Marine Exchange | Returned Parts | Reimbursement | | 35.08 |
| 11/1... | ARSENI... | | San Diego Marine Exchange | Parts for Watermaker | Supplies, Bus | | -48.14 |
| 11/1... | ARSENI... | 5428 | Al Malone Custom Covers | Covers/Canvas | Supplies, Bus | | -8,055.00 |
| 11/1... | ARSENI... | Cash/5... | Jayson | Blind Installation | Boat Repair | | -260.00 |
| 11/1... | ARSENI... | CC | Pacific Marine Supply | Liferafts Serviced | Supplies, Bus | | -1,158.56 |
| 11/1... | ARSENI... | 5429 | Yacht Docktor | Andres for Jorge | JORGE CASTRO | | -618.00 |
| 11/1... | ARSENI... | 5430 | Point Loma Sign | Signs for Boats | Mi Barur | | -225.00 |
| 11/1... | ARSENI... | CC | Central Wholesale | Trash Compactor | Mi Barur | | -453.36 |
| 11/1... | ARSENI... | CC | Valley Detroit Diesel | Pulley | Mi Barur | | -196.47 |
| 11/1... | ARSENI... | 5124 | Andres Dominguez | | Mi Barur | | -6,105.58 |

**EXHIBIT A - 10**

83

# Register Report

12/13/99 Through 11/26/03

11/25/03



| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 11/1... | ARSENI... | 5124 | Andres Dominguez | | Mi Barur | | -6,105.58 |
| 11/1... | ARSENI... | 5123 | Humberto Collins | | Mi Barur | | -876.00 |
| 11/1... | ARSENI... | 5126 | Kari Richardson | | Mi Barur | | -619.51 |
| 11/1... | ARSENI... | CC | Boat Depot | Achilles Skiff | | | -3,717.38 |
| 11/1... | ARSENI... | 5125 | Luis Manuel Rello Romero | | | | -350.00 |
| 11/1... | ARSENI... | 5140 | JDJ Business Group | Refinish Sinks | | | -450.00 |
| 11/1... | ARSENI... | 5127 | Sanchez Carpet | Carpet | | | -4,100.00 |
| 11/1... | ARSENI... | | Galaxy Electronics | | | | -144.00 |
| 11/1... | ARSENI... | 5138 | Yacht Docktor | Work order by Andres | Mi Barur | | -109.00 |
| 11/1... | ARSENI... | CC | Liberty Motorsports | Sea Doo | | | -7,465.48 |
| 11/1... | ARSENI... | CC | San Diego Hardware | | Supplies, Bus | | -32.33 |
| 11/1... | ARSENI... | 5128 | Andres Dominguez | Jorge Castro | | | -2,000.00 |
| 11/2... | ARSENI... | | Fuel (Yuma, Arizona To S... | Sea Doo Delivery | | | -50.00 |
| 11/2... | ARSENI... | | Shelter Island Boat Yard | | Slip Rent | | -6,713.13 |
| 11/2... | ARSENI... | 5133 | Benchmark | | Mi Barur | | -1,853.25 |
| 11/2... | ARSENI... | CC | Fun Bike Center | Kit-Lift | | | -266.65 |
| 11/2... | ARSENI... | 5132 | Plex Products | | Mi Barur | | -1,718.62 |
| 11/2... | ARSENI... | 5131 | Andres Dominguez | | Mi Barur | | -4,473.00 |
| 11/2... | ARSENI... | 5129 | Mario Cisneros | | Mi Barur | | -200.00 |
| 11/2... | ARSENI... | CC | The Home Depot | Light Bulbs | Supplies, Bus | | -355.22 |
| 11/2... | ARSENI... | 5137 | J.A.G. Yacht Painting | | | | -15,000.00 |
| 11/2... | ARSENI... | 5139 | Fed Ex | | Postage and Delivery | | -55.41 |
| 11/2... | ARSENI... | 5141 | Andres Dominguez | | | | -1,000.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -15,680.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -3,440.00 |
| 11/2... | ARSENI... | | Admiralty Marine Corporate | Parts for Keith | | | -653.18 |
| 11/2... | ARSENI... | | Keith Wilcott | | Mi Barur | | -3,622.32 |
| 11/2... | ARSENI... | | Steven Green | | Mi Barur | | -3,312.63 |
| 11/2... | ARSENI... | 5142 | Al Melone Custom Covers | | Mi Barur | | -2,989.37 |
| 11/2... | ARSENI... | CC | CME | Electronics & Installat... | | | -33,037.00 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -587.67 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -868.64 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -2,614.93 |
| 11/2... | ARSENI... | 5144 | Baja Canvas | | | | -680.00 |
| 11/2... | ARSENI... | | Driscoll - Mission Bay | | Yard Work | | 0.00 |
| 11/2... | ARSENI... | | Fuel Dock | | | | 0.00 |
| 11/2... | ARSENI... | | Spare Parts | | | | 0.00 |
| 11/2... | ARSENI... | | Supplies | | | | 0.00 |
| 11/2... | ARSENI... | | Fleming Marine | Air Conditioning Servi... | Boat Repair | | 0.00 |
| 11/2... | ARSENI... | | Slip Fees | | | | 0.00 |

