Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Mi Barur, Inc.,<br><br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>**APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date: September 22, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |
| Mi Barur, Inc., Arsenio Farell and Norma Farell,<br><br>Counter-Claimants,<br><br>v.<br><br>New Hampshire Insurance Company,<br><br>Counter-Defendant. | |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**Tab:**

**Cases:**

*ACL Technologies, Inc. v. Northbrook*, 17 Cal.App.4th 1773 (1993) . . . . . 1

*Aas v. Superior Ct.*, 24 Cal.4th 627 (2000) . . . . . 2

*Armstrong World Industrial, Inc. v. Aetna Casualty & Surety Co.*, 45 Cal.App.4th 1 (1996) . . . . . 3

*Bank of the West v. Superior Ct.*, 2 Cal.4th 1254 (1992) . . . . . 4

*Bay Cities Paving & Grading, Inc. v. Lawyer's Mutual Insurance Co.*, 5 Cal.4th 854 (1997) . . . . . 5

*Becker v. IRM Corp.*, 38 Cal.3d 454 (1985) . . . . . 6

*Benavides v. State Farm General Insurance Co.*, 136 Cal.App.4th 1241 (2006) . . . . . 7

*Bierbower v. FHP, Inc.*, 70 Cal.App.4th 1 (1999) . . . . . 8

*Blatty v. New York Times Co.*, 42 Cal.3d 1033 (1986) . . . . . 9

*C & H Foods Co. v. Hartford Insurance Co.*, 163 Cal.App.3d 1055 (1984) . . . . . 10

*California Casualty Insurance Co. v. Northland Insurance Co.*, 48 Cal.App.4th 1682 (1993) . . . . . 11

*Castro v. Fireman's Fund American Life Insurance Co.*, 206 Cal.App.3d 1114 (1988) . . . . . 12

*Century Surety Co. v. Crosby Insurance, Inc.*, 124 Cal.App.4th 116 (2004) . . . . . 13

*Cicone v. URS Corp.*, 183 Cal.App.3d 194 (1986) . . . . . 14

*Erlich v. Menezes*, 21 Cal.4th 543 (1999) . . . . . 15

*Ferlauto v. Hamsher*, 74 Cal.App.4th 1394 (1999) . . . . . 16

*Fraley v. Allstate Insurance Co.*, 81 Cal.App.4th 1282 (2000) . . . . . 17

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

*Frontier Oil Corp. v. RLI Insurance Co.*,
153 Cal.App.4th 1436 (2007) . . . . . 18

*Hatchwell v. Blue Shield of California*,
198 Cal.App.3d 1027 (1988) . . . . . 19

*InfiNet Marketing Services, Inc. v. American Motorist Insurance Co.*,
150 Cal.App.4th 168 (2007) . . . . . 20

*Institute of Athletic Motivation v. University of Illinois*,
114 Cal.App.3d 1 (1980) . . . . . 21

*Jones v. Aetna Casualty & Surety Co.*,
26 Cal.App.4th 1717 (1994) . . . . . 22

*Love v. Fire Insurance Exchange*,
221 Cal.App.3d 1136 (1990) . . . . . 23

*Lundquist v. Reusser*,
7 Cal.4th 1193 (1994) . . . . . 24

*Magpali v. Farmers Group, Inc.*,
48 Cal.App.4th 471 (1996) . . . . . 25

*Quan v. Truck Insurance Exchange*,
67 Cal.App.4th 583 (1998) . . . . . 26

*Reliance Insurance Co. v. Alan*,
222 Cal.App.3d 702 (1990) . . . . . 27

*Robomatic, Inc. v. Vetco Offshore*,
225 Cal.App.3d 270 (1990) . . . . . 28

*Sanborn v. Chronicle Public Co.*,
18 Cal.3d 406 (1976) . . . . . 29

*Sanchez v. Lindsey Morton Claims Services, Inc.*,
72 Cal.App.4th 249 (1999) . . . . . 30

*Scott v. Continental Insurance Co.*,
44 Cal.App.4th 24 (1996) . . . . . 31

*Scott v. McDonnell Douglas Corp.*,
37 Cal.App.3d 277 (1974) . . . . . 32

*Seretti v. Superior National Insurance Co.*,
71 Cal.App.4th 920 (1999) . . . . . 33

*Tan Jay International v. Canadian Indemnity Co.*,
198 Cal.App.3d 695 (1988) . . . . . 34

*Tarmann v. State Farm Mutual Automobile Insurance Co.*,
2 Cal.App.4th 153 (1991) . . . . . 35

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

*Tenzer v. Superscope, Inc.*,
39 Cal.3d 18 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

*Waller v. Truck Insurance Exch.*,
11 Cal.4th 1 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*Wilhelm v. Pray, Price, Williams & Russell*,
186 Cal.App.3d 1324 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . 38

*Wilkins v. NBC*,
71 Cal.App.4th 1066 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . 39

**<u>State Statutes</u>**

California Civil Code:

§ 44 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

§ 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

§ 46 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

§ 47 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

§ 48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

§ 1646 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

§ 1710(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

California Harbor & Navigation Code:

§ 651 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

California Insurance Code:

§ 11580.06 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

**<u>Miscellaneous</u>**

Croskey, *et al.*, *California Practice Guide, Insurance Litigation*
(The Rutter Group 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . 49

5 Wright & Miller, *Federal Practice & Procedure, Civil 3d* §1245 (2008) . . . . . . 50