UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>MI BARUR, INC.,<br>Defendant. | Civil No. 08cv0443-BEN (POR) |
| MI BARUR, INC., ARSENIO FARELL and NORMA FARELL,<br>Counter-Claimants<br>vs.<br>NEW HAMPSHIRE INSURANCE COMPANY, and DOES 1-10<br>Counter-Defendants | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE** |

On August 20, 2008, the Court held an Early Neutral Evaluation Conference. The case did not settle. Rebecca R. Weinreich appeared on behalf of Plaintiff and Edward M. Bull and William L. Banning appeared on behalf of Defendant. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **September 17, 2008**.

2. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before

**September 26, 2008.**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **October 3, 2008.**.

4. A Settlement Conference shall be held on **October 16, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: August 22, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Roger T. Benitez
all parties