Rebecca R. Weinreich, SB# 155684
E-Mail: weinreich@lbbslaw.com
Stephen V. Kovarik, SB# 184656
E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Hampshire Insurance Company,<br>Plaintiff,<br>v.<br>Mi Barur, Inc.,<br>Defendant. | CASE NO. 08 CV 0443 BEN POR<br><br>NEW HAMPSHIRE INSURANCE COMPANY'S **AMENDED** NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) |
| Mi Barur, Inc., Arsenio Farell and Norma Farell,<br>Counter-Claimants,<br>v.<br>New Hampshire Insurance Company,<br>Counter-Defendant. | Date: **September 29, 2008**<br>Time: 10:30 a.m.<br>Courtroom: 3<br>The Honorable Roger T. Benitez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that by agreement among the parties and after consultation with and approval by Bob Newmeyer, the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) brought by plaintiff and counterdefendant New Hampshire Insurance Company will be heard on **September 29, 2008**, not on September 22, 2008 as previously noticed. The motion remains set for 10:30 a.m., or

as soon thereafter as this matter can be heard, in Courtroom 3 of the above-entitled court located at 888 Front Street, San Diego, California. The opposition will be due on September 15, 2008, and the reply on September 22, 2008.

This change in date is dictated by the unavailability of one of the attorneys due to a death in his immediate family.

The motion will still seek an order dismissing, on the grounds that they fail to state a claim upon which relief can be granted, the following causes of action asserted in the First Amended Counterclaim:

1. First Cause of Action by Arsenio Farell and Norma Farell (the "Farells"), individually, for Breach of Contract;

2. Second Causes of Action by the Farells, individually, for Breach of the Implied Covenant of Good Faith and Fair Dealing ("bad faith");

3. Third Cause of Action by Mi Barur, Inc. and the Farells for Promissory Fraud - No Intent to Perform;

4. Fourth Cause of Action by Mi Barur, Inc. and the Farells for Negligent Misrepresentation;

5. Fifth Cause of Action by Mi Barur, Inc. and the Farells for Negligent Salvage;

6. Sixth Causes of Action by the Farells for Intentional Infliction of Emotional Distress;

7. Seventh Causes of Action by the Farells for Negligent Infliction of Emotional Distress;

8. Eighth Cause of Action by the Farells for Libel; and

9. Ninth Cause of Action by the Farells for Slander.

The motion will still be based upon the original Notice and this Amended

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

Notice as well as on the Memorandum of Points and Authorities, Request for Judicial Notice, Notice of Lodgment of Exhibits, Appendix of Non-Federal Authorities (all filed August 18, 2008), and upon all papers, pleadings and records on file in this action.

DATED: September 8, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Rebecca R. Weinreich
Rebecca R. Weinreich
Stephen V. Kovarik
Attorneys for Plaintiff and Counterdefendant
New Hampshire Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**CERTIFICATE OF SERVICE**

*New Hampshire v. Mi Barur, Inc.* - Case No. 08 CV 0433 BEN POR

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 8, 2008, I served the following document(s):

NEW HAMSHIRE INSURANCE COMPANY'S **AMENDED** NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6).

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

William L. Banning, Esq.
Edward M. Bull III, Esq.
BANNING MICKLOW & BULL, LLP
501 West Broadway, Suite 2090
San Diego, CA 92101
Phone: (619) 230-0030
Fax: (619) 230-1350

Philip E. Weiss, Esq.
WEISS & JONES
1551 Shelter Island Drive
San Diego, CA 92106
Co-Counsel for Defendant Mi Barur, Inc.
shiplaw@earthlink.com
Phone: (619) 225-8884
Fax: (619) 225-8801

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2008, at Los Angeles, California.

Robert Mendosa

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800