| | |
|---|---|
| TOTAL 12/13/99 - 11/26/03 | -173,821.95 |
| BALANCE 11/26/03 | -173,821.95 |
| TOTAL INFLOWS | 1,105,127.58 |
| TOTAL OUTFLOWS | -1,278,949.53 |
| NET TOTAL | -173,821.95 |

Boat given to Arsenie 11/25

EXHIBIT A - 10
84

# Register Report

12/13/99 Through 11/26/03

11/25/03



| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 11/1... | ARSENI... | 5124 | Andres Dominguez | | Mi Barur | | -6,105.58 |
| 11/1... | ARSENI... | 5123 | Humberto Collins | | Mi Barur | | -876.00 |
| 11/1... | ARSENI... | 5126 | Karl Richardson | | Mi Barur | | -619.51 |
| 11/1... | ARSENI... | CC | Boat Depot | Achilles Skiff | | | -3,717.38 |
| 11/1... | ARSENI... | 5125 | Luis Manuel Rello Romero | | | | -350.00 |
| 11/1... | ARSENI... | 5140 | JDJ Business Group | Refinish Sinks | | | -450.00 |
| 11/1... | ARSENI... | 5127 | Sanchez Carpet | Carpet | | | -4,100.00 |
| 11/1... | ARSENI... | | Galaxy Electronics | | | | -144.00 |
| 11/1... | ARSENI... | 5138 | Yacht Docktor | Work order by Andres | Mi Barur | | -109.00 |
| 11/1... | ARSENI... | CC | Liberty Motorsports | Sea Doo | | | -7,465.48 |
| 11/1... | ARSENI... | CC | San Diego Hardware | | Supplies, Bus | | -32.33 |
| 11/1... | ARSENI... | 5128 | Andres Dominguez | Jorge Castro | | | -2,000.00 |
| 11/2... | ARSENI... | | Fuel (Yuma, Arizona To S... | Sea Doo Delivery | | | -50.00 |
| 11/2... | ARSENI... | | Shelter Island Boat Yard | | Slip Rent | | -6,713.13 |
| 11/2... | ARSENI... | 5133 | Benchmark | | Mi Barur | | -1,853.25 |
| 11/2... | ARSENI... | CC | Fun Bike Center | Kit-Lift | | | -266.65 |
| 11/2... | ARSENI... | 5132 | Plex Products | | Mi Barur | | -1,718.62 |
| 11/2... | ARSENI... | 5131 | Andres Dominguez | | Mi Barur | | -4,473.00 |
| 11/2... | ARSENI... | 5129 | Mario Cisneros | | Mi Barur | | -200.00 |
| 11/2... | ARSENI... | CC | The Home Depot | Light Bulbs | Supplies, Bus | | -355.22 |
| 11/2... | ARSENI... | 5137 | J.A.G. Yacht Painting | | | | -15,000.00 |
| 11/2... | ARSENI... | 5139 | Fed Ex | | Postage and Delivery | | -55.41 |
| 11/2... | ARSENI... | 5141 | Andres Dominguez | | | | -1,000.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -15,680.00 |
| 11/2... | ARSENI... | 5143 | Baja Canvas | | | | -3,440.00 |
| 11/2... | ARSENI... | | Admiralty Marine Corporate | Parts for Keith | | | -653.18 |
| 11/2... | ARSENI... | | Keith Wilcott | | Mi Barur | | -3,622.32 |
| 11/2... | ARSENI... | | Steven Green | | Mi Barur | | -3,312.63 |
| 11/2... | ARSENI... | 5142 | Al Melone Custom Covers | | Mi Barur | | -2,989.37 |
| 11/2... | ARSENI... | CC | CME | Electronics & Installat... | | | -33,037.00 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -587.67 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -868.64 |
| 11/2... | ARSENI... | | San Diego Marine Exchange | Andres | Supplies, Bus | | -2,614.93 |
| 11/2... | ARSENI... | 5144 | Baja Canvas | | | | -680.00 |
| 11/2... | ARSENI... | CC | Driscoll - ~~Mission Bay~~ | | Yard Work | | -5,469.34 |
| 11/2... | ARSENI... | | Fuel Dock | | | | 0.00 |
| 11/2... | ARSENI... | | Spare Parts | | | | 0.00 |
| 11/2... | ARSENI... | | Supplies | | | | 0.00 |
| 11/2... | ARSENI... | | Fleming Marine | Air Conditioning Servi... | Boat Repair | | 0.00 |
| 11/2... | ARSENI... | | Slip Fees | | | | 0.00 |
| | | | TOTAL 12/13/99 - 11/26/03 | | | | -179,291.29 |
| | | | BALANCE 11/26/03 | | | | -179,291.29 |
| | | | TOTAL INFLOWS | | | | 1,105,127.58 |
| | | | TOTAL OUTFLOWS | | | | -1,284,418.87 |
| | | | NET TOTAL | | | | -179,291.29 |

225.00
195.99

3385 Tuege

**EXHIBIT A - 10**
**85**

**EXHIBIT C 0194**

BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for MI BARUR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant | Case No. 08 CV 0443 BEN POR<br><br>**DECLARATION OF MICHAEL HALLMARK** |

1. I, Michael Hallmark, declare:

2. I have personal knowledge of the facts stated in this Declaration. I am an adult over the age of 18 years of age and if called as a witness, can and will competently testify under oath as to the facts contained herein.

3. I am a professional yacht broker and have been in the yacht brokerage business in San Diego and Southern California for approximately 14 years, and have been in the boating industry since 1977. In these capacities I have developed an extensive knowledge and expertise in valuing yachts, especially as to their market value at any given time or place. I have also developed significant personal

///

knowledge regarding the manners in which different yacht owners hold title to their boats, select the vessel's flag of registry, and other vessel management issues.

4. In my capacities as a yacht broker and a yacht manager I have worked with Mr. Arsenio Farell helping him to buy, sell, upgrade and manage various yachts for over twenty years, and I have come to know him well on a professional and personal basis.

5. Mr. Farell had, at the time of the loss of his 92' Hatteras MI BARUR, owned numerous high-end boats and yachts. In the larger yacht category, Mr. Farell owned a 42-foot Grand Banks, a 55-foot yacht (the make of which I do not recall) and a 74-foot DeFever before he purchased the 92' Hatteras. Mr. Farell purchased the DeFever and the 92-foot Hatteras for cash (including a trade). As far as I know, Mr. Farell has never financed the purchase of a yacht and has never made an insurance claim on any boat he has owned.

6. Prior to the time that Mr. Farell purchased the 92' Hatteras MI BARUR, I advised Mr. Farell that an opportunity existed to get an exceptional deal on this high-end motor yacht.

7. As part of the purchase of the MI BARUR, Mr. Farell traded his 74' DeFever yacht. Although many factors go into what a vessel will ultimately sell for, prior to the transfer in question, the seller of the 92-foot Hatteras and prospective owner of the DeFever, Mr. George Calcote, arranged for a survey by Mr. Marvin Henderson, who placed the fair market value of the Defever at that time at $1,400,000. Although when Mr. Calcote resold the Defever, I recall he reduced the asking price from $1.4 million to $1.1 million, and then to $950,000, and ultimately sold the boat for $620,000, there is nothing to suggest to me that the fair market value of this vessel was ever less than $1,000,000.

8. Following the purchase of the MI BARUR, Mr. Farell invested a substantial sum of money in additional upgrades and equipment for his new yacht. As the person in charge of supervising and advancing the funds to do the initial work, my office

maintained receipts and documents evidencing the nature and extent of such work. My brief review of these documents indicates that on this initial upgrade alone, Mr. Farrell spent well in excess of $300,000 in the fall of 2003 alone. Moreover, it is my understanding based on discussions with Mr. Farrell that, in addition to the above work (for which I have receipts) Mr. Farrell also spent many thousands of dollars more in further vessel improvements.

9. After conferring with counsel experienced in yacht purchase transactions, Mr. Farell chose to hold title to the vessel in a single vessel holding corporation, a practice that is very common for both recreational and commercial vessels. Also, based on my experience and my own personal involvement in many sales and discussions with experienced lawyers involved in such transactions, it is my understanding that a non-U.S. citizen holding of 100% of the stock in such a U.S. single vessel corporation is completely legal and is in fact specifically approved by U.S. federal statue. While I am not a lawyer, it is also my understanding and belief that there are particular advantages to structuring the holding of the vessel in this manner, including tax benefits and easier resale (through stock sales), all commonly used in legitimate vessel sale and holding transactions.

10. At the time that Mr. Farell decided to sell the MI BARUR, he explained to me the yacht had always been used as a center of his family life and relaxation, and given that both of his daughters were leaving Mexico to study in the United States, he and Mrs. Farell felt that the 92' Hatteras was simply too large for the couple at this stage in their lives. He never mentioned any financial need or motivation to sell the yacht.

11. Mr. Farell was in no great rush to sell the MI BARUR and was willing to take the time needed to get a reasonable price. Indeed, Mr. Farell was always a relaxed seller (having bought and sold numerous high-end yachts in the past), and while he always wanted to get a fair price, he was also flexible when the market mandated a reduced asking price. For example, while the MI BARUR was originally

offered for $2.7 million, the price was later lowered to $2.2 million at the suggestion of Mr. Farell. However, this was not to say that Mr. Farell was in anyway desperate or would take any offer. Indeed, Mr. Farell rejected multiple verbal offers on MI BARUR, including an offer for $1.6 million cash and another for $1.85 million (including a home in trade said to be valued at $850,000). Based on my experience and knowledge of the vessel, I firmly believe that she was worth at least the $1.9 million insured value on the date she burned.

12. After my initial attempts to sell MI BARUR proved unsuccessful Mr. Farrell retained the services of a Florida based broker; I understand he had planned to move the vessel to Florida and had already paid a deposit to have her transported there. Prior to the time Mr. Farrell engaged the Florida broker, while I was still the broker assisting him, Mr. Farrell discussed with me bringing the vessel to San Diego for purposes of marketing her here, and I therefore attempted (only a couple of months before the vessel burned) to secure berthing accommodations for MI BARUR at Harbor Island West Marina, located on Harbor Island, in San Diego.

I declare until penalty and perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 9th day of May 2008, at San Diego, California.

[signature]

Michael Hallmark

BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Edward M. Bull III, State Bar No. 141996
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350

Attorneys for MI BARUR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant | Case No. 08 CV 0443 BEN POR<br><br>**DECLARATION OF PAUL TRUSSO** |

1. I, Paul Trusso, declare:

2. I have personal knowledge of the facts stated in this Declaration. I am an adult over the age of 18 years of age and if called as a witness, can and will competently testify under oath as to the facts contained herein.

3. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Southern District of California, and I have a practice emphasis in, among other things, vessel purchase and sale transactions, and registration issues associated with vessel ownership. In this capacity I believe I have developed an extensive knowledge and expertise in the manner different yacht owners hold title to their boats, select the vessel's flag of registry, and other vessel management issues.

4. In my capacity as a lawyer I have worked with Mr. Arsenio Farell helping him to buy, document, hold and sell various yachts and I have come to know him on a professional basis. In this capacity, I assisted and advised Mr. Farell in regard to the purchase, flagging and holding of the 92' Hatteras yacht MI BARUR, and I can say with complete confidence that Mr. Farell holding title to his yacht in a single vessel holding corporation is a practice that is very common for both recreational and commercial vessels, and is completely legal.

5. Also, based on my legal expertise, specific research, and substantial experience and involvement in many such sales and transactions, I can say without a doubt, that a non-U.S. citizen holding of 100% of the stock in such a U.S. single vessel corporation is completely legal and is in fact specifically approved by U.S. federal statue.

6. There are particular advantages to structuring the holding of the vessel in this manner, including tax benefits and easier resale (through stock sales), all commonly used in legitimate vessel sale and holding transactions.

I declare until penalty and perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 21st day of May 2008, at San Diego, California.

[signature]

Paul S. Trusso, Esq